# Exhibit 5

# TERMINATION AGREEMENT

Reference is made to the co-location agreement dated June 16th, 2022 (the "***Co-location Agreement***") between Lake Parime USA Inc. (now known as CS Global Energy US Inc. "***CSGE US***") and 12273977 Canada Inc. (the "***Client***") as subsequently amended dated June 24th, 2022 (the "***Amended Co-location Agreement***"). Capitalized terms used herein and not otherwise defined shall bear the meaning ascribed to such terms in the Amended Colocation Agreement.

Reference is further made to the maintenance and management agreement (the "**Management Agreement**") between CSGE US and the Client.

The parties wish to terminate the Amended Co-Location Agreement and Management Agreement as of June 20, 2025 (the "**Termination Date**") on the terms and conditions set out herein.

1. **Termination**

(a) In consideration of the release of their respective obligations under the agreements, notwithstanding Section 4 of the Amended Co-location Agreement and Pursuant to Section 16(d) of the Management Agreement, each of CSGE US and the Client agree that the Amended Co-location Agreement and the Management Agreement shall be deemed terminated as of the Termination Date, subject to the covenants in Section 2 of this termination agreement being satisfied.

(b) Upon termination, the provisions of the Amended Co-location Agreement and Management Agreement intended to survive subsequent to a termination without fault of either party, shall continue to be operative.

(c) Other than with respect to the covenants in Section 2 of this termination agreement and the obligations set out in the forgoing subsection, the parties hereby release each other from the Amended Co-Location Agreement and Management Agreement.

2. **Terms**

(a) By May 1, 2025, Client will settle invoice number SI-229 for US$455,886, as issued by CSGE US for hosting service fees.

(b) On June 1, 2025, Client will commence, or cause to be commenced, the de-racking, packaging and removal of all of its Mining Equipment, and any other equipment owned by the Client that forms part of the HPC Operations, from the Installed Location. Client will use commercially reasonable efforts to have all of its equipment removed from the Installed Location by June 20, 2025.

(c) By June 1, 2025, CSGE US shall return the Security Deposit to the Client, being US$1,633,824. Client will provide CSGE US banking wire instructions in writing (which may be by way of email) at the time removal of the Mining Equipment commences regarding where the payment in immediately available funds should be sent. The parties may by agreement at any time prior to payment agree to provide and accept payment in another form.

(d) In addition to the return of the Security Deposit, Client will be provided a credit of US$500,000 (the "**Credit**"). The Credit will be offset against any Hosting Fee or Additional Services Fees amounts owing by Client under the Amended Co-Location Agreement and Management Agreement to the date all of the Mining Equipment is removed from the Installed Location, after true -up of any applicable credits. Any remaining balance of the

Credit will be paid to the Client as set forth in Section 2(b) of this termination agreement within ten (10) days thereafter.

(e) CSGE US agrees to provide suitable enclosures including Styrofoam or other packaging similar to the original packaging for shipping Mining Equipment, and any other equipment owned by the Client that forms part of the HPC Operations and services of its personnel in de-racking and packaging the Mining Equipment. The total cost of the containers and services shall be US$105,000, for which CSGE US will provide an invoice and such invoice shall be offset from the Credit as an Additional Services Fee.

3. **Miscellaneous**

a) This termination of the Amended Colocation Agreement and Management Agreement shall be governed and construed in accordance with the laws of the State of Washington and both parties hereby irrevocably attorn to the jurisdiction of the Courts of King County, Washington with respect to any matter relating to this amendment.

b) This termination of the Amended Colocation Agreement and Management Agreement shall be binding on each of CSGE US Inc. and Client, their respective successors and assigns, and shall ensure to the benefit of each party, their respective successors and permitted assigns. No party may assign this amendment agreement or any rights under this amendment without the prior written consent of the other.

c) If any provision of this termination of the Amended Colocation Agreement and Management Agreement is found to violate any statute, regulation, rule, order or decree of any governmental authority, court, agency or exchange, such invalidity shall not be deemed to affect any other provision hereof or the validity of the remainder of this amendment, and such invalid provision shall be deemed deleted herefrom to the minimum extent necessary to cure such violation.

d) This termination of the Amended Colocation Agreement and Management Agreement may be executed in one or more counterparts and delivered by electronic means such a PDF documents, each of which shall be deemed an original and all of which taken together shall constitute one and the same instrument.

[THE REMAINDER OF THIS PAGE HAS BEEN LEFT INTENTIONALLY BLANK]

IN WITNESS WHEREOF the parties hereto have executed this amendment to the Colocation Agreement as of May 2, 2025.

**CS GLOBAL ENERGY US INC. (Formerly LAKE PARIME USA INC.**

By:______________________________

Name: Jesper Øhlenschlager

Title: CEO

**12273977 CANADA INC.**

By: Lars B. Jorgensen

Name: Lars Jorgensen

Title: CEO