# Exhibit 6

# Invoice

Invoice Number: SI-222
Invoice Date: 03/24/2025
Due Date: 03/27/2025

**Deliver To**
Suite 4000, Commerce Court West
199 Bay Street
Toronto ON M5L 1A9
Canada

**12273977 CANADA INC**
Suite 4000, Commerce Court West
199 Bay Street
Toronto ON M5L 1A9
Canada

CS GLOBAL ENERGY US INC.
522 W RIVERSIDE AVENUE, STE 4212
SPOKANE WA 99201
United States

| Description | Cost | Discount | Tax Rate | Amount |
|---|---|---|---|---|
| May 2025 Hosting Services ($7.75c/kWh) - 7,440,000 kWh | 576,600.00 | | No Tax | 576,600.00 |
| March 2025 Hosting Services Estimated True-up ($7.75c/kWh) - 5,882,400 kWh | 455,886.00 | | No Tax | 455,886.00 |
| Less: March 2025 Hosting Prepayment ($7.75c/kWh) - 7,440,000 kWh | 0.00 | 576,600.00 | No Tax | -576,600.00 |

| | |
|---|---|
| Subtotal | 455,886.00 |
| **Total** | **455,886.00** |
| **Amount Due** | **$455,886.00** |

**Terms and Conditions**

Amounts are denominated in USD

Please make payment no later than due date 27 March, 2025.

Payment Details

Remit address: treasury@csglobalenergy.com

Beneficiary Bank

Bank and Branch Address: Royal Bank of Canada, 8081 Arco Corporate Drive, Raleigh, NC, 27617

Routing Number: [redacted]

Account Number: [redacted]6363

SWIFT: [redacted]

Where Intermediary Bank Information is required (for US Companies): Wire Transfer

Bank and Branch Address: JP Morgan Chase, 4 New York Plaza, New York, 10004

Routing Number: [redacted]

SWIFT: [redacted]

Where Intermediary Bank Information is required (for Non-US Companies): Non-USD Transfer

Bank and Branch Address: RBC, 180 Wellington Street West, Toronto, Ontario, M5J 1J1

SWIFT: [redacted]