**IN THE UNITED STATES DISTRICT COURT**
**WESTERN DISTRICT OF WASHINGTON**
**AT SEATTLE**

12273977 CANADA INC., a Canada corporation,

Plaintiff,

v.

CS GLOBAL ENERGY US INC., f/k/a LAKE PARIME USA INC., a Washington corporation,

Defendant.

CASE NO. 25-1630

**PLAINTIFF'S CORPORATE DISCLOSURE STATEMENT**

Pursuant to Federal Rule of Civil Procedure 7.1(a) and LCR 7.1, by and through the undersigned counsel, Plaintiff 12273977 Canada Inc. provides the following corporate disclosure statement:

- No publicly held corporation owns 10% or more of Plaintiff's stock. *See* Fed. R. Civ. P. 7.1(a)(1); LCR 7.1 (a)(1). Plaintiff's parent company is Teranode Group AG.
- Plaintiff has no individuals or entities to disclose under Federal Rule of Civil Procedure 7.1(a)(2).
- Teranode Group AG is a Lichtenstein company with its principal place of business in Vaduz, Liechtenstein, and as such is a citizen of Liechtenstein. *See* LCR 7.1 (b).



MCDERMOTT WILL &SCHULTE
444 WEST LAKE STREET, SUITE 4000
CHICAGO, ILLINOIS 60606-0029
TELEPHONE: 312.372.2000

Dated: August 26, 2025

**MCDERMOTT WILL & SCHULTE LLP**

By: *s/ Daniel-Charles V. Wolf*
Daniel-Charles V. Wolf, WSBA #48211

444 W. Lake St., Ste. #4000
Chicago, IL 60606-0029
(312) 372-2000
dcwolf@mwe.com

Andrew Kratenstein, TO APPLY *PRO HAC VICE*
Chenjia Zhu, TO APPLY *PRO HAC VICE*
One Vanderbilt Avenue
New York, NY 10017-3852
(212) 547-5400
akratenstein@mwe.com
chenjiazhu@mwe.com

*Attorneys for Plaintiff*
*12273977 Canada Inc.*