**_LaSalle Process Servers L.P._**
**105 W. Madison St. Ste 1306**
**Chicago, Il. 60602**
**Phone: 312-263-0620**
**FEIN# 36-4247052**

# Invoice

| DATE | INVOICE # |
|---|---|
| 9/5/2025 | 68263 |

BILL TO
McDermott, Will & Emery
444 W. Lake St.
Chicago, IL 60606
Attn:DC Wolf

CASE INFO
12273977 Canada Inc.
vs.
CS Global Energy, et al.
25 1630 GJL

| DESCRIPTION | AMOUNT |
|---|---|
| Services Rendered | 430.00 |
| Summons and Complaint<br>CS Global Energy US Inc.<br>Call at address given in Spokane, WA<br>Same day rush and printing charge | |

CUSTOMER ACCEPTS AND ACKNOWLEDGES ALL INVOICES AS CORRECT UNLESS NOTICE IS GIVEN TO LASALLE PROCESS SERVERS L.P. WITHIN FIFTEEN (15) DAYS OF PRESENTATION.

ALL FEES AND CHARGES ARE BASED UPON PROMPT PAYMENT.

ALL INVOICES MUST BE PAID IN FULL WITHIN 30 DAYS. IF ANY INVOICE REMAINS UNPAID AFTER THE 90-DAY PERIOD, ALL SERVICES WILL BE SUSPENDED UNTIL THE BALANCE HAS BEEN PAID IN FULL.

CHECK OUT OUR WEB SITE WWW.LASALLEPROCESSSERVERS.COM
ILLINOIS PRIVATE DETECTIVE LICENSE #117-001432

THANK YOU FOR YOUR BUSINESS. PLEASE REMIT IN 15 DAYS.

**Total** $430.00

UNITED STATES DISTRICT COURT WESTERN DISTRICT OF WASHINGTON

**12273977 CANADA INC., et al**

Plaintiff(s),

vs.

**CS GLOBAL ENERGY US INC. et al**

Defendant(s).

**Case No.: 25-1630 gjl**

**DECLARATION OF SERVICE**

ss.

That on **08/29/2025** at **11:50 AM**, at the address of **522 WEST RIVERSIDE, Spokane**, within **SPOKANE** County, **WA**, the undersigned duly served the following document(s): **SUMMONS IN A CIVIL ACTION CIVIL COVER SHEET COMPLAINT PLAINTIFF'S CORPORATE DISCLOSURE STATEMENT** in the above entitled action upon **CS GLOBAL ENERGY US INC.**, by then and there personally delivering 1 true and correct copy(ies) of the above documents into the hands of and leaving same with **CHARLOTTE WALTERS, AUTHORIZED TO ACCEPT FOR REGISTERED AGENT NORTHWEST REGISTERED AGENTS** who is authorized to accept service on behalf of the above.
**Desc:** Sex: **Female** - Skin/Race: **Caucasian** - Hair: **Brown** - Age: **30** - Height: **5ft4in-5ft8in** - Weight: **131-160 lbs**

**I declare under penalty of perjury under the laws of the State of Washington that the foregoing is true and correct:**

Date: 9-3-25

**TOTAL:** $

*23914*

X [signature]
Law Firm Ref ____
Company Ref ____
**C SAUERLAND**
Registered Process Server
License#: **1975**