UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| 12273977 CANADA INC,<br>Plaintiff(s),<br>v.<br>CS GLOBAL ENERGY US INC,<br>Defendant(s). | CASE NO. 2:25−cv−01630−TL<br><br>MINUTE ORDER REASSIGNING CASE |

This action has been assigned to the Honorable Tana Lin, United States District Judge. All future documents filed in this case must bear the cause number 2:25−cv−01630−TL and bear the Judge's name in the upper right hand corner of the document.

DATED September 15, 2025

Ravi Subramanian
Clerk of Court

By: /s/ Kelly A Miller
Deputy Clerk