UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| 12273977 CANADA INC., a Canada corporation,<br><br>Plaintiff,<br><br>v.<br><br>CS GLOBAL ENERGY US INC., f/k/a LAKE PARIME USA INC., a Washington corporation,<br><br>Defendant. | No. 2:25-cv-01630<br><br>DEFENDANT CS GLOBAL ENERGY US INC.'S ANSWER TO COMPLAINT<br><br>JURY DEMAND |

Defendant CS Global Energy US Inc. ("CS Global" or "Defendant"), by and through its counsel, answers Plaintiff's Complaint as follows:

CS Global denies all allegations of the Complaint not expressly admitted herein. The headings below track those used in the Complaint and are for convenience only. They do not constitute any part of CS Global's Answer to the Complaint or any admission by CS Global as to the truth of the matters asserted.

**CS GLOBAL ENERGY US INC.'S ANSWER TO THE COMPLAINT**

**I. PARTIES**

1. Defendant is without knowledge or information sufficient to form a belief as to the truth of the allegations of this paragraph.



CORR CRONIN LLP
1015 Second Avenue, Floor 10
Seattle, Washington 98104-1001
Tel (206) 625-8600
Fax (206) 625-0900

2. Defendant admits that it is a Washington corporation and otherwise denies the allegations in this paragraph.

## II. JURISDICTION AND VENUE

3. This allegation contains a legal conclusion for which no response is necessary.

4. This allegation contains a legal conclusion for which no response is necessary.

5. This allegation contains a legal conclusion for which no response is necessary.

## III. FACTUAL ALLEGATIONS

6. Defendant is without knowledge or information sufficient to form a belief as to the truth of the allegations of this paragraph.

7. Defendant is without knowledge or information sufficient to form a belief as to the truth of the allegations of this paragraph.

8. Defendant is without knowledge or information sufficient to form a belief as to the truth of the allegations of this paragraph.

9. Defendant is without knowledge or information sufficient to form a belief as to the truth of the allegations of this paragraph.

10. Defendant is without knowledge or information sufficient to form a belief as to the truth of the allegations of this paragraph.

11. Defendant is without knowledge or information sufficient to form a belief as to the truth of the allegations of this paragraph.

12. Defendant is without knowledge or information sufficient to form a belief as to the truth of the allegations of this paragraph.



CORR CRONIN LLP
1015 Second Avenue, Floor 10
Seattle, Washington 98104-1001
Tel (206) 625-8600
Fax (206) 625-0900

13. Defendant is without knowledge or information sufficient to form a belief as to the truth of the allegations of this paragraph.

14. Defendant is without knowledge or information sufficient to form a belief as to the truth of the allegations of this paragraph.

15. Defendant is without knowledge or information sufficient to form a belief as to the truth of the allegations of this paragraph.

16. Defendant is without knowledge or information sufficient to form a belief as to the truth of the allegations of this paragraph.

17. Defendant is without knowledge or information sufficient to form a belief as to the truth of the allegations of this paragraph.

18. Defendant is without knowledge or information sufficient to form a belief as to the truth of the allegations of this paragraph.

19. Defendant admits this allegation.

20. Defendant refers to the text of the Co-location Agreement, which speaks for itself, and otherwise denies the allegations in this paragraph.

21. Defendant refers to the text to the Amendment to the Co-location Agreement, which speaks for itself, and otherwise denies the allegations.

22. Defendant refers to the text of the Co-location Agreement, which speaks for itself, and otherwise denies the allegations in this paragraph.

23. Defendant refers to the text of the Co-location Agreement, which speaks for itself, and otherwise denies the allegations in this paragraph.

24. Defendant refers to the text of the Co-location Agreement, which speaks for itself, and otherwise denies the allegations in this paragraph.

25. Defendant refers to the text of the June 2022 invoice, which speaks for itself, and otherwise denies the allegations in this paragraph.



CORR CRONIN LLP
1015 Second Avenue, Floor 10
Seattle, Washington 98104-1001
Tel (206) 625-8600
Fax (206) 625-0900

26. Defendant denies the allegations in this paragraph.

27. Defendant refers to the text of Invoice No. SI-229, which speaks for itself, and otherwise denies the allegations in this paragraph.

28. Defendant denies the allegations in this paragraph.

29. Defendant refers to the text of the Termination Agreement, which speaks for itself, and otherwise denies the allegations in this paragraph.

30. Defendant refers to the text of the Termination Agreement, which speaks for itself, and otherwise denies the allegations in this paragraph.

31. Defendant refers to the text of the screenshot, which speaks for itself, and otherwise denies the allegations in this paragraph.

32. Defendant refers to the text of the Termination Agreement, which speaks for itself, and otherwise denies the allegations in this paragraph and its subparts.

33. Defendant refers to the text of the Termination Agreement, which speaks for itself, and otherwise denies the allegations in this paragraph.

34. Defendant denies the allegations in this paragraph.

35. Defendant refers to the text of the March 24, 2025 invoice, which speaks for itself, and otherwise denies the allegations in this paragraph.

36. Defendant denies the allegations in this paragraph in this paragraph.

37. Defendant refers to the text of the Co-location Agreement and Termination Agreement, which speak for themselves, and otherwise denies the allegations in this paragraph.

38. Defendant denies it is required to make such payments or return such equipment, and otherwise denies the allegations.



CORR CRONIN LLP
1015 Second Avenue, Floor 10
Seattle, Washington 98104-1001
Tel (206) 625-8600
Fax (206) 625-0900

## IV. CAUSES OF ACTION

### COUNT I – BREACH OF CONTRACT

39. This is a legal conclusion for which no response is required.

40. Defendant refers to the text of the Co-location Agreement and Termination Agreement, which speak for themselves, and otherwise denies the allegations in this paragraph.

41. Defendant refers to the text of the Co-location Agreement and Termination Agreement, which speak for themselves, and otherwise denies the allegations in this paragraph.

42. Defendant refers to the text of the Co-location Agreement and Termination Agreement, which speak for themselves, and otherwise denies the allegations in this paragraph.

43. Defendant denies the allegations in this paragraph.

### COUNT II – UNJUST ENRICHMENT

44. This is a legal conclusion for which no response is required.

45. Defendant refers to the text of the Co-location Agreement, which speaks for itself, and otherwise denies the allegations in this paragraph.

46. Defendant denies the allegations in this paragraph.

47. Defendant denies the allegations in this paragraph.

48. Defendant denies the allegations in this paragraph.

### COUNT III – REPLEVIN

49. This is a legal conclusion for which no response is required.

50. Defendant denies the allegations in this paragraph.



CORR CRONIN LLP
1015 Second Avenue, Floor 10
Seattle, Washington 98104-1001
Tel (206) 625-8600
Fax (206) 625-0900

51. Defendant denies that any return of the power cables is necessary, and otherwise denies the allegations in this paragraph.

52. This is a legal conclusion for which no response is required.

53. This is a legal conclusion for which no response is required.

**COUNT IV (IN THE ALTERNATIVE) – CONVERSION**

54. This is a legal conclusion for which no response is required.

55. Defendant denies the allegations in this paragraph.

56. Defendant denies the allegations in this paragraph.

57. Defendant denies the allegations in this paragraph.

58. Defendant denies the allegations in this paragraph.

59. Defendant denies the allegations in this paragraph.

60. Defendant denies the allegations in this paragraph.

**COUNT V (IN THE ALTERNATIVE) – TRESPASS TO CHATTELS**

61. This is a legal conclusion for which no response is required.

62. Defendant denies the allegations in this paragraph.

63. Defendant denies the allegations in this paragraph.

64. Defendant denies the allegations in this paragraph.

65. Defendant denies the allegations in this paragraph.

**AFFIRMATIVE DEFENSES**

1. **FAILURE TO STATE A CLAIM (RULE 12(b)(6))**. One or more counts do not allege facts sufficient to state a claim upon which relief can be granted.

2. **LACK OF STANDING/MISIDENTIFICATION**. Plaintiff has not established that it is the correct party to assert the rights and payment claims alleged (including any right to a security-deposit return).



CORR CRONIN LLP
1015 Second Avenue, Floor 10
Seattle, Washington 98104-1001
Tel (206) 625-8600
Fax (206) 625-0900

3. **NO RECEIPT/PAYMENT TO A NON-PARTY**. Plaintiff cannot recover sums it cannot prove were received by or retained by Defendant.

4. **NO ASSUMPTION OF SECURITY-DEPOSIT LIABILITY**. To the extent any deposit obligation originated with a different Lake Parime entity, Defendant did not assume such liability, and any agreements between the parties to the contrary are based on a mutual mistake of fact and/or no meeting of the minds.

5. **FAILURE OF CONDITIONS PRECEDENT**. Any payment/credit obligations were subject to conditions, sequencing, and mutual covenants. Plaintiff's non-performance or delay bars or reduces recovery.

6. **SETOFF AND RECOUPMENT**. Any recovery must be reduced or eliminated by setoff/recoupment for amounts owed to Defendant.

7. **EXPRESS CONTRACT BARS UNJUST ENRICHMENT**. Because written contracts govern the relationship and the subject matter of Plaintiff's monetary claims, quasi-contract claims like unjust enrichment are unavailable.

8. **FAILURE TO JOIN REQUIRED PARTIES (RULE 19)**. To the extent nonparties claim an interest in the deposit/credits or directed/received payments, those parties are necessary and indispensable and must be joined.

9. **WAIVER, ESTOPPEL, AND RATIFICATION**. Plaintiff's conduct is inconsistent with the positions it now asserts, barring and/or limiting recovery.

10. **FAILURE TO MITIGATE**. Any recoverable damages must be reduced based on Plaintiff's failure to take reasonable steps to avoid or minimize loss.

11. **UNCLEAN HANDS**. Equitable relief is barred by Plaintiff's own conduct.

12. **PAYMENT / SATISFACTION**. To the extent Plaintiff seeks amounts already credited, paid, or satisfied, such claims are barred in whole or part.



CORR CRONIN LLP
1015 Second Avenue, Floor 10
Seattle, Washington 98104-1001
Tel (206) 625-8600
Fax (206) 625-0900

13. **LACHES**. Plaintiff's delay in asserting its claims prejudiced Defendant and bars equitable relief.

14. **STATUTE(S) OF LIMITATIONS**. One or more claims are barred, in whole or in part, by applicable statutes of limitations.

15. **ADEQUATE REMEDY AT LAW / EQUITABLE BAR**. Injunctive or other equitable relief is unavailable where legal remedies (if any) are adequate and where Plaintiff cannot show irreparable harm.

16. **IMPOSSIBILITY/FRUSTRATION**. Performance was excused or delayed, in whole or part, by circumstances beyond Defendant's control to the extent applicable.

17. **PRIOR BREACH / MATERIAL NONPERFORMANCE BY PLAINTIFF**. To the extent Plaintiff materially breached, failed to cooperate, or impeded performance, its claims are barred or reduced.

18. **SUPERSEDING/INTERVENING CAUSES; THIRD-PARTY FAULT**. Any alleged damages were caused by Plaintiff or third parties, not by Defendant.

19. **RESERVATION OF ADDITIONAL DEFENSES**. Defendant reserves all defenses revealed through ongoing investigation and discovery.

**JURY DEMAND**

Pursuant to Rule 38 of the Federal Rules of Civil Procedure, CS Global hereby demands a trial by jury on all triable issues in Plaintiff's Complaint and CS Global's Answer and Affirmative Defenses.

**CS GLOBAL'S PRAYER FOR RELIEF**

WHEREFORE, CS Global respectfully prays for judgment on Plaintiff's Complaint as follows:

1. Dismissing Plaintiff's Complaint with prejudice;



CORR CRONIN LLP
1015 Second Avenue, Floor 10
Seattle, Washington 98104-1001
Tel (206) 625-8600
Fax (206) 625-0900

2. Awarding CS Global its reasonable attorneys' fees and costs incurred in defending against this action; and
3. Awarding CS Global such further relief as the Court may deem just and equitable.

DATED this 6th day of October, 2025.

CORR CRONIN LLP

*s/ Rachel E. Hay*
Rachel E. Hay, WSBA No. 60245
CORR CRONIN LLP
1015 Second Avenue, Floor 10
Seattle, Washington 98104-1001
Tel: (206) 625-8600
rhay@corrcronin.com

Steven M. Lucks (*Admitted Pro Hac Vice*)
Patrick N. Andriola (*Admitted Pro Hac Vice*)
FISHKIN LUCKS LLP
The Woolworth Building
233 Broadway, Suite 820
New York, NY 10279
Tel: (646) 755-9200
slucks@fishkinlucks.com
pandriola@fishkinlucks.com

*Attorneys for Defendant CS Global Energy US Inc.*