The Honorable Tana Lin

**IN THE UNITED STATES DISTRICT COURT**
**WESTERN DISTRICT OF WASHINGTON**
**AT SEATTLE**

| | |
|---|---|
| 12273977 CANADA INC.,<br><br>Plaintiff,<br><br>v.<br>CS GLOBAL ENERGY US INC., f/k/a LAKE PARIME USA INC.,<br><br>Defendant. | CASE NO. 2:25-cv-01630-TL<br><br>**[PROPOSED] ORDER GRANTING PLAINTIFF'S MOTION FOR SUMMARY JUDGMENT AND AWARDING POSSESSION OF PERSONAL PROPERTY** |

This matter came before the Court on Plaintiff 12273977 Canada Inc.'s Motion for Summary Judgment.

**[PROPOSED] ORDER ON MOTION FOR SUMMARY JUDGMENT**

The Court, having considered the Motion, Defendant's response, any reply, any, and the relevant record on summary judgment, and the oral argument of the parties' counsel, hereby ORDERS as follows:

- Plaintiff's motion for summary judgment is GRANTED.
- Plaintiff's claims in the alternative for unjust enrichment, conversion, and trespass to chattels are DISMISSED as moot.



MCDERMOTT WILL & SCHULTE
444 WEST LAKE STREET, SUITE 4000
CHICAGO, ILLINOIS 60606-0029
TELEPHONE: 312.372.2000

**[PROPOSED] ORDER AWARDING POSSESSION UNDER Ch. 7.64 RCW**

Regarding entry of summary judgment on Plaintiff's claim for replevin, in accordance with RCW 7.64.035 the Court hereby FINDS as follows:

- More than 20 days have elapsed since service of the summons and complaint.
- Defendant does not raise an issue of fact that requires a trial on the issue of possession or damages. RCW 7.64.035(3).
- The property at issue are certain power cables with the following description located at Defendant's Coshocton, Ohio data center:

| Item | Qty/Hrs | Price/Rate | Sales Tax | Amount |
|---|---|---|---|---|
| POWER LEAD, Y CABLE 0.6M LENGTH, C20 TO TWIN C13, 12AWG + 14 AWG | 240.00 | 9.64 | Zero Rated 0.00% | 2,313.60 |
| POWER LEAD, Y CABLE 0.7M LENGTH, C20 TO TWIN C13, 12AWG + 14 AWG | 480.00 | 10.30 | Zero Rated 0.00% | 4,944.00 |
| POWER LEAD, Y CABLE 1M LENGTH, C20 TO TWIN C13, 12AWG + 14 AWG | 800.00 | 11.22 | Zero Rated 0.00% | 8,976.00 |
| POWER LEAD, Y CABLE 1.2M LENGTH, C20 TO TWIN C13, 12AWG + 14 AWG | 320.00 | 12.06 | Zero Rated 0.00% | 3,859.20 |
| POWER LEAD, Y CABLE 1.5M LENGTH, C20 TO TWIN C13, 12AWG + 14 AWG | 640.00 | 13.75 | Zero Rated 0.00% | 8,800.00 |
| POWER LEAD, Y CABLE 1.8M LENGTH, C20 TO TWIN C13, 12AWG + 14 AWG | 320.00 | 15.16 | Zero Rated 0.00% | 4,851.20 |
| POWER LEAD, Y CABLE 2M LENGTH, C20 TO TWIN C13, 12AWG + 14 AWG | 480.00 | 16.54 | Zero Rated 0.00% | 7,939.20 |
| POWER LEAD, Y CABLE 2.5M LENGTH, C20 TO TWIN C13, 12AWG + 14 AWG | 80.00 | 19.14 | Zero Rated 0.00% | 1,531.20 |

Accordingly, it is further ORDERED that

- Plaintiff is AWARDED immediate possession of the power cables described above.
- Any requirement that Plaintiff deliver a bond as a condition of an order awarding possession is WAIVED.



MCDERMOTT WILL & SCHULTE
444 WEST LAKE STREET, SUITE 4000
CHICAGO, ILLINOIS 60606-0029
TELEPHONE: 312.372.2000

- Defendant is ORDERED to surrender the power cables to Plaintiff within five (5) days of the date of this Order. Notice is hereby given to Defendant that failure to turn over possession of the property may subject Defendant to being held in contempt of court upon application to the court by the Plaintiff without further notice.
- If Defendant fails to turn over possession, the sheriff, or its equivalent in the jurisdiction where this order is to be enforced, is authorized to take possession of the property and put the plaintiff in possession of the property as provided in Ch. 7.64 RCW. If deemed necessary, the sheriff, or its equivalent in the jurisdiction where this order is to be enforced, is authorized to break and enter a building or enclosure to obtain possession of the property if it is concealed in the building or enclosure.
- The Clerk is DIRECTED to enter final judgment for Plaintiff in the form attached hereto

DATED this ____ day of ____________, 2025.

____________________________
THE HONORABLE TANA LIN
U.S. District Judge



MCDERMOTT WILL & SCHULTE
444 WEST LAKE STREET, SUITE 4000
CHICAGO, ILLINOIS 60606-0029
TELEPHONE: 312.372.2000

PRESENTED BY:

By: *s/Daniel-Charles V. Wolf*_______________

Daniel-Charles V. Wolf, WSBA #48211
444 W. Lake St., Ste. #4000
Chicago, IL 60606-0029
(312) 372-2000
dcwolf@mwe.com

Andrew B. Kratenstein, *ADMITTED PRO HAC VICE*
Chenjia Zhu, *ADMITTED PRO HAC VICE*
One Vanderbilt Avenue
New York, NY 10017-3852
(212) 547-5400
akratenstein@mwe.com
chenjiazhu@mwe.com

*Attorneys for Plaintiff*

The Honorable Tana Lin

**IN THE UNITED STATES DISTRICT COURT**
**WESTERN DISTRICT OF WASHINGTON**
**AT SEATTLE**

| | |
|---|---|
| 12273977 CANADA INC.,<br><br>Plaintiff,<br><br>v.<br><br>CS GLOBAL ENERGY US INC., f/k/a LAKE PARIME USA INC.,<br><br>Defendant. | CASE NO. 2:25-cv-01630-TL |

**JUDGMENT IN A CIVIL ACTION**

____ **Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

__X__ **Decision by the Court**. This action has been considered and a decision has been rendered by the Court. **IT IS ORDERED AND ADJUDGED THAT:** final judgment is entered in favor of Plaintiff 12273977 CANADA INC. and against CS GLOBAL ENERGY US INC., f/k/a LAKE PARIME USA Inc. on Plaintiff's claims for breach of contract and replevin on the terms set forth herein.



MCDERMOTT WILL & SCHULTE
444 WEST LAKE STREET, SUITE 4000
CHICAGO, ILLINOIS 60606-0029
TELEPHONE: 312.372.2000

SUMMARY OF JUDGMENT

| | |
|---|---|
| a. Judgment Creditor: | 12273977 CANADA INC |
| b. Judgment Debtor: | CS GLOBAL ENERGY US INC., f/k/a LAKE PARIME USA INC. |
| c. Attorneys for Judgment Creditors: | Daniel-Charles V. Wolf<br>444 W. Lake St., Ste. #4000<br>Chicago, IL 60606-0029<br><br>Andrew B. Kratenstein, *ADMITTED PRO HAC VICE*<br>Chenjia Zhu, *ADMITTED PRO HAC VICE*<br>One Vanderbilt Avenue<br>New York, NY 10017-3852 |
| d. Amount of Principal owed: | $2,692,087.53 |
| e. Prejudgment and post-judgment interest: | Interest from June 30, 2025, at the rate of 12% per annum as determined in the absence of an agreement under RCW §§ 19.52.010, 19.52.020. Interest from date of judgment until paid to run at rate governed by 28 U.S.C. § 1961. |
| f. Expiration of Judgment: | 10 years from entry with option to renew for 10 additional years |

**JUDGMENT**

This Judgment incorporates by reference the terms of the Court's __[date]__ Order Granting Plaintiff's Motion for Summary Judgment (Dkt. No. __) ("Order"). Judgment is entered awarding the following relief:

**I. MONETARY RELIEF**

| **Recoverable Item** | **Principal Value** | **Outstanding Interest** | **Total Due Through** |
|---|---|---|---|
| Security Deposit | $1,633,824 | | |
| Net Service Fee Credit | $395,000 | | |



MCDERMOTT WILL & SCHULTE
444 WEST LAKE STREET, SUITE 4000
CHICAGO, ILLINOIS 60606-0029
TELEPHONE: 312.372.2000

| | | | |
|---|---|---|---|
| June 2025 Difference Between Prepayment and Actual Power Use | $558,000 | | |
| May 2025 Difference Between Prepayment and Actual Power Use | $105,263.53 | | |
| **Total** | $2,692,087.53 | | |

The judgment will accrue interest from the date of entry of judgment until paid at the applicable rate pursuant to 28 U.S.C. § 1961, namely, the weekly average 1-year constant maturity Treasury yield, as published by the Board of Governors of the Federal Reserve System, for the calendar week preceding thy date of judgment.

## II. WRIT OF REPLEVIN

Plaintiff 12273977 CANADA INC. is awarded possession of the power cables described in the Order. Defendant shall surrender the power cables to Plaintiff within five (5) days of the date of this Judgment.

If Defendant fails to turn over possession, the sheriff, or its equivalent in the jurisdiction where this judgment is to be enforced, is authorized to take possession of the property and put the plaintiff in possession of the property as provided in Ch. 7.64 RCW. If deemed necessary, the sheriff, or its equivalent in the jurisdiction where this order is to be enforced, is authorized to break and enter a building or enclosure to obtain possession of the property if it is concealed in the building or enclosure.

Date: ____________________ *CLERK OF COURT*

______________________________________

Signature of Clerk or Deputy Clerk



MCDERMOTT WILL & SCHULTE
444 WEST LAKE STREET, SUITE 4000
CHICAGO, ILLINOIS 60606-0029
TELEPHONE: 312.372.2000