The Honorable Tana Lin

**IN THE UNITED STATES DISTRICT COURT**
**WESTERN DISTRICT OF WASHINGTON**
**AT SEATTLE**

| | |
|---|---|
| 12273977 CANADA INC.,<br><br>Plaintiff,<br><br>v.<br>CS GLOBAL ENERGY US INC., f/k/a LAKE PARIME USA INC.,<br><br>Defendant. | CASE NO. 2:25-cv-01630-TL<br><br>**DECLARATION OF CHENJIA ZHU IN SUPPORT OF PLAINTIFF'S MOTION FOR SUMMARY JUDGMENT** |

I, Chenjia Zhu, declare as follows:

1. I am a licensed attorney at McDermott Will & Schulte LLP and am counsel for Plaintiff 12273977 Canada Inc. ("Plaintiff") in the above-captioned action.

2. I submit this Declaration in support of Plaintiff's Motion for Summary Judgment (the "Motion"). The following facts are based on my personal knowledge and, if called as a witness, I could and would testify completely thereto.

3. On October 14, 2025, the parties held their Rule 26(f) conference. During the conference and in accordance with the Court's Chambers' Procedures, Plaintiff's counsel stated



MCDERMOTT WILL & SCHULTE
444 WEST LAKE STREET, SUITE 4000
CHICAGO, ILLINOIS 60606-0029
TELEPHONE: 312.372.2000

that it intended to move for summary judgment. Counsel for Defendant CS Global Energy US Inc., f/k/a Lake Parime USA Inc.'s ("Defendant") stated that Defendant would oppose the motion.

4. On November 10, 2025, Plaintiff counsel emailed Defendant's counsel, as final attempt to confer on the issue before moving for summary judgment. Defendant's counsel confirmed that their position remained the same. A true and complete copy of that email chain is attached hereto as **Exhibit A**.

5. Attached hereto as **Exhibit B** is a true and complete copy of an email chain from August 2025 containing correspondence between Plaintiff's counsel and Defendant's previous counsel, in which Defendant's previous counsel claimed that Defendant owned the power cables.

6. Attached hereto as **Exhibit C** is a true and complete copy of Articles of Amendment to the Articles of Incorporation of Lake Parime USA Inc., executed as of February 3, 2023, and filed with the Washington Secretary of State on February 8, 2023. Exhibit C indicates that Defendant changed its name from Lake Parime USA Inc. to Statar Mining US Inc. in February 2023.

7. Attached hereto as **Exhibit D** is a true and complete copy of Articles of Amendment to the Articles of Incorporation of Statar Mining US Inc., executed as of April 13, 2023, and filed with the Washington Secretary of State on April 25, 2023. Exhibit D indicates that Defendant changed its name from Statar Mining US Inc. to CS Global Energy US Inc. in April 2023.

8. Attached hereto as **Exhibits E, F, and G** are true and complete copies of Defendant's annual reports, for 2023, 2024, and 2025, filed with Washington Secretary of State, on April 24, 2023, January 9, 2024, and January 19, 2025, respectively. These three exhibits all indicate that, in the 12 months preceding the filing of each report, there had been no transfer of at least 16-2/3% of the ownership, stock, or other financial interest in Defendant, and that in the



MCDERMOTT WILL & SCHULTE
444 WEST LAKE STREET, SUITE 4000
CHICAGO, ILLINOIS 60606-0029
TELEPHONE: 312.372.2000

36 months preceding the filing of each report, there had been no transfer of controlling interest (50% or greater) of the ownership, stock, or other financial interest in Defendant.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on November 17, 2025, at New York, New York,

/s/Chenjia Zhu
Chenjia Zhu



MCDERMOTT WILL & SCHULTE
444 WEST LAKE STREET, SUITE 4000
CHICAGO, ILLINOIS 60606-0029
TELEPHONE: 312.372.2000