# ZHU
# EXHIBIT A

**From:** Patrick Andriola
**To:** Kratenstein, Andrew
**Cc:** Barnhart, Kristen; Steven Lucks; Zhu, Chenjia; Wolf, DC
**Subject:** RE: 12273977 Canada Inc v. CS Global Energy US Inc - Plaintiff''s Initial Disclosures
**Date:** Monday, November 10, 2025 8:46:15 PM

**[ External Email ]**

Thanks Andrew (although if it is MWS what of the MWE email address? Gonna need to be updated). We will review.

On the summary judgment motion, yes that is still our position. But we should stip to dates if you'll be bringing it anyway. Can you give us 30 days to oppose, avoiding the holidays as need be?

Thanks,
Pat

**Pat Andriola** | Partner
+1.646.768.7688 (d)
+1.516.426.5400 (m)
fishkinlucks.com

New York | Newark | Philadelphia

If you have received this email in error please notify the system manager. This message contains confidential information and is intended only for the individual named. If you are not the named addressee you should not disseminate, distribute or copy this e-mail. Please notify the sender immediately by e-mail if you have received this e-mail by mistake and delete this e-mail from your system. If you are not the intended recipient you are notified that disclosing, copying, distributing or taking any action in reliance on the contents of this information is strictly prohibited

**From:** Kratenstein, Andrew <AKratenstein@mwe.com>
**Sent:** Monday, November 10, 2025 7:32 PM
**To:** Patrick Andriola <pandriola@fishkinlucks.com>
**Cc:** Barnhart, Kristen <kbarnhart@corrcronin.com>; Steven Lucks <slucks@fishkinlucks.com>; Zhu, Chenjia <chenjiazhu@mwe.com>; Wolf, DC <dcwolf@mwe.com>
**Subject:** RE: 12273977 Canada Inc v. CS Global Energy US Inc - Plaintiff's Initial Disclosures

**[External Email]**

Patrick,

Thank you for sending. I am still getting used to it, but we are now MWS with the Schulte merger. Kristen, welcome to the case.

I have attached here our proposed revisions to the joint status report over yours. You will note that we now plan to move for summary judgment soon after filing the joint status report. We discussed moving for summary judgment during our 26(f) conference, and you expressed your opposition. As part of our final attempt to meet and confer with you on this issue, please confirm that you have not changed your position.

Thanks,

Andrew

**Andrew B. Kratenstein**
Partner

**T:** +1 212 547 5695 | **M:** +1 646 338 4881 | **F:** +1 212 547 5444
akratenstein@mwe.com | LinkedIn

McDermott Will & Schulte LLP | mwe.com
One Vanderbilt Avenue, New York, NY 10017

**From:** Patrick Andriola <pandriola@fishkinlucks.com>

**Sent:** Friday, November 7, 2025 3:18 PM
**To:** Zhu, Chenjia <chenjiazhu@mwe.com>; Kratenstein, Andrew <AKratenstein@mwe.com>; Wolf, DC <dcwolf@mwe.com>
**Cc:** Barnhart, Kristen <kbarnhart@corrcronin.com>; Steven Lucks <slucks@fishkinlucks.com>
**Subject:** RE: 12273977 Canada Inc v. CS Global Energy US Inc - Plaintiff's Initial Disclosures

**[ External Email ]**
Hi MWE,

Please see attached our proposed revisions to the joint status report in track; the report is due one week from today and we should plan to file then.

We are still going over this with our client but are sending it a week early in the spirit of getting this to you with time.

Also, Rachel Hay is leaving Corr Cronin and Kristen (cc'd) will be replacing her as counsel of record. Please include her going forward.

Do not hesitate to call me with any questions.

Thanks,
Pat

**Pat Andriola** | Partner
+1.646.768.7688 (d)
+1.516.426.5400 (m)
fishkinlucks.com

New York | Newark | Philadelphia

If you have received this email in error please notify the system manager. This message contains confidential information and is intended only for the individual named. If you are not the named addressee you should not disseminate, distribute or copy this e-mail. Please notify the sender immediately by e-mail if you have received this e-mail by mistake and delete this e-mail from your system. If you are not the intended recipient you are notified that disclosing, copying, distributing or taking any action in reliance on the contents of this information is strictly prohibited

**From:** Zhu, Chenjia <chenjiazhu@mwe.com>
**Sent:** Friday, October 31, 2025 4:03 PM
**To:** Hay, Rachel <rhay@corrcronin.com>; Steven Lucks <slucks@fishkinlucks.com>; Patrick Andriola <pandriola@fishkinlucks.com>
**Cc:** Kratenstein, Andrew <AKratenstein@mwe.com>; Wolf, DC <dcwolf@mwe.com>
**Subject:** 12273977 Canada Inc v. CS Global Energy US Inc - Plaintiff's Initial Disclosures

**[External Email]**

Counsel,

Please see attached Plaintiff's Initial Disclosures. In addition, Plaintiff is producing via FTP supporting documents Bates stamped 122CANADA_00000001 -122CANADA_00000244 (the "Production"). Credentials to access the FTP will be circulated under separate cover. The password to access the production is **y:ji#u7:i+9Ds24WtO4cb**

The Production is not intended to, and does not, waive any applicable privilege or other legal basis under which information may not be subject to production. Our production of any material subject to any applicable privilege or other legal basis under which information may not be subject to production is inadvertent.

Best regards,
Chenjia

**Chenjia Zhu**
Associate

**T:** +1 212 547 5565 | **F:** +1 212 547 5444
chenjiazhu@mwe.com | LinkedIn

McDermott Will & Schulte LLP | mwe.com
One Vanderbilt Avenue, New York, NY 10017

******************************************************************************************************************
This message is a PRIVATE communication. This message and all attachments are a private communication sent by a law firm and may be confidential or protected by privilege. If you are not the intended recipient, you are hereby notified that any disclosure, copying, distribution or use of the information contained in or attached to this message is strictly prohibited. Please notify the sender of the delivery error by replying to this message, and then delete it from your system. Our Privacy Policy explains how we may use your personal information. Thank you.
******************************************************************************************************************

Please visit http://www.mwe.com/ for more information about our Firm.