| | |
|---|---|
| **From:** | Besikof, Daniel B. |
| **To:** | Kratenstein, Andrew |
| **Cc:** | Wolf, DC |
| **Subject:** | Re: 12273977 Canada Inc. - CS Global Energy Ltd. |
| **Date:** | Monday, August 4, 2025 7:11:50 PM |
| **Attachments:** | image001.png<br>image729629.png |

**[ External Email ]**

Andrew – As an initial matter, I want to thank you for your patience. This came in at a tough time for me, with a big hearing, an all encompassing other matter and then some international travel. I've been the lag here, and I fall on my sword.

FRE 408 [redacted]

In respect of the cables, those were part of the package of assets CS Global acquired out of the Lake Parime UK administration, and they've been on CS Global's balance sheet this ever since.

FRE 408 [redacted]

FRE 408 [redacted]

Let me know if you want to discuss.

Dan

**Daniel B. Besikof**
Partner
Lowenstein Sandler LLP

T: (212) 204-8693

On Aug 1, 2025, at 10:42 AM, Kratenstein, Andrew <AKratenstein@mwe.com> wrote:

Dan,

My client is getting concerned and is running out of patience. I appreciate that you have been diverted by other matters, but can we get a response no later than Monday?

Thanks,

ANDREW B. KRATENSTEIN
Partner
**McDermott Will & Emery LLP** One Vanderbilt Avenue, New York, NY 10017-3852
**Tel** +1 212 547 5695 **Mobile** +1 646 338 4881 **Email** akratenstein@mwe.com
Biography | Website | vCard | LinkedIn

---

**From:** Besikof, Daniel B. <DBesikof@lowenstein.com>
**Sent:** Monday, July 28, 2025 8:56 PM
**To:** Kratenstein, Andrew <AKratenstein@mwe.com>
**Cc:** Wolf, DC <dcwolf@mwe.com>
**Subject:** RE: 12273977 Canada Inc. - CS Global Energy Ltd.

**[ External Email ]**

Yes, sorry. I'm the lag here, not my client. I got side tracked on a client emergency and will get back to you ASAP. I know I'm overdue, and I apologize.

**Daniel B. Besikof**
Partner
Lowenstein Sandler LLP

T: (212) 204-8693

<image001.png>

---

**From:** Kratenstein, Andrew <AKratenstein@mwe.com>
**Sent:** Monday, July 28, 2025 6:33 PM
**To:** Besikof, Daniel B. <DBesikof@lowenstein.com>
**Cc:** Wolf, DC <dcwolf@mwe.com>
**Subject:** RE: 12273977 Canada Inc. - CS Global Energy Ltd.

Dan,

Just checking back on this.

Thanks,

ANDREW B. KRATENSTEIN
Partner
**McDermott Will & Emery LLP** One Vanderbilt Avenue, New York, NY 10017-3852
**Tel** +1 212 547 5695 **Mobile** +1 646 338 4881 **Email** akratenstein@mwe.com
Biography | Website | vCard | LinkedIn

---

**From:** Besikof, Daniel B. <DBesikof@lowenstein.com>
**Sent:** Wednesday, July 23, 2025 9:25 AM
**To:** Wolf, DC <dcwolf@mwe.com>
**Cc:** Kratenstein, Andrew <AKratenstein@mwe.com>
**Subject:** Re: 12273977 Canada Inc. - CS Global Energy Ltd.

**[ External Email ]**
Yes, I spoke with them but have been prepping for a big hearing that's in a half hour. I'll work on a response and should get something to you tomorrow.

**Daniel B. Besikof**
Partner
Lowenstein Sandler LLP
T: (212) 204-8693

<image001.png>

On Jul 23, 2025, at 9:21 AM, Wolf, DC <dcwolf@mwe.com> wrote:

Daniel,

Following up on this. Please let us know once you've heard from your client.

DC WOLF
Partner
**McDermott Will & Emery LLP** 444 West Lake Street, Suite 4000, Chicago, IL 60606-0029
**Tel** +1 312 899 7228 **Email** dcwolf@mwe.com
**Biography** | **Website** | **vCard** | **LinkedIn**

---

**From:** Besikof, Daniel B. <DBesikof@lowenstein.com>
**Sent:** Thursday, July 17, 2025 9:09 AM
**To:** Kratenstein, Andrew <AKratenstein@mwe.com>
**Cc:** Wolf, DC <dcwolf@mwe.com>
**Subject:** RE: 12273977 Canada Inc. - CS Global Energy Ltd.

> You don't often get email from dbesikof@lowenstein.com. Learn why this is important

**[ External Email ]**
Thanks for the call, Andrew. Nice to meet you, DC. I'll read the docs, caucus with my client and get back to you guys next week.

**Daniel B. Besikof**
Partner
Lowenstein Sandler LLP

T: (212) 204-8693

---

**From:** Kratenstein, Andrew <AKratenstein@mwe.com>
**Sent:** Thursday, July 17, 2025 10:00 AM
**To:** Besikof, Daniel B. <DBesikof@lowenstein.com>
**Cc:** Wolf, DC <dcwolf@mwe.com>
**Subject:** 12273977 Canada Inc. - CS Global Energy Ltd.

Dan,

Nice speaking with you just now. As I mentioned, I am in trial next week so please copy my partner, DC Wolf, on any correspondence.

Thanks,

ANDREW B. KRATENSTEIN
Partner
**McDermott Will & Emery LLP** One Vanderbilt Avenue, New York, NY 10017-3852
**Tel** +1 212 547 5695 **Mobile** +1 646 338 4881 **Email** akratenstein@mwe.com
**Biography** | **Website** | **vCard** | **LinkedIn**

****************************************************************************************************************
This message is a PRIVATE communication. This message and all attachments are a private communication sent by a law firm and may be confidential or protected by privilege. If you are not the intended recipient, you are hereby notified that any disclosure, copying, distribution or use of the information contained in or attached to this message is strictly prohibited. Please notify the sender of the delivery error by replying to this message, and then delete it from your system. Our Privacy Policy explains how we may use your personal information or data and any personal information or data provided or made available to us. Thank you.
****************************************************************************************************************

Please visit http://www.mwe.com/ for more information about our Firm.

---

This message contains confidential information, intended only for the person(s) named above, which may also be privileged. Any use, distribution, copying or disclosure by any other person is strictly prohibited. In such case, you should delete this message and kindly notify the sender via reply e-mail. Please advise immediately if you or your employer does not consent to Internet e-mail for messages of this kind.

---

This message contains confidential information, intended only for the person(s) named above, which may also be privileged. Any use, distribution, copying or disclosure by any other person is strictly prohibited. In such case, you should delete this message and kindly notify the sender via reply e-mail. Please advise immediately if you or your employer does not consent to Internet e-mail for messages of this kind.

---

This message contains confidential information, intended only for the person(s) named above, which may also be privileged. Any use, distribution, copying or disclosure by any other person is strictly prohibited. In such case, you should delete this message and kindly notify the sender via reply e-mail. Please advise immediately if you or your employer does not consent to Internet e-mail for messages of this kind.

---

This message contains confidential information, intended only for the person(s) named above, which may also be privileged. Any use, distribution, copying or disclosure by any other person is strictly prohibited. In such case, you should delete this message and kindly notify the sender via reply e-mail. Please advise immediately if you or your employer does not consent to Internet e-mail for messages of this kind.