# ZHU
# EXHIBIT C

DocuSign Envelope ID: BCCD0505-3C0D-4E6E-B52D-E91263518518

FILED
Secretary of State
State of Washington
Date Filed: 02/08/2023
Effective Date: 02/08/2023
UBI No: 604 602 416

**ARTICLES OF AMENDMENT**

**TO THE**

**ARTICLES OF INCORPORATION OF**

**LAKE PARIME USA INC**

Pursuant to RCW 23B.10.060 of the Washington Business Corporation Act (the "Act"), the following Articles of Amendment to the Articles of Incorporation filed with the Secretary of State of the State of Washington on March 27, 2020 (the "Articles") are herewith submitted for filing:

Article 1. The name of record of the corporation is Lake Parime USA Inc (the "***Company***").

Article 2. ARTICLE 1 of the Articles is hereby amended to change the name of the corporation to Statar Mining US Inc.

Article 3. This amendment was approved and duly adopted by the board of directors of the Corporation on February 3, 2023, in accordance with the requirements of the Act.

Article 3. This amendment was duly approved by the sole stockholder of the Corporation on February 3, 2023, in accordance with the requirements of the Act.

IN WITNESS WHEREOF, the undersigned authorized officer of the Corporation has executed these Articles of Amendment to the Articles of Incorporation as of February 3, 2023.

**LAKE PARIME USA INC**

By: DocuSigned by: [signature] 9FCD693DA80E4BB...

Name: Ron Ozer
Title: Director

UKMATTERS:69660624.1

Work Order #: 2023020700107333 - 1
Received Date: 02/07/2023
Amount Received: $80.00

WASHINGTON
Secretary of State
Corporations & Charities Division

Corporations & Charities Division
801 Capitol Way South
PO Box 40234
Olympia, WA 98504-0234

Tel: 360.725.0377

# Front Desk Transaction Request Form

☐ Front Desk Wait ($50 fee for Immediate Service)
☐ Routine (Drop Off - 10 business days)
☒ Expedite ($50. Fee Drop off - 2-3 Business Days)

**Name:** O-TOWN FILINGS

**Address:** 711 CAPITOL WAY S, SUITE 204, OLYMPIA, WA 98501

**Phone:** 360-515-0280

**Email:** OTOWNTEAM@OTOWNFILINGS.COM

| UBI Number | Entity Name | Type of Request |
|---|---|---|
| 604602416 | LAKE PARIME USA INC | B |
| | | |
| | | |

## Type of Transactions:

- ☐ A. Formation/Articles/Registration
- ☐ B. Amendment
- ☐ C. Merger or Conversion
- ☐ D. Annual Report, Amended Report, Reinstatement
- ☐ E. Apostille or Authentication — Country: ____________
- ☐ F. Other
- ☐ G. Long Form Certificate of Existence
- ☐ H. Short Form Certificate of Existence
- ☐ I. Photo Copies — ☐ Charter Docs ☐ Other: ____________
- ☐ J. Certified Copies — ☐ Charter Docs ☐ Other: ____________

| SERVICE TYPE | FEE |
|---|---|
| Filing | |
| Filing | |
| Apo | |
| Certificates | |
| Records | |
| Other | |
| Other | |
| Expedite Fee | |
| TOTAL DUE: | |

| NOTES: |
|---|
| |
| |
| |
| |
| |
| |
| |
| |

Work Order #: 2023020700107333 - 1
Received Date: 02/07/2023
Amount Received: $80.00