# ZHU
# EXHIBIT D

DocuSign Envelope ID: BFBA5E33-DBEC-4221-A74C-BFD6011EE921

FILED
Secretary of State
State of Washington
Date Filed: 04/25/2023
Effective Date: 04/25/2023
UBI No: 604 602 416

**ARTICLES OF AMENDMENT**

**TO THE**

**ARTICLES OF INCORPORATION OF**

**STATAR MINING US INC.**

Pursuant to RCW 23B.10.060 of the Washington Business Corporation Act (the "Act"), the following Articles of Amendment to the Articles of Incorporation filed with the Secretary of State of the State of Washington on March 27, 2020 (the "Articles") are herewith submitted for filing:

Article 1. The name of record of the corporation is Statar Mining US Inc. (the "***Company***").

Article 2. ARTICLE 1 of the Articles is hereby amended to change the name of the corporation to CS Global Energy US Inc.

Article 3. This amendment was approved and duly adopted by the board of directors of the Corporation on April 13, 2023, in accordance with the requirements of the Act.

Article 3. This amendment was duly approved by the sole shareholder of the Corporation on April 13, 2023, in accordance with the provisions of RCW 23B.10.030 and RCW 23B10.040 of the Act.

IN WITNESS WHEREOF, the undersigned authorized officer of the Corporation has executed these Articles of Amendment to the Articles of Incorporation as of April 13, 2023.

**STATAR MINING US INC.**

By: DocuSigned by: [signature] 9FCD693DA80E4BB
Ron Ozer
President

Work Order #: 2023042400285328 - 1
Received Date: 04/25/2023
Amount Received: $80.00