# ZHU
# EXHIBIT E

WASHINGTON
Secretary of State
Corporations & Charities Division

Filed
Secretary of State
State of Washington
Date Filed: 04/24/2023
Effective Date: 04/24/2023
UBI #: 604 602 416

# Annual Report

## BUSINESS INFORMATION

Business Name:
**STATAR MINING US INC.**

UBI Number:
**604 602 416**

Business Type:
**WA PROFIT CORPORATION**

Business Status:
**ACTIVE**

Principal Office Street Address:
**522 W RIVERSIDE AVE STE 4212, SPOKANE, WA, 99201-0580, UNITED STATES**

Principal Office Mailing Address:
**522 W RIVERSIDE AVE STE 4212, SPOKANE, WA, 99201-0580, UNITED STATES**

Expiration Date:
**03/31/2024**

Jurisdiction:
**UNITED STATES, WASHINGTON**

Formation/Registration Date:
**03/27/2020**

Period of Duration:
**PERPETUAL**

Inactive Date:

Nature of Business:
**PROFESSIONAL, SCIENTIFIC & TECHNICAL SERVICES**

## REGISTERED AGENT RCW 23.95.410

| Registered Agent Name | Street Address | Mailing Address |
|---|---|---|
| LAKE PARIME USA INC | 522 W RIVERSIDE AVE STE 4212, SPOKANE, WA, 99201-0580, UNITED STATES | 522 W RIVERSIDE AVE STE 4212, SPOKANE, WA, 99201-0580, UNITED STATES |

## PRINCIPAL OFFICE

Phone:

Email:
**TREASURY@STATARMINING.COM**

Street Address:
**522 W RIVERSIDE AVE STE 4212, SPOKANE, WA, 99201-0580, USA**

Mailing Address:
**522 W RIVERSIDE AVE STE 4212, SPOKANE, WA, 99201-0580, USA**

## GOVERNORS

| Title | Type | Entity Name | First Name | Last Name |
|---|---|---|---|---|
| GOVERNOR | INDIVIDUAL | | TARUN | BOSE |

## NATURE OF BUSINESS

- PROFESSIONAL, SCIENTIFIC & TECHNICAL SERVICES

## EFFECTIVE DATE

Effective Date:
**04/24/2023**

## CONTROLLING INTEREST

1. Does this entity own (hold title) real property in Washington, such as land or buildings, including leasehold improvements?
**- No**
2. In the **past 12 months**, has there been a transfer of at least 16-2/3 percent of the ownership, stock, or other financial interest in the entity?
**- No**
a. If "Yes", in the **past 36 months**, has there been a transfer of controlling interest (50 percent or greater) of the ownership, stock, or other financial interest in the entity?
**- No**
3. If you answered "Yes" to question 2a, has a controlling interest transfer return been filed with the Department of Revenue?
**- No**

You **must** submit a Controlling Interest Transfer Return form if you answered “yes” to questions 1 **and** 2a.

Failure to report a Controlling Interest Transfer is subject to penalty provisions of RCW 82.45.220.

For more information on **Controlling Interest**, visit www.dor.wa.gov/REET.

## RETURN ADDRESS FOR THIS FILING

Attention:
Email:
Address:

## UPLOAD ADDITIONAL DOCUMENTS

Do you have additional documents to upload? **- No**

## AUTHORIZED PERSON

☐ I am an authorized person.

Person Type:

**INDIVIDUAL**

First Name:
**TARUN**

Last Name:
**BOSE**

Title:
**CFO**

☑ This document is hereby executed under penalty of law and is to the best of my knowledge, true and correct.