# POSFAY EXHIBIT A

| | A | B | C | D | E | F | G | H |
|---|---|---|---|---|---|---|---|---|
| 1 | **client_name** | **date** | **uptime** | **hashing_uptime** | **hash_rate** | **power_consumption** | **power_cost** | **theoretical_hash_rate** |
| 2 | CS Global - TAAL | 5/1/2025 | 96.17217354 | 90.59617964 | 2.83E+17 | 210491997.8 | 16839.35983 | 2.94E+17 |
| 3 | CS Global - TAAL | 5/2/2025 | 96.05310295 | 94.96412956 | 2.95E+17 | 221459823.5 | 17716.78588 | 2.94E+17 |
| 4 | CS Global - TAAL | 5/3/2025 | 96.28929214 | 95.28896146 | 2.94E+17 | 221748651.2 | 17739.8921 | 2.94E+17 |
| 5 | CS Global - TAAL | 5/4/2025 | 96.25932356 | 94.97503766 | 2.93E+17 | 221319946.9 | 17705.59575 | 2.94E+17 |
| 6 | CS Global - TAAL | 5/5/2025 | 96.25266387 | 94.53159447 | 2.90E+17 | 219151642.7 | 17532.13141 | 2.94E+17 |
| 7 | CS Global - TAAL | 5/6/2025 | 94.04337063 | 93.12100419 | 2.87E+17 | 214577531.5 | 17166.20252 | 2.88E+17 |
| 8 | CS Global - TAAL | 5/7/2025 | 96.59529321 | 95.28069426 | 2.92E+17 | 220653677.4 | 17652.29419 | 2.95E+17 |
| 9 | CS Global - TAAL | 5/8/2025 | 96.47381136 | 94.32376635 | 2.85E+17 | 217479410.7 | 17398.35286 | 2.95E+17 |
| 10 | CS Global - TAAL | 5/9/2025 | 96.37678663 | 94.5617927 | 2.87E+17 | 218288925.7 | 17463.11406 | 2.95E+17 |
| 11 | CS Global - TAAL | 5/10/2025 | 96.61033491 | 94.95735505 | 2.89E+17 | 218864760.7 | 17509.18086 | 2.95E+17 |
| 12 | CS Global - TAAL | 5/11/2025 | 96.39286174 | 93.77284961 | 2.75E+17 | 204734930.2 | 16378.79442 | 2.95E+17 |
| 13 | CS Global - TAAL | 5/12/2025 | 96.30938602 | 93.34950029 | 2.73E+17 | 212196256 | 16975.70048 | 2.95E+17 |
| 14 | CS Global - TAAL | 5/13/2025 | 96.2020273 | 93.07381228 | 2.72E+17 | 211207773.9 | 16896.62191 | 2.94E+17 |
| 15 | CS Global - TAAL | 5/14/2025 | 96.29331092 | 93.19472002 | 2.75E+17 | 212615045.1 | 17009.2036 | 2.94E+17 |
| 16 | CS Global - TAAL | 5/15/2025 | 96.26035696 | 81.23966601 | 2.36E+17 | 181951930.5 | 14556.15444 | 2.94E+17 |
| 17 | CS Global - TAAL | 5/16/2025 | 96.19594173 | 75.93063363 | 2.22E+17 | 166625785 | 13330.0628 | 2.94E+17 |
| 18 | CS Global - TAAL | 5/17/2025 | 95.93208039 | 90.52430096 | 2.72E+17 | 204559340.8 | 16364.74727 | 2.93E+17 |
| 19 | CS Global - TAAL | 5/18/2025 | 95.46085024 | 88.73433826 | 2.63E+17 | 198474379.4 | 15877.95035 | 2.92E+17 |
| 20 | CS Global - TAAL | 5/19/2025 | 95.5663718 | 85.18403696 | 2.47E+17 | 188965611.5 | 15117.24892 | 2.92E+17 |
| 21 | CS Global - TAAL | 5/20/2025 | 95.63606886 | 87.2762116 | 2.58E+17 | 197810889.1 | 15824.87112 | 2.92E+17 |
| 22 | CS Global - TAAL | 5/21/2025 | 95.94597388 | 87.28539738 | 2.59E+17 | 198811357.5 | 15904.9086 | 2.93E+17 |
| 23 | CS Global - TAAL | 5/22/2025 | 95.93954383 | 92.39130934 | 2.82E+17 | 212521914.1 | 17001.75313 | 2.93E+17 |
| 24 | CS Global - TAAL | 5/23/2025 | 95.90796774 | 92.30392967 | 2.82E+17 | 212616461.1 | 17009.31688 | 2.93E+17 |
| 25 | CS Global - TAAL | 5/24/2025 | 95.92576517 | 90.16697439 | 2.73E+17 | 206159732.8 | 16492.77863 | 2.93E+17 |
| 26 | CS Global - TAAL | 5/25/2025 | 95.88948137 | 88.12405846 | 2.62E+17 | 198990370.8 | 15919.22966 | 2.93E+17 |
| 27 | CS Global - TAAL | 5/26/2025 | 95.90647505 | 86.8482694 | 2.51E+17 | 191390426.5 | 15311.23412 | 2.93E+17 |
| 28 | CS Global - TAAL | 5/27/2025 | 95.90923078 | 87.48208774 | 2.52E+17 | 195004678.4 | 15600.37427 | 2.93E+17 |
| 29 | CS Global - TAAL | 5/28/2025 | 88.22223141 | 82.61500588 | 2.43E+17 | 186931931.4 | 14954.55452 | 2.70E+17 |
| 30 | CS Global - TAAL | 5/29/2025 | 95.55534888 | 81.17398773 | 2.38E+17 | 181885724.9 | 14550.85799 | 2.92E+17 |
| 31 | CS Global - TAAL | 5/30/2025 | 95.86536872 | 59.3599583 | 1.77E+17 | 133813331.2 | 10705.0665 | 2.93E+17 |
| 32 | CS Global - TAAL | 5/31/2025 | 4.660172325 | 0.176826132 | 5.11E+14 | 456709.375 | 36.53675 | 1.42E+16 |
| 33 | | | | | | 6081760948 | | |