# POSFAY EXHIBIT B

| | A | B | C | D | E | F | G | H |
|---|---|---|---|---|---|---|---|---|
| 1 | **client_name** | **date** | **uptime** | **hashing_uptime** | **hash_rate** | **power_consumption** | **power_cost** | **theoretical_hash_rate** |
| 2 | CS Global - TAAL | 6/1/2025 | 0 | 0 | 0 | 0 | 0 | 0 |
| 3 | CS Global - TAAL | 6/2/2025 | 0 | 0 | 0 | 0 | 0 | 0 |
| 4 | CS Global - TAAL | 6/3/2025 | 0 | 0 | 0 | 0 | 0 | 0 |
| 5 | CS Global - TAAL | 6/4/2025 | 0 | 0 | 0 | 0 | 0 | 0 |
| 6 | CS Global - TAAL | 6/5/2025 | 0 | 0 | 0 | 0 | 0 | 0 |
| 7 | CS Global - TAAL | 6/6/2025 | 0 | 0 | 0 | 0 | 0 | 0 |
| 8 | CS Global - TAAL | 6/7/2025 | 0 | 0 | 0 | 0 | 0 | 0 |
| 9 | CS Global - TAAL | 6/8/2025 | 0 | 0 | 0 | 0 | 0 | 0 |
| 10 | CS Global - TAAL | 6/9/2025 | 0 | 0 | 0 | 0 | 0 | 0 |
| 11 | CS Global - TAAL | 6/10/2025 | 0 | 0 | 0 | 0 | 0 | 0 |
| 12 | CS Global - TAAL | 6/11/2025 | 0 | 0 | 0 | 0 | 0 | 0 |
| 13 | CS Global - TAAL | 6/12/2025 | 0 | 0 | 0 | 0 | 0 | 0 |
| 14 | CS Global - TAAL | 6/13/2025 | 0 | 0 | 0 | 0 | 0 | 0 |
| 15 | CS Global - TAAL | 6/14/2025 | 0 | 0 | 0 | 0 | 0 | 0 |
| 16 | CS Global - TAAL | 6/15/2025 | 0 | 0 | 0 | 0 | 0 | 0 |
| 17 | CS Global - TAAL | 6/16/2025 | 0 | 0 | 0 | 0 | 0 | 0 |
| 18 | CS Global - TAAL | 6/17/2025 | 0 | 0 | 0 | 0 | 0 | 0 |
| 19 | CS Global - TAAL | 6/18/2025 | 0 | 0 | 0 | 0 | 0 | 0 |
| 20 | CS Global - TAAL | 6/19/2025 | 0 | 0 | 0 | 0 | 0 | 0 |
| 21 | CS Global - TAAL | 6/20/2025 | 0 | 0 | 0 | 0 | 0 | 0 |
| 22 | CS Global - TAAL | 6/21/2025 | 0 | 0 | 0 | 0 | 0 | 0 |
| 23 | CS Global - TAAL | 6/22/2025 | 0 | 0 | 0 | 0 | 0 | 0 |
| 24 | CS Global - TAAL | 6/23/2025 | 0 | 0 | 0 | 0 | 0 | 0 |
| 25 | CS Global - TAAL | 6/24/2025 | 0 | 0 | 0 | 0 | 0 | 0 |
| 26 | CS Global - TAAL | 6/25/2025 | 0 | 0 | 0 | 0 | 0 | 0 |
| 27 | CS Global - TAAL | 6/26/2025 | 0 | 0 | 0 | 0 | 0 | 0 |
| 28 | CS Global - TAAL | 6/27/2025 | 0 | 0 | 0 | 0 | 0 | 0 |
| 29 | CS Global - TAAL | 6/28/2025 | 0 | 0 | 0 | 0 | 0 | 0 |
| 30 | CS Global - TAAL | 6/29/2025 | 0 | 0 | 0 | 0 | 0 | 0 |
| 31 | CS Global - TAAL | 6/30/2025 | 0 | 0 | 0 | 0 | 0 | 0 |