# FITZPATRICK
# EXHIBIT B

# Sales Credit Note

Credit Note Number: SCN-26
Reference: N/A
Credit Note Date: 03/04/2025

**Deliver To**
Suite 4000, Commerce Court West
199 Bay Street
Toronto ON M5L 1A9
Canada

CS GLOBAL ENERGY

**12273977 CANADA INC**
Suite 4000, Commerce Court West
199 Bay Street
Toronto ON M5L 1A9
Canada

CS GLOBAL ENERGY US INC.
522 W RIVERSIDE AVENUE, STE 4212
SPOKANE WA 99201
United States

| Description | Cost | Discount | Tax Rate | Amount |
|---|---|---|---|---|
| April 2025 Hosting Services ($7.75c/kWh) - 7,200,000 kWh | 0.00 | 558,000.00 | No Tax | -558,000.00 |
| February 2024 Hosting Services Estimated True-up ($7.75c/kWh) - 5,882,400 kWh | 0.00 | 455,886.00 | No Tax | -455,886.00 |
| Less: February 2025 Hosting Prepayment ($7.75c/kWh) - 6,720,000 kWh | 520,800.00 | | No Tax | 520,800.00 |
| Less: Amount paid for April 2025 Hosting Services - 6,451,613 kWh | 500,000.00 | | No Tax | 500,000.00 |

| | |
|---|---|
| Subtotal | 6,914.00 |
| **Total** | **6,914.00** |
| **Amount Due** | **$6,914.00** |