# FITZPATRICK EXHIBIT C

# Sales Credit Note

Credit Note Number: SCN-27
Reference: N/A
Credit Note Date: 03/04/2025

**Deliver To**
Suite 4000, Commerce Court West
199 Bay Street
Toronto ON M5L 1A9
Canada

CS GLOBAL ENERGY

**12273977 CANADA INC**
Suite 4000, Commerce Court West
199 Bay Street
Toronto ON M5L 1A9
Canada

CS GLOBAL ENERGY US INC.
522 W RIVERSIDE AVENUE, STE 4212
SPOKANE WA 99201
United States

| Description | Cost | Discount | Tax Rate | Amount |
|---|---|---|---|---|
| February 2025 Hosting Services, based on actual energy consumption - 4,875,609 kWh @ $0.0775/kWh | 0.00 | 377,859.69 | No Tax | -377,859.69 |
| February 2025 Hosting Services Estimated True-up - 5,882,400 kWh | 455,886.00 | | No Tax | 455,886.00 |
| VPN Licenses for February 2025 (11 users @ $25/user) | 0.00 | 275.00 | Coshocton, Ohio 7.75% | -275.00 |

| | |
|---|---|
| Subtotal | 77,751.31 |
| Tax | -21.31 |
| **Total** | **77,730.00** |
| **Amount Due** | **$77,730.00** |