# FITZPATRICK EXHIBIT D

## Transaction Details

Buy Presale Play Gaming

**Sponsored:** **Best Wallet**: NO KYC Crypto Wallet with FREE Airdrop! In Presale Now! **Download NOW!**

Overview Internal Txns Logs (1) State API

**TRANSACTION ACTION**

Transfer 2 USDC ($1.99) to [redacted]a7F0

**Transaction Hash:**

[redacted]707a

**Status:** Success

**Block:**

22132396 1660911 Block Confirmations

**Timestamp:**

232 days ago (Mar-26-2025 04:51:47 PM UTC) | Confirmed within 3 secs

**Sponsored:**




**From:**

[redacted]f195

**Interacted With (To):**

[redacted]eB48 (Circle: USDC Token)

**ERC-20 Tokens Transferred:**

All Transfers **Net Transfers**

**From** [redacted]f195 **To** [redacted]a7F0 **For** 2 ($2.00) USDC (USDC)

**Value:**

0 ETH ($0.00)

**Transaction Fee:**

0.000059828996475496 ETH **$0.19**

**Gas Price:**

1.325174902 Gwei (0.000000001325174902 ETH)

**More Details:** + Click to show more

**Private Note:**

To access the **Private Note** feature, you must be Logged In

A transaction is a cryptographically signed instruction that changes the blockchain state. Block explorers track the details of all transactions in the network. Learn more about transactions in our Knowledge Base.

## Transaction Details

Buy Presale Play Gaming

Sponsored: Remittix - Join the Remittix (RTX) presale today - don't miss your chance to secure 100x gains!

Overview Internal Txns Logs (1) State API

**TRANSACTION ACTION**

Transfer 371,240 USDC ($371,130.85) to

[redacted]a7F0

Transaction Hash:

[redacted]bffd

Status: Success

Block:

22132466 1660847 Block Confirmations

Timestamp:

232 days ago (Mar-26-2025 05:05:59 PM UTC) | Confirmed within 9 secs

Sponsored:




From:

[redacted]f195

Interacted With (To):

[redacted]eB48 (Circle: USDC Token)

ERC-20 Tokens Transferred:

All Transfers Net Transfers

From [redacted]f195 To [redacted]a7F0 For 371,240 ($371,130.86)

USDC (USDC)

**Value:**

0 ETH ($0.00)

**Transaction Fee:**

0.00004473624163676 ETH **$0.14**

**Gas Price:**

0.990616511 Gwei (0.000000000990616511 ETH)

**More Details:** + Click to show more

**Private Note:**

To access the **Private Note** feature, you must be Logged In

A transaction is a cryptographically signed instruction that changes the blockchain state. Block explorers track the details of all transactions in the network. Learn more about transactions in our Knowledge Base.