# FITZPATRICK
# EXHIBIT E

# Invoice

Invoice Number: SI-229
Invoice Date: 04/28/2025
Due Date: 04/30/2025

**Deliver To**
Suite 4000, Commerce Court West
199 Bay Street
Toronto ON M5L 1A9
Canada

CS GLOBAL ENERGY

**12273977 CANADA INC**
Suite 4000, Commerce Court West
199 Bay Street
Toronto ON M5L 1A9
Canada

CS GLOBAL ENERGY US INC.
522 W RIVERSIDE AVENUE, STE 4212
SPOKANE WA 99201
United States

| Description | Cost | Discount | Tax Rate | Amount |
|---|---|---|---|---|
| June 2025 Hosting Services ($7.75c/kWh) - 7,200,000 kWh | 558,000.00 | | No Tax | 558,000.00 |
| April 2025 Hosting Services Estimated True-up ($7.75c/kWh) - 5,882,400 kWh | 455,886.00 | | No Tax | 455,886.00 |
| Less: April 2025 Hosting Prepayment ($7.75c/kWh) - 7,200,000 kWh | 0.00 | 558,000.00 | No Tax | -558,000.00 |

| | |
|---|---|
| Subtotal | 455,886.00 |
| **Total** | **455,886.00** |
| **Amount Due** | **$455,886.00** |

**Terms and Conditions**
Amounts are denominated in USD
Please make payment no later than due date 30 April, 2025.
Payment Details
Remit address: treasury@csglobalenergy.com
Beneficiary Bank
Bank and Branch Address: Lead Bank
1801 Main Street, Kansas City, MO, 64108, United States Routing Number: [redacted]
Account Number: [redacted]
Global - SWIFT account details
Bank and Branch Address: Revolut Technologies Inc
107 Greenwich Street, Floor 20, New York, NY, 10006, United States
Account number: [redacted]
Wire routing number: [redacted]
SWIFT / BIC: [redacted]
Intermediary BIC: [redacted]