# FITZPATRICK EXHIBIT F

## Transaction Details

Buy Presale Play Gaming

Sponsored: Rainbet - Originals, Slots, Sports Up to 80% back in unmatched rewards **Claim Ticket**

Overview Internal Txns Logs (1) State API

**TRANSACTION ACTION**

Transfer 2 USDC ($1.99) to [redacted]a7F0

Transaction Hash:

[redacted]0ea0

Status: Success

Block:

22383034 1410287 Block Confirmations

Timestamp:

197 days ago (Apr-30-2025 04:24:35 PM UTC) | Confirmed within 7 secs

Sponsored:

CRYPTOSLOTS 25 FREE JACKPOT SPINS CLAIM NO

From:

[redacted]f195

Interacted With (To):

[redacted]eB48 (Circle: USDC Token)

ERC-20 Tokens Transferred:

All Transfers Net Transfers

From [redacted]f195 To [redacted]a7F0 For 2 ($2.00) USDC (USDC)

Value:

0 ETH ($0.00)

Transaction Fee:

0.000053679222739176 ETH $0.17

Gas Price:

0.862344537 Gwei (0.000000000862344537 ETH)

**More Details:** + Click to show more

**Private Note:**

To access the **Private Note** feature, you must be Logged In

A transaction is a cryptographically signed instruction that changes the blockchain state. Block explorers track the details of all transactions in the network. Learn more about transactions in our Knowledge Base.

## Transaction Details

Buy | Presale | Play | Gaming

Sponsored: Rainbet - Originals, Slots, Sports Up to 80% back in unmatched rewards **Claim Ticket**

Overview | Internal Txns | Logs (1) | State | API

**TRANSACTION ACTION**

Transfer 455,884 USDC ($455,749.97) to
[redacted]a7F0

**Transaction Hash:**
[redacted]bf4f

**Status:** Success

**Block:**
22383231 1410095 Block Confirmations

**Timestamp:**
197 days ago (Apr-30-2025 05:04:47 PM UTC) | Confirmed within 8 secs

**Sponsored:**




**From:**
[redacted]f195

**Interacted With (To):**
[redacted]eB48 (Circle: USDC Token)

**ERC-20 Tokens Transferred:**

All Transfers | Net Transfers

From [redacted]f195 To [redacted]a7F0 For 455,884 ($455,749.97)

USDC (USDC)

**Value:**

0 ETH ($0.00)

**Transaction Fee:**

0.00003896308116956 ETH **$0.13**

**Gas Price:**

0.862778591 Gwei (0.000000000862778591 ETH)

**More Details:** + Click to show more

**Private Note:**

To access the **Private Note** feature, you must be Logged In

A transaction is a cryptographically signed instruction that changes the blockchain state. Block explorers track the details of all transactions in the network. Learn more about transactions in our Knowledge Base.