# FITZPATRICK EXHIBIT G

Message

**From:** Nicholas Weiling Laursen [nicholas@csglobalenergy.com]
**Sent:** 4/30/2025 5:13:10 PM
**To:** Sarah McGeeney [sarah.mcgeeney@taal.com]; treasury [treasury@csglobalenergy.com]
**CC:** Dorottya Posfay [d.posfay@teranode.group]; Jesper Øhlenschlager [joe@csglobalenergy.com]; Matthew Ward [Matthew@csglobalenergy.com]; Eoin Fitzpatrick [eoin.fitzpatrick@taal.com]
**Subject:** RE: Invoice SI-229

EXTERNAL SENDER

Hello Sarah,

Yes, I can confirm that we have received the balance, thank you,

**Nicholas Weiling Laursen**
Chief of Staff
CS GLOBAL

CSGLOBALENERGY.COM
MOBILE +44 (0) 7931 579463
MOBILE +45 2119 8915

CS GLOBAL ENERGY LTD.
METROPOLITAN WHARF
LONDON E1W 3SS
UNITED KINGDOM

Disclaimer: This email is intended solely for the addressee(s) and the information it contains is confidential and/or privileged. If you are not the intended recipient (or received this email in error), please delete this email and inform the sender as soon as possible as any unauthorised copying, disclosure, distribution or other action of the material in this email is strictly forbidden and could be a crime.

**From:** Sarah McGeeney <sarah.mcgeeney@taal.com>
**Sent:** Wednesday, April 30, 2025 6:07 PM
**To:** Nicholas Weiling Laursen <nicholas@csglobalenergy.com>; treasury <treasury@csglobalenergy.com>
**Cc:** Dorottya Posfay <d.posfay@teranode.group>; Jesper Øhlenschlager <joe@csglobalenergy.com>; Matthew Ward <Matthew@csglobalenergy.com>; Eoin Fitzpatrick <eoin.fitzpatrick@taal.com>
**Subject:** RE: Invoice SI-229

Hi Nicholas,

Thanks for confirming. I have processed the balance with transaction hash [redacted]**bf4f** if you can also confirm receipt?

Thanks
Sarah

**From:** Nicholas Weiling Laursen <nicholas@csglobalenergy.com>
**Sent:** Wednesday, 30 April 2025 11:30 am
**To:** Sarah McGeeney <sarah.mcgeeney@taal.com>; treasury <treasury@csglobalenergy.com>
**Cc:** Dorottya Posfay <d.posfay@teranode.group>; Jesper Øhlenschlager <joe@csglobalenergy.com>; Matthew Ward <Matthew@csglobalenergy.com>; Eoin Fitzpatrick <eoin.fitzpatrick@taal.com>
**Subject:** RE: Invoice SI-229

EXTERNAL SENDER

Hello Sarah,

Thank you, yes I can confirm, kindly go ahead with the remainder of the balance,

**Nicholas Weiling Laursen**
Chief of Staff
CS GLOBAL
CSGLOBALENERGY.COM
MOBILE +44 (0) 7931 579463
MOBILE +45 2119 8915

CS GLOBAL ENERGY LTD.
METROPOLITAN WHARF
LONDON E1W 3SS
UNITED KINGDOM

Disclaimer: This email is intended solely for the addressee(s) and the information it contains is confidential and/or privileged. If you are not the intended recipient (or received this email in error), please delete this email and inform the sender as soon as possible as any unauthorised copying, disclosure, distribution or other action of the material in this email is strictly forbidden and could be a crime.

**From:** Sarah McGeeney <sarah.mcgeeney@taal.com>
**Sent:** Wednesday, April 30, 2025 5:26 PM
**To:** treasury <treasury@csglobalenergy.com>
**Cc:** Dorottya Posfay <d.posfay@teranode.group>; Jesper Øhlenschlager <joe@csglobalenergy.com>; Matthew Ward <Matthew@csglobalenergy.com>; Nicholas Weiling Laursen <nicholas@csglobalenergy.com>; Eoin Fitzpatrick <eoin.fitzpatrick@taal.com>
**Subject:** Invoice SI-229

Good morning,

I have processed a test transfer of 2 USDC with the transaction hash [redacted]**0ea0** for invoice SI-229, can you please confirm receipt?

Thanks,

**Sarah McGeeney** | Senior Accountant
Linkedin | Twitter | taal.com

TAAL | This e-mail including any attachments is intended only for the named addressee, may be confidential and may contain privileged information. If you are not the addressee you may not copy, use or disclose this e-mail in any way. If you have received it in error, please notify us immediately and delete it.