# FITZPATRICK EXHIBIT I

## Transaction Details

Buy Presale Play Gaming

Sponsored: Remittix - Join the Remittix (RTX) presale today - **don't miss your chance to secure 100x gains!**

Overview Internal Txns Logs (1) State API

**TRANSACTION ACTION**

Transfer 2 USDC ($1.99) to [redacted]a7F0

**Transaction Hash:**

[redacted]785c

**Status:** Success

**Block:**

22397857 1395484 Block Confirmations

**Timestamp:**

195 days ago (May-02-2025 06:18:59 PM UTC) | Confirmed within 30 secs

**Sponsored:**

**From:**

[redacted]f195

**Interacted With (To):**

[redacted]eB48 (Circle: USDC Token)

**ERC-20 Tokens Transferred:**

All Transfers Net Transfers

**From** [redacted]f195 **To** [redacted]a7F0 **For** 2 ($2.00) USDC (USDC)

**Value:**

0 ETH ($0.00)

**Transaction Fee:**

0.000026993319889128 ETH **$0.09**

**Gas Price:**

0.433641561 Gwei (0.000000000433641561 ETH)

**More Details:** + Click to show more

**Private Note:**

To access the **Private Note** feature, you must be Logged In

A transaction is a cryptographically signed instruction that changes the blockchain state. Block explorers track the details of all transactions in the network. Learn more about transactions in our Knowledge Base.

## Transaction Details

Buy Presale Play Gaming

**Sponsored:** **Bitcoin Hyper**: Bitcoin's FIRST L2 for Fast, Low-Cost Transactions! Presale LIVE! - $25m + Raised! **BUY $HYPER**

Overview Internal Txns Logs (1) State API

**TRANSACTION ACTION**

Transfer 46,608.31 USDC ($46,594.60) to

[redacted]a7F0

**Transaction Hash:**

[redacted]a804

**Status:** Success

**Block:**

22397907 1395436 Block Confirmations

**Timestamp:**

195 days ago (May-02-2025 06:28:59 PM UTC) | Confirmed within 3 secs

**Sponsored:**

**From:**

[redacted]f195

**Interacted With (To):**

[redacted]eB48 (Circle: USDC Token)

**ERC-20 Tokens Transferred:**

All Transfers Net Transfers

▸ **From** [redacted]f195 **To** [redacted]a7F0 **For** 46,608.31 ($46,594.61)
USDC (USDC)

**Value:**

0 ETH ($0.00)

**Transaction Fee:**

0.000021449120273916 ETH **$0.07**

**Gas Price:**

0.474832203 Gwei (0.000000000474832203 ETH)

**More Details:** + Click to show more

**Private Note:**

To access the **Private Note** feature, you must be Logged In

A transaction is a cryptographically signed instruction that changes the blockchain state. Block explorers track the details of all transactions in the network. Learn more about transactions in our Knowledge Base.