# JORGENSEN
# EXHIBIT B

SIGNATURE BANK
565 Fifth Avenue, 12th Floor
New York, NY 10017

Statement Period
From June 01, 2022
To June 30, 2022


[redacted]
485 MADISON AVENUE
NEW YORK, NY 10022

12273977 CANADA INC. 4-159
C/O TAAL TECHNOLOGIES LTD. SEZC, P.O BOX
CEC - 85 GEROGE TOWN
GRAND CAYMAN, KY1 9012

See Back for Important Information

Primary Account: [redacted]

THE BANK HAS UPDATED ITS FEES AND SERVICE CHARGES INTO A COMBINED SCHEDULE OF FEES AND SERVICE CHARGES FOR BUSINESS ACCOUNTS ("SCHEDULE").

THE SCHEDULE WILL GOVERN YOUR USE OF YOUR BANK ACCOUNT(S), ALONG WITH BANKING PRODUCTS AND SERVICES. THE SCHEDULE REPLACES ALL PRIOR FEE ARRANGEMENTS AND SCHEDULES IN EFFECT PRIOR TO SEPTEMBER 1, 2022 WHEN THIS SCHEDULE BECOMES EFFECTIVE.

TO REVIEW THE UPDATED SCHEDULE, PLEASE VISIT SIGNATURE'S INTERNET BANKING SITE, CONTACT YOUR PRIVATE CLIENT GROUP OR VISIT A BANK FINANCIAL CENTER.

| Signature Relationship Summary | | Opening Bal. | Closing Bal. |
|---|---|---|---|
| BANK DEPOSIT ACCOUNTS | | | |
| [redacted] | [redacted] | [redacted] | [redacted] |
| | [redacted] | | [redacted] |

SIGNATURE BANK

Statement Period
From June 01, 2022
To June 30, 2022
Page 2 of 3

[redacted]
485 MADISON AVENUE
NEW YORK, NY 10022

12273977 CANADA INC. 4-159
C/O TAAL TECHNOLOGIES LTD. SEZC, P.O BOX
CEC - 85 GEROGE TOWN
GRAND CAYMAN, KY1 9012

See Back for Important Information

Primary Account: [redacted] [redacted]

MONOGRAM CHECKING [redacted]

Summary

| | | |
|---|---|---|
| Previous Balance as of June 01, 2022 | | [redacted] |
| 1 Credits | | |
| 3 Debits | | |
| Ending Balance as of June 30, 2022 | | |

Deposits and Other Credits

[redacted]

Withdrawals and Other Debits

Jun 17 OUTGOING WIRE 1,686,528.00
REF# [redacted]
TO: LAKE PARIME USA INC ABA: 063216608
BANK: RBC BANK (GEORGIA), NA ACCT# [redacted]
OBI: SI-15 (12279377 CANADA INC)
OBI:
OBI:

Jun 29 OUTGOING WIRE 63,278.35
REF# [redacted]
BANK: ROYAL BANK OF CANADA ACCT# [redacted]
OBI: Invoice SI-140
OBI:
OBI:

[redacted]

SIGNATURE BANK

Statement Period
From June 01, 2022
To June 30, 2022


[redacted]
485 MADISON AVENUE
NEW YORK, NY 10022

12273977 CANADA INC. 4-159
C/O TAAL TECHNOLOGIES LTD. SEZC, P.O BOX
CEC - 85 GEROGE TOWN
GRAND CAYMAN, KY1 9012

See Back for Important Information

Primary Account: [redacted] [redacted]

[redacted]