# JORGENSEN EXHIBIT C

# AMENDMENT TO CO-LOCATION AGREEMENT

Reference is made to the co-location agreement dated June 16th, 2022 (the "**Colocation Agreement**") between Lake Parime USA Inc. and 12273977 Canada Inc. Capitalized terms used herein and not otherwise defined shall bear the meaning ascribed to such terms in the Colocation Agreement. The parties wish to amend certain terms of the Colocation Agreement pursuant to Section 18.4 thereof as of this June 24, 2022, as more particularly set out herein and this amendment shall evidence such amendment.

1. Replacement of Section 3.8

The parties wish to replace Section 3.8 of the Colocation Agreement in its entirety with the following:

> "3.8 **Available Power Capacity.** Client shall have exclusive access to ten (10) Megawatts of electrical power, subject to curtailment as agreed (not to exceed 3%). Lake Parime covenants that at least five (5) Megawatts of electrical power will be available at the Licensed Space by September 15, 2022 in a form usable for the HPC Operations and the remaining five (5) Megawatts of electrical power will be available at the Licensed Space by September 30, 2022 in a form usable for the HPC Operations."

2. Replacement of Section 5.1

The parties wish to replace Section 5.1 of the Colocation Agreement in its entirety with the following:

> "5.1 **Hosting Fee.** In consideration for fulfilling its obligations under this Agreement, Client shall pay Lake Parime a "**Hosting Fee**" which shall be an amount equal to 7.75 cents ($0.0775) US per Kilowatt hour ("**kWh**") of the energy utilized by the HPC Facilities using the available power capacity set out in Section 3.8 (the "**Utilized Energy**"). The Utilized Energy will be calculated on the basis of actual kWh and Kilowatts used each month as measured by the meters to the HPC Facilities. The Hosting Fee payable each month should be at a minimum the fee due for the use of 90% (Ninety Percent) of energy available under the available power capacity set out in Section 3.8, provided such power was available at least 97% of the time during the period."

3. Replacement of Section 5.2

The parties wish to replace Section 5.2 of the Colocation Agreement in its entirety with the following:

> "**Security Deposit.** Within two (2) Business Days after the Effective Date, Client shall provide Lake Parime with a security deposit of USD$1,633,824 (the "**Security Deposit**"). The Security Deposit shall be applied by Lake Parime to cover the last three (3) month's Hosting Fees that become payable by Client."

4. Miscellaneous

(a) With such amendments as set out above, the Colocation Agreement continues in full force and effect with the remainder of its terms otherwise unamended.

(b) This amendment to the Colocation Agreement shall be governed and construed in accordance with the laws of the State of Washington and both parties hereby irrevocably attorn to the jurisdiction of the Courts of King County, Washington with respect to any matter relating to this amendment.

(c) This amendment to the Colocation Agreement shall be binding on each of Lake Parime and Client, their respective successors and assigns, and shall enure to the benefit of each party, their respective successors and permitted assigns. No party may assign this amendment agreement or any rights under this amendment without the prior written consent of the other.

(d) If any provision of this amendment to the Colocation Agreement is found to violate any statute, regulation, rule, order or decree of any governmental authority, court, agency or exchange, such invalidity shall not be deemed to affect any other provision hereof or the validity of the remainder of this amendment, and such invalid provision shall be deemed deleted herefrom to the minimum extent necessary to cure such violation.

(e) This amendment to the Colocation Agreement may be executed in one or more counterparts and delivered by electronic means such a PDF documents, each of which shall be deemed an original and all of which taken together shall constitute one and the same instrument.

[THE REMAINDER OF THIS PAGE HAS BEEN LEFT INTENTIONALLY BLANK]

**IN WITNESS WHEREOF** the parties hereto have executed this amendment to the Colocation Agreement as of June 24, 2022.

**LAKE PARIME USA INC.**

By: Sath Ganesarajah
Sath Ganesarajah (Jun 29, 2022 09:21 GMT+1)

Name: Sathesan Ganesarajah
Title: CEO

**12273977 CANADA INC.**

By: ______________________

Name: Angela Holowaychuk
Title: Director