# JORGENSEN
# EXHIBIT D

# Invoice

**Deliver To**
500 N 4th Street
Coshocton OH 43812
United States

Number: SI-140
Reference: Cables
Issued: 28 Jun 2022
Due: 29 Jun 2022

**12279377 CANADA INC. ("TAAL")**
181 Bay Street
Suite 4260
Toronto ON M5J 2V1

Lake Parime International Resources Limited
24838 32 Avenue, Otter District
Langley BC V4W 0C6
Canada

www.lakeparime.com
treasury@lakeparime.com

GST/HST 737595876 RT 0001

| Item | Qty/Hrs | Price/Rate | Sales Tax | Amount |
|---|---|---|---|---|
| POWER LEAD, Y CABLE 0.6M LENGTH, C20 TO TWIN C13, 12AWG + 14 AWG | 240.00 | 9.64 | Zero Rated 0.00% | 2,313.60 |
| POWER LEAD, Y CABLE 0.7M LENGTH, C20 TO TWIN C13, 12AWG + 14 AWG | 480.00 | 10.30 | Zero Rated 0.00% | 4,944.00 |
| POWER LEAD, Y CABLE 1M LENGTH, C20 TO TWIN C13, 12AWG + 14 AWG | 800.00 | 11.22 | Zero Rated 0.00% | 8,976.00 |
| POWER LEAD, Y CABLE 1.2M LENGTH, C20 TO TWIN C13, 12AWG + 14 AWG | 320.00 | 12.06 | Zero Rated 0.00% | 3,859.20 |
| POWER LEAD, Y CABLE 1.5M LENGTH, C20 TO TWIN C13, 12AWG + 14 AWG | 640.00 | 13.75 | Zero Rated 0.00% | 8,800.00 |
| POWER LEAD, Y CABLE 1.8M LENGTH, C20 TO TWIN C13, 12AWG + 14 AWG | 320.00 | 15.16 | Zero Rated 0.00% | 4,851.20 |
| POWER LEAD, Y CABLE 2M LENGTH, C20 TO TWIN C13, 12AWG + 14 AWG | 480.00 | 16.54 | Zero Rated 0.00% | 7,939.20 |
| POWER LEAD, Y CABLE 2.5M LENGTH, C20 TO TWIN C13, 12AWG + 14 AWG | 80.00 | 19.14 | Zero Rated 0.00% | 1,531.20 |

| | |
|---|---|
| Subtotal | 43,214.40 |
| Delivery | 20,063.95 |
| **Invoice Total** | **63,278.35** |
| **Total to Pay** | **$63,278.35** |

**Comments**
TAAL- Cables
Client Name: 12273977 Canada Inc.
Client Email Address: Lars@taal.com and lawrence.cofield@taal.com
Billing Address: Suite 4260, 181 Bay Street, Toronto, Ontario M5J 2V1
Shipping Address: 500 N, 4th Street, Coshocton, Ohio 43812

**Terms and Conditions**

Amounts are denominated in US Dollars. 100% of the payment must be made, no later than the due date of 06/29/2022.

Remit address treasury@lakeparime.com

Bank and Branch Address: Royal Bank of Canada, 996 Homer Street, Vancouver, British Columbia, Canada V6B 2W7

Transit Number: 00782

Institution Number: 003

Routing Number (if funds are coming from the US): [redacted] Account Number [redacted] SWIFT-[redacted]

Currency USD