# JORGENSEN
# EXHIBIT F

Message

**From:** Jonathan Mayer [jonathan.mayer@turicum.ag]
**Sent:** 6/20/2025 2:18:33 PM
**To:** Nicholas Weiling Laursen [nicholas@csglobalenergy.com]; Jesper Øhlenschlager [joe@csglobalenergy.com]
**CC:** Kanav Malhotra [kanav@csglobalenergy.com]; Matthew Ward [Matthew@csglobalenergy.com]; Sarah McGeeney [sarah.mcgeeney@taal.com]; Lars Jorgensen [l.jorgensen@teranode.group]; Eoin Fitzpatrick [eoin.fitzpatrick@taal.com]; Dorottya Posfay [d.posfay@teranode.group]
**Subject:** RE: TIS Security Deposit Payment
**Attachments:** Direction to Pay re Deposit and Credit Balance.pdf; Letter CS Global - Lake Parime Site Exit.pdf

Hi Nicholas,

Please see the attached direction for payment, which corresponds to the payment notice letter I sent to you and Jesper yesterday (also attached here for reference).

We still need to reconcile the May consumption with your team, at which point we will issue a separate payment direction for the confirmed amount.

We expect prompt attention to these outstanding balances. Please ensure payment is made without delay.

Best regards,

TURICUM ADVISORY

JONATHAN MAYER
LEGAL COUNSEL

m: +1 (647) 573 5718 | b: +1 (437) 290 5931
e: jonathan.mayer@turicum.ag | w: turicum.ag

---

**From:** Jonathan Mayer <jonathan.mayer@turicum.ag>
**Sent:** Thursday, 19 June 2025 9:22 am
**To:** Nicholas Weiling Laursen <nicholas@csglobalenergy.com>; Dorottya Posfay <d.posfay@teranode.group>
**Cc:** Kanav Malhotra <kanav@csglobalenergy.com>; Matthew Ward <Matthew@csglobalenergy.com>; Jesper Øhlenschlager <joe@csglobalenergy.com>; Sarah McGeeney <sarah.mcgeeney@taal.com>; Lars Jorgensen <l.jorgensen@teranode.group>; Eoin Fitzpatrick <eoin.fitzpatrick@taal.com>
**Subject:** RE: TIS Security Deposit Payment

Hi Nicholas,

I appreciate your point but the process you are requesting is circular. All that is required here from a legal standpoint is a direction from 12273977 Canada Inc. instructing you how to make the outstanding payment and indemnifying you for making the payment as instructed. If you are concerned about the

ownership of 12273977 Canada Inc., we can provide you the director register so you are certain the individuals executing the instruction are authorized to do so. The letter from the parent companies was only prepared on your initial request and is completely unnecessary. From your standpoint, an executed payment direction from 12273977 Canada Inc. (the contracting party under the hosting agreement) satisfies the risk you are concerned about.

If we are in agreement, I can prepare and revert asap so we can close this outstanding payment.

---

**From:** Nicholas Weiling Laursen <nicholas@csglobalenergy.com>
**Sent:** Thursday, 19 June 2025 8:25 am
**To:** Jonathan Mayer <jonathan.mayer@turicum.ag>; Dorottya Posfay <d.posfay@teranode.group>
**Cc:** Kanav Malhotra <kanav@csglobalenergy.com>; Matthew Ward <Matthew@csglobalenergy.com>; Jesper Øhlenschlager <joe@csglobalenergy.com>; Sarah McGeeney <sarah.mcgeeney@taal.com>; Lars Jorgensen <l.jorgensen@teranode.group>; Eoin Fitzpatrick <eoin.fitzpatrick@taal.com>
**Subject:** RE: TIS Security Deposit Payment

Hello Jonathan,

While I understand your point, this is not a matter of UBO disclosure, as in relation to KYC in a banking situation.

As a company, which took over obligations from another entity that had entered into administration, we need to ensure that we are not entering into any third-party conflicts, in terms of the obligations which are duly stated in terms of assignment in the original hosting contract, which I assume you are also familiar with,

Pursuant to these obligations, neither the instructions received by email from Terranode, nor the indemnification letter that we have received are from the actual Contracting Party (12273977 Canada Inc.). Both the instruction and the indemnification letter is from third parties essentially, as we do not have a full overview of the ownership of the Contracting Party.

The indemnification letter we have received is signed by Directors of two separate entities, that are not the Contracting Party. We are not able to verify their actual right to assign obligations on behalf of the subsidiary, and the general signatory rights of the Directors on behalf of the entities stated in the letter.

The above is the reason that we have requested the documentation package for the ownership of the entity 12273977 Canada Inc., and furthermore following this, the actual authorisation from the UBO of this entity.

As also formerly stated, we are not doing this to be difficult, and we have tried to do this due diligence ourselves, but due to the nature of the corporate structure, we are not able to identify who actually has the signatory rights and authorisation to assign the rights duly stated in the original contract, to another entity.

We just want to make sure that everything is done right,

Thanks,

**Nicholas Weiling Laursen**
Chief of Staff
CS GLOBAL ENERGY
CSGLOBALENERGY.COM
UK: +44 (0) 7931 579463
DK: +45 2119 8915
US: +1 220-265-9360

CS GLOBAL ENERGY LTD.
METROPOLITAN WHARF
LONDON E1W 3SS
UNITED KINGDOM

Disclaimer: This email is intended solely for the addressee(s) and the information it contains is confidential and/or privileged. If you are not the intended recipient (or received this email in error), please delete this email and inform the sender as soon as possible as any unauthorised copying, disclosure, distribution or other action of the material in this email is strictly forbidden and could be a crime.

**From:** Jonathan Mayer <jonathan.mayer@turicum.ag>
**Sent:** Wednesday, June 18, 2025 2:22 PM
**To:** Dorottya Posfay <d.posfay@teranode.group>; Nicholas Weiling Laursen <nicholas@csglobalenergy.com>
**Cc:** Kanav Malhotra <kanav@csglobalenergy.com>; Matthew Ward <Matthew@csglobalenergy.com>; Jesper Øhlenschlager <joe@csglobalenergy.com>; Sarah McGeeney <sarah.mcgeeney@taal.com>; Lars Jorgensen <l.jorgensen@teranode.group>; Eoin Fitzpatrick <eoin.fitzpatrick@taal.com>
**Subject:** RE: TIS Security Deposit Payment

Hi Nicholas,

I am following up on this, can you please cc your lawyer as soon as possible.

UBO disclosures are only required in relation to banking KYC processes or regulatory requirements. You have received instructions from the contracting party to make the payment, I would like to understand what further steps your lawyer feels are necessary and why.

Thank you,

Jonathan Mayer

**From:** Dorottya Posfay <d.posfay@teranode.group>
**Sent:** Tuesday, 17 June 2025 6:30 am
**To:** Nicholas Weiling Laursen <nicholas@csglobalenergy.com>
**Cc:** Kanav Malhotra <kanav@csglobalenergy.com>; Matthew Ward <Matthew@csglobalenergy.com>; Jesper Øhlenschlager <joe@csglobalenergy.com>; Sarah McGeeney <sarah.mcgeeney@taal.com>; Lars Jorgensen <l.jorgensen@teranode.group>; Eoin Fitzpatrick <eoin.fitzpatrick@taal.com>; Jonathan Mayer <jonathan.mayer@turicum.ag>
**Subject:** RE: TIS Security Deposit Payment

Hi Nicholas,

Would be great if you could either add your lawyer to this mail chain, so we could have a better understanding about their raised concern, or at the very least we need to see the detailed argument backing it.

I'm sure you will agree it's not a huge ask.

Kind regards,
Dori

**Dorottya Posfay**
Director of Operations, Teranode Infrastructure Services
*A part of the Teranode Group*

d.posfay@teranode.group
www.teranode.group

Teranode

Disclaimer: This e-mail, including any attachments, is intended only for the named addressee, may be confidential and may contain privileged information. If you are not the addressee, you may not copy, use or disclose this e-mail in any way. If you have received it in error, please notify us immediately and delete it. For information on how we handle personal data, please refer to our privacy policy

**From:** Dorottya Posfay <d.posfay@teranode.group>
**Sent:** 16 June 2025 16:45
**To:** Nicholas Weiling Laursen <nicholas@csglobalenergy.com>
**Cc:** Kanav Malhotra <kanav@csglobalenergy.com>; Matthew Ward <Matthew@csglobalenergy.com>; Jesper Øhlenschlager <joe@csglobalenergy.com>; Sarah McGeeney <sarah.mcgeeney@taal.com>; Lars Jorgensen <l.jorgensen@teranode.group>; Eoin Fitzpatrick <eoin.fitzpatrick@taal.com>; Jonathan Mayer <jonathan.mayer@turicum.ag>
**Subject:** RE: TIS Security Deposit Payment

Hi Nicholas,

We agree, it is quite an overkill for a simple payment. We would like to understand better, and in detail, what your lawyer's concern is, as such request is highly unusual. Therefore, I'm looping in Jonathan on our side to follow up on this subject.

Kind regards,
Dori

**Dorottya Posfay**
Director of Operations, Teranode Infrastructure Services
*A part of the Teranode Group*

d.posfay@teranode.group
www.teranode.group

Teranode

Disclaimer: This e-mail, including any attachments, is intended only for the named addressee, may be confidential and may contain privileged information. If you are not the addressee, you may not copy, use or disclose this e-mail in any way. If you have received it in error, please notify us immediately and delete it. For information on how we handle personal data, please refer to our privacy policy

**From:** Nicholas Weiling Laursen <nicholas@csglobalenergy.com>
**Sent:** 16 June 2025 13:16
**To:** Dorottya Posfay <d.posfay@teranode.group>; Eoin Fitzpatrick <eoin.fitzpatrick@taal.com>
**Cc:** Kanav Malhotra <kanav@csglobalenergy.com>; Matthew Ward <Matthew@csglobalenergy.com>; Jesper Øhlenschlager <joe@csglobalenergy.com>; Sarah McGeeney <sarah.mcgeeney@taal.com>; Lars Jorgensen <l.jorgensen@teranode.group>
**Subject:** RE: TIS Security Deposit Payment

**Caution:** External Sender

Hi Dori and Eoin,

Thank you for providing the letter of indemnification, which we have reviewed internally,

In order to ensure full compliance, we do require some further information. As the ultimate parent companies are incorporated in jurisdictions in which we cannot verify the information, we would need you to please provide us with a full documentation package regarding proof of ownership for both entities, all the way up to the Ultimate Beneficial Owner,

Additionally, we have been advised that the consent and indemnification should also be confirmed by the Ultimate Beneficial Owner as well, and not just by the directors,

Are you able to provide this please?

It might be seen as 'overkill' to request the above information, but please bear in mind that the deposit originally was paid to Lake Parime US Inc, a company we took over, after the parent company went into administration, so for this reason and due to our lawyers' advice we need to do this correctly.

Many thanks, look forward to hearing from you,

**Nicholas Weiling Laursen**
Chief of Staff
CS GLOBAL ENERGY
CSGLOBALENERGY.COM
UK: +44 (0) 7931 579463
DK: +45 2119 8915
US: +1 220-265-9360

CS GLOBAL ENERGY LTD.
METROPOLITAN WHARF
LONDON E1W 3SS
UNITED KINGDOM

Disclaimer: This email is intended solely for the addressee(s) and the information it contains is confidential and/or privileged. If you are not the intended recipient (or received this email in error), please delete this email and inform the sender as soon as possible as any unauthorised copying, disclosure, distribution or other action of the material in this email is strictly forbidden and could be a crime.

---

**From:** Dorottya Posfay <d.posfay@teranode.group>
**Sent:** Monday, June 16, 2025 10:52 AM
**To:** Eoin Fitzpatrick <eoin.fitzpatrick@taal.com>; Nicholas Weiling Laursen <nicholas@csglobalenergy.com>
**Cc:** Kanav Malhotra <kanav@csglobalenergy.com>; Matthew Ward <Matthew@csglobalenergy.com>; Jesper Øhlenschlager <joe@csglobalenergy.com>; Sarah McGeeney <sarah.mcgeeney@taal.com>; Lars Jorgensen <l.jorgensen@teranode.group>
**Subject:** RE: TIS Security Deposit Payment

Hi Nicholas,

If you could provide the payment confirmation from Friday that would be great.

Kind regards,

Dori

**Dorottya Posfay**
Director of Operations, Teranode Infrastructure Services
*A part of the Teranode Group*
d.posfay@teranode.group
www.teranode.group

Teranode

Disclaimer: This e-mail, including any attachments, is intended only for the named addressee, may be confidential and may contain privileged information. If you are not the addressee, you may not copy, use or disclose this e-mail in any way. If you have received it in error, please notify us immediately and delete it. For information on how we handle personal data, please refer to our privacy policy

**From:** Eoin Fitzpatrick <eoin.fitzpatrick@taal.com>
**Sent:** 12 June 2025 18:15
**To:** Nicholas Weiling Laursen <nicholas@csglobalenergy.com>
**Cc:** Kanav Malhotra <kanav@csglobalenergy.com>; Matthew Ward <Matthew@csglobalenergy.com>; Jesper Øhlenschlager <joe@csglobalenergy.com>; Sarah McGeeney <sarah.mcgeeney@taal.com>; Lars Jorgensen <l.jorgensen@teranode.group>; Dorottya Posfay <d.posfay@teranode.group>
**Subject:** RE: TIS Security Deposit Payment

**Caution:** External Sender

Hi Nicholas,

Please see the requested letter that provides formal approval from the controlling persons of both entities, confirming that the deposit can be repaid to East Park Technologies Inc. and that these entities will indemnify CS Global Energy US Inc. from any liability in connection with the repayment of the deposit to a third party. For your reference the recipient bank is Truist.

Can you please inform us when the wire has been made and share the wire confirmation details?

Thanks,
Eoin

**Eoin Fitzpatrick** | Finance Director
+1 345 326 7585 | taal.com

TAAL | This e-mail including any attachments is intended only for the named addressee, may be confidential and may contain privileged information. If you are not the addressee you may not copy, use or disclose this e-mail in any way. If you have received it in error, please notify us immediately and delete it.

**From:** Nicholas Weiling Laursen <nicholas@csglobalenergy.com>
**Sent:** Thursday, 5 June 2025 6:16 am
**To:** Eoin Fitzpatrick <eoin.fitzpatrick@taal.com>
**Cc:** Kanav Malhotra <kanav@csglobalenergy.com>; Matthew Ward <Matthew@csglobalenergy.com>; Jesper Øhlenschlager <joe@csglobalenergy.com>; Sarah McGeeney <sarah.mcgeeney@taal.com>; Lars Jorgensen

<l.jorgensen@teranode.group>; Dorottya Posfay <d.posfay@teranode.group>
**Subject:** RE: TIS Security Deposit Payment

EXTERNAL SENDER

Hello Eoin,

The counterparty from your side in the hosting agreement is the company 12273977 Canada Inc., with corporation number 1227397-7. I refer to clause 8 in the agreement (please see enclosed for reference) which states that:

*8 ASSIGNMENT AND OTHER DEALINGS*
*"No Party shall assign, transfer, mortgage, charge, subcontract, delegate, declare a trust over or deal in any other manner with any or all of its rights and obligations under this Agreement other than with an Affiliate without the prior written consent of the other Parties (not to be unreasonably withheld, delayed or conditioned)."*

Furthermore, I also refer to the original issued invoice for the deposit payment (please also find this enclosed), which was issued to TAAL Distributed Information Technologies, corporation number 1316952-9.

Accordingly, we will need formal approval from the controlling persons of both of these entities in writing, that confirms that the deposit can be repaid to East Park Technologies Inc., and that these entities will indemnify CS Global Energy US Inc. from any liability in connection with the repayment of the deposit to a third party, in order for us to be able to legally release the deposit to East Park Technologies Inc.

Thanks,

**Nicholas Weiling Laursen**
Chief of Staff
CS GLOBAL ENERGY

CSGLOBALENERGY.COM
MOBILE +44 (0) 7931 579463
MOBILE +45 2119 8915

CS GLOBAL ENERGY LTD.
METROPOLITAN WHARF
LONDON E1W 3SS
UNITED KINGDOM

Disclaimer: This email is intended solely for the addressee(s) and the information it contains is confidential and/or privileged. If you are not the intended recipient (or received this email in error), please delete this email and inform the sender as soon as possible as any unauthorised copying, disclosure, distribution or other action of the material in this email is strictly forbidden and could be a crime.

---

**From:** Eoin Fitzpatrick <eoin.fitzpatrick@taal.com>
**Sent:** Wednesday, June 4, 2025 4:50 PM
**To:** Nicholas Weiling Laursen <nicholas@csglobalenergy.com>
**Cc:** Kanav Malhotra <kanav@csglobalenergy.com>; Matthew Ward <Matthew@csglobalenergy.com>; Jesper Øhlenschlager <joe@csglobalenergy.com>; Sarah McGeeney <sarah.mcgeeney@taal.com>; Lars Jorgensen <l.jorgensen@teranode.group>; Dorottya Posfay <d.posfay@teranode.group>
**Subject:** RE: TIS Security Deposit Payment

Hi Nicholas,

Please see the wire details below to send the deposit to:

**Account name:** East Park Technologies Inc
**Beneficiary Address**: 3010 N Military Trail, Boca Raton FL 33410
**Beneficiary Phone Number:** [redacted]
**Beneficiary Contact:** Elizabeth White
**Bank:** Truist
**Bank Address:** 5092 Champion Blvd, Boca Raton FL 33496
**Bank Phone number**: 561-571-3674
**SWIFT code**: [redacted]
**Account Number:** [redacted]
**Routing Number:** [redacted]
**Reference Memo: CANCO6.3**

**Please ensure that you include memo reference CANCO6.3 when making the payment**

Thanks,
Eoin

**Eoin Fitzpatrick** | Finance Director

+1 345 326 7585 | taal.com

TAAL | This e-mail including any attachments is intended only for the named addressee, may be confidential and may contain privileged information. If you are not the addressee you may not copy, use or disclose this e-mail in any way. If you have received it in error, please notify us immediately and delete it.

---

**From:** Nicholas Weiling Laursen <nicholas@csglobalenergy.com>
**Sent:** Tuesday, 3 June 2025 7:48 am
**To:** Eoin Fitzpatrick <eoin.fitzpatrick@taal.com>
**Cc:** Kanav Malhotra <kanav@csglobalenergy.com>; Matthew Ward <Matthew@csglobalenergy.com>; Jesper Øhlenschlager <joe@csglobalenergy.com>; Sarah McGeeney <sarah.mcgeeney@taal.com>; Lars Jorgensen <l.jorgensen@teranode.group>; Dorottya Posfay <d.posfay@teranode.group>
**Subject:** RE: TIS Security Deposit Payment

EXTERNAL SENDER

Hi Eoin,

We will be unable to pay in USDC, and I refer to clause 2, section c of our Termination Agreement, which states that you would be providing bank wire instructions, and that alternative form of payment could only take place upon mutual agreement between the parties.

Unfortunately, we can't agree to pay in USDC,

**Nicholas Weiling Laursen**
Chief of Staff
CS GLOBAL ENERGY
CSGLOBALENERGY.COM

MOBILE +44 (0) 7931 579463
MOBILE +45 2119 8915

CS GLOBAL ENERGY LTD.
METROPOLITAN WHARF
LONDON E1W 3SS
UNITED KINGDOM

Disclaimer: This email is intended solely for the addressee(s) and the information it contains is confidential and/or privileged. If you are not the intended recipient (or received this email in error), please delete this email and inform the sender as soon as possible as any unauthorised copying, disclosure, distribution or other action of the material in this email is strictly forbidden and could be a crime.

---

**From:** Eoin Fitzpatrick <eoin.fitzpatrick@taal.com>
**Sent:** Monday, June 2, 2025 3:32 PM
**To:** Nicholas Weiling Laursen <nicholas@csglobalenergy.com>; Dorottya Posfay <d.posfay@teranode.group>; Sarah McGeeney <sarah.mcgeeney@taal.com>
**Cc:** Kanav Malhotra <kanav@csglobalenergy.com>; Jesper Øhlenschlager <joe@csglobalenergy.com>; Lars Jorgensen <l.jorgensen@teranode.group>
**Subject:** RE: TIS Security Deposit Payment

Hi Nicholas,

The USDC address to send the funds to is the following:

[redacted]f195

Please send a test payment of 2 USDC first and inform us that this has been paid. @Sarah McGeeney will confirm receipt and when she does that she will then request you send the balance.

Thanks,
Eoin

**Eoin Fitzpatrick** | Finance Director

+1 345 326 7585 | taal.com

TAAL | This e-mail including any attachments is intended only for the named addressee, may be confidential and may contain privileged information. If you are not the addressee you may not copy, use or disclose this e-mail in any way. If you have received it in error, please notify us immediately and delete it.

---

**From:** Nicholas Weiling Laursen <nicholas@csglobalenergy.com>
**Sent:** Monday, 2 June 2025 8:14 am
**To:** Dorottya Posfay <d.posfay@teranode.group>; Eoin Fitzpatrick <eoin.fitzpatrick@taal.com>
**Cc:** Kanav Malhotra <kanav@csglobalenergy.com>; Jesper Øhlenschlager <joe@csglobalenergy.com>; Lars Jorgensen <l.jorgensen@teranode.group>
**Subject:** RE: TIS Security Deposit Payment

EXTERNAL SENDER

Hello Dori,

As I believe you are aware, we have recently restructured our entity setup, and as part of this we do not have access to the Circle account which we have been utilising before for USDC Payments,

We are working on identifying a solution, and we will get back to you latest tomorrow,

**Nicholas Weiling Laursen**
Chief of Staff
CS GLOBAL ENERGY

CSGLOBALENERGY.COM
MOBILE +44 (0) 7931 579463
MOBILE +45 2119 8915

CS GLOBAL ENERGY LTD.
METROPOLITAN WHARF
LONDON E1W 3SS
UNITED KINGDOM

Disclaimer: This email is intended solely for the addressee(s) and the information it contains is confidential and/or privileged. If you are not the intended recipient (or received this email in error), please delete this email and inform the sender as soon as possible as any unauthorised copying, disclosure, distribution or other action of the material in this email is strictly forbidden and could be a crime.

**From:** Dorottya Posfay <d.posfay@teranode.group>
**Sent:** Monday, June 2, 2025 10:05 AM
**To:** Eoin Fitzpatrick <eoin.fitzpatrick@taal.com>
**Cc:** Nicholas Weiling Laursen <nicholas@csglobalenergy.com>; Kanav Malhotra <kanav@csglobalenergy.com>; Jesper Øhlenschlager <joe@csglobalenergy.com>; Lars Jorgensen <l.jorgensen@teranode.group>
**Subject:** TIS Security Deposit Payment
**Importance:** High

Hi Eoin,

Per the co-signed termination agreement CSGE will pay us 1,633,824 USD today.

Could you please reach out to Nicholas, cc'd, to arrange for the payment in USDC?

Many thanks,
Dori

**Dorottya Posfay**
Director of Operations, Teranode Infrastructure Services
*A part of the Teranode Group*
d.posfay@teranode.group
www.teranode.group
Teranode

Disclaimer: This e-mail, including any attachments, is intended only for the named addressee, may be confidential and may contain privileged information. If you are not the addressee, you may not copy, use or disclose this e-mail in any way. If you have received it in error, please notify us immediately and delete it. For information on how we handle personal data, please refer to our privacy policy