# JORGENSEN
# EXHIBIT H

**12273977 CANADA INC.**

June 27th, 2025

CS Global Energy Ltd. (by and on behalf of Lake Parime USA Inc.)
Metropolitan Wharf, 70 Wapping Wall
London, United Kingdom
E1W 3SS

---

Dear CS Global Energy Ltd.,

This letter serves as formal notice that CS Global Energy US Inc. is in breach of the termination agreement between 12273977 Canada Inc. and CS Global Energy US Inc., dated May 2nd, 2025 ("Termination Agreement"). More specifically, CS Global Energy US Inc. remains delinquent in their obligation to remit the outstanding deposit and credit balances.

As of the date of this letter, 12273977 Canada Inc. has substantially completed all obligations under the Termination Agreement, except for the collection of our power cables (POWER LEAD, Y CABLE, C20 TO TWIN C13,12AWG + 14 AWG). The sole remaining obligation cannot be completed through no fault of 12273977 Canada Inc. but rather due to documented delays on the part of CS Global Energy US Inc. This failure on your part has prevented us from removing the cables, however, it does not diminish your duty to remit the outstanding deposit and credit balances detailed in our letter dated June 19th 2025 (the "First Notice").

Pursuant to the Termination Agreement and the First Notice, CS Global Energy US Inc. owes the sum of $2,599,824.00 United States Dollars ("USD"). This amount represents i) return of the deposit in the amount of $1,633,824.00 USD which was due and payable on June 1st, 2025, and ii) a credit balance of $966,000.00 USD which is now due and payable. Despite the agreed upon payment terms, these obligations remain outstanding. We further note that we are awaiting your reconciliation for energy payments for the month of May, in which a credit is likely due and payable on our $576,600.00 USD energy prepayment.

12273977 Canada Inc. has made several attempts to contact you to settle this matter with little to no response. 12273977 Canada Inc. hereby demands that you arrange to settle the aforementioned known amounts immediately by way of a wire transfer to the payment details provided in our payment direction issued June 19th 2025. <u>If arrangements are not made within five (5) business</u>

days to settle all outstanding amounts, legal action will be taken against you without any further notice to collect the amounts due, accrued interest, and any costs of collection.

We trust that you will treat this letter with the seriousness it deserves, and we anticipate your immediate response. Should you have any questions regarding this matter, please contact our counsel directly at jonathan.mayer@turicum.ag or via his mobile at +1 647 573 5718.

Please be guided accordingly.

**12273977 Canada Inc.**

Lars Jörgensen