# EXHIBIT A

**From:** Lars Jorgensen <l.jorgensen@teranode.group>
**Sent:** Monday, May 5, 2025 10:15 AM
**To:** Matthew Ward; Jesper Øhlenschlager
**Cc:** Nicholas Weiling Laursen; Conrad Druzeta; Dorottya Posfay; Kanav Malhotra
**Subject:** Re: Termination Agreement
**Attachments:** TAAL Termination Agreement CSGlobal - 250502.pdf

Good afternoon,

Please find attached the agreement executed from our side.

What is not included in the agreement but where I assume we have a common understanding is, that we or a representative of our can be present at any time during the de-racking/boxing process. Also, that the spart parts we have on site (hash boards, PSUs, power cables etc.) will be packed in the same proper and diligent way as the machines (suitable for shipping by sea or air).

Please return the agreement executed from your side, and please confirm the above.

Kind regards
Lars

**Lars Jorgensen**
Chief Executive Officer TIS, Teranode Infrastructure Services
*A part of the Teranode Group*

l.jorgensen@teranode.group
www.teranode.group

Teranode

Disclaimer: This e-mail, including any attachments, is intended only for the named addressee, may be confidential and may contain privileged information. If you are not the addressee, you may not copy, use or disclose this e-mail in any way. If you have received it in error, please notify us immediately and delete it. For information on how we handle personal data, please refer to our privacy policy

---

**From:** Matthew Ward <Matthew@csglobalenergy.com>
**Date:** Friday, 2 May 2025 at 13:23
**To:** Lars Jorgensen <l.jorgensen@teranode.group>, Jesper Øhlenschlager <joe@csglobalenergy.com>
**Cc:** Nicholas Weiling Laursen <nicholas@csglobalenergy.com>, Conrad Druzeta <conrad.druzeta@turicum.ag>, Dorottya Posfay <d.posfay@teranode.group>, Kanav Malhotra <kanav@csglobalenergy.com>
**Subject:** Re: Termination Agreement

**Caution:** External Sender

Dear Lars

I hope all is well.

Regarding timing, we need to move forward with packaging and storage, etc.

Please can you come back with your final agreement, ideally by Monday at the latest?

Much appreciated
Matt

**Matthew Ward**

Chief Financial Officer

CS GLOBAL ENERGY

CSGLOBALENERGY.COM

MOBILE +44 (0)7902 210014

CS GLOBAL ENERGY LTD

METROPOLITAN WHARF
LONDON E1W 3SS

UNITED KINGDOM

---

**From:** Matthew Ward <Matthew@csglobalenergy.com>
**Sent:** 01 May 2025 11:15
**To:** Lars Jorgensen <l.jorgensen@teranode.group>; Jesper Øhlenschlager <joe@csglobalenergy.com>
**Cc:** Nicholas Weiling Laursen <nicholas@csglobalenergy.com>; Conrad Druzeta <conrad.druzeta@turicum.ag>; Dorottya Posfay <d.posfay@teranode.group>; Kanav Malhotra <kanav@csglobalenergy.com>
**Subject:** Re: Termination Agreement

Dear Lars

Thank you for settling the SI-229 invoice.

We are comfortable to offset the $105,000 for packaging and material.

Please can you send across the final version of the agreement from your perspective and we can finalise.

Kind regards
Matt

**Matthew Ward**

Chief Financial Officer

CS GLOBAL ENERGY

CSGLOBALENERGY.COM

MOBILE +44 (0)7902 210014

CS GLOBAL ENERGY LTD

METROPOLITAN WHARF
LONDON E1W 3SS
UNITED KINGDOM

---

**From:** Lars Jorgensen <l.jorgensen@teranode.group>
**Sent:** 30 April 2025 13:48
**To:** Jesper Øhlenschlager <joe@csglobalenergy.com>; Matthew Ward <Matthew@csglobalenergy.com>
**Cc:** Nicholas Weiling Laursen <nicholas@csglobalenergy.com>; Conrad Druzeta <conrad.druzeta@turicum.ag>; Dorottya Posfay <d.posfay@teranode.group>; Kanav Malhotra <kanav@csglobalenergy.com>
**Subject:** Re: Termination Agreement

Dear Matt
Dear Jesper

We understand that until a termination agreement has been executed, it's an ongoing business relationship.

Re. invoice SI-229, your proposed agreement from yesterday said payment on 01-May-2025:

2. **Terms**

(a) By May 1, 2025, Client will settle invoice number SI-229 for US$455,886, as issued by CSGE US for hosting service fees.

We're therefore surprised and confused that today you state the payment date as being 30-Apr-2025. Our finance team is in the Cayman Islands where today is a legal holiday (election day). We will try to reach them during today to see if

payment can be made. I'm not too hopeful as payments require two users. Dori will update Kanav on the progress. However, we can execute tomorrow (as specified by you in the agreement).

We still do need to insist on the $105,000 for packaging and material to be offset in the outstanding balance.

I understand that there are discussions ongoing on your side re. initiatives in relation to our potential exit from the site. I assume they will have an influence on your readiness to sign a termination agreement with us? When would you expect to be ready?

Kind regards
Lars

**Lars Jorgensen**
Chief Executive Officer TIS, Teranode Infrastructure Services
*A part of the Teranode Group*

l.jorgensen@teranode.group
www.teranode.group

Teranode

Disclaimer: This e-mail, including any attachments, is intended only for the named addressee, may be confidential and may contain privileged information. If you are not the addressee, you may not copy, use or disclose this e-mail in any way. If you have received it in error, please notify us immediately and delete it. For information on how we handle personal data, please refer to our privacy policy

---

**From:** Jesper Øhlenschlager <joe@csglobalenergy.com>
**Date:** Wednesday, 30 April 2025 at 13:08
**To:** Matthew Ward <Matthew@csglobalenergy.com>, Lars Jorgensen <l.jorgensen@teranode.group>
**Cc:** Nicholas Weiling Laursen <nicholas@csglobalenergy.com>, Conrad Druzeta <conrad.druzeta@turicum.ag>, Dorottya Posfay <d.posfay@teranode.group>, Kanav Malhotra <kanav@csglobalenergy.com>
**Subject:** RE: Termination Agreement

**Caution:** External Sender

Lars,

Further to Matthew's email: we need to prepay to Harbor Energy, otherwise they will turn the power off. The prepayment will be returned.
It has to be paid, in full, today.

**Jesper Ohlenschlager**
Chief Executive Officer
CS GLOBAL ENERGY
CSGLOBALENERGY.COM

MOBILE +44 (0) 7939 550234

CS GLOBAL ENERGY LTD.
METROPOLITAN WHARF
LONDON E1W 3SS
UNITED KINGDOM

---

**From:** Matthew Ward <Matthew@csglobalenergy.com>
**Sent:** Wednesday, April 30, 2025 12:05 PM
**To:** Lars Jorgensen <l.jorgensen@teranode.group>; Jesper Øhlenschlager <joe@csglobalenergy.com>
**Cc:** Nicholas Weiling Laursen <nicholas@csglobalenergy.com>; Conrad Druzeta <conrad.druzeta@turicum.ag>; Dorottya Posfay <d.posfay@teranode.group>; Kanav Malhotra <kanav@csglobalenergy.com>
**Subject:** Re: Termination Agreement

Dear Lars

Thank you for your response.

We do need the SI-229 invoice to be paid gross and in full, as we are following the current agreement in place. This is due for payment today.

Even once the new termination agreement is signed and effective, we will still need payments to be kept gross for accounting purposes.

Kind regards
Matt

**Matthew Ward**

Chief Financial Officer

CS GLOBAL ENERGY

CSGLOBALENERGY.COM

MOBILE +44 (0)7902 210014

CS GLOBAL ENERGY LTD

METROPOLITAN WHARF

LONDON E1W 3SS

UNITED KINGDOM

**From:** Lars Jorgensen <l.jorgensen@teranode.group>
**Sent:** 29 April 2025 18:57
**To:** Matthew Ward <Matthew@csglobalenergy.com>; Jesper Øhlenschlager <joe@csglobalenergy.com>
**Cc:** Nicholas Weiling Laursen <nicholas@csglobalenergy.com>; Conrad Druzeta <conrad.druzeta@turicum.ag>; Dorottya Posfay <d.posfay@teranode.group>
**Subject:** Re: Termination Agreement

Dear Matt
Dear Jesper

The invoice SI-229 referenced under 2(a) consists of a full pre-payment of 10mw for June 2025 of $558,000 and a true-down for April 2025 of $102,114 in our favor. We have already fully pre-paid 10mw for May 2025 (which will not be fully consumed) and for June 2025 the consumption will be minimal as the miners we be de-racked starting 01-June-2025. The credit from your side of $500,000 referenced in 2(d) will more than fully covers this. The same also applies to the invoicing of $105,000 referenced under 2(e).

We are of the opinion that if payments will go both ways, it introduces risks and inefficiencies. Furthermore, it makes no sense to us to increase our exposure with CSGE when the outstanding balance should be more the sufficient to cover all payments until the proposed exit no later than 20-Jun-2025.

We therefore strongly suggest setting off payments and only do one settlement payment in our favor at the end.

Kind regards
Lars

**Lars Jorgensen**
Chief Executive Officer TIS, Teranode Infrastructure Services
*A part of the Teranode Group*

l.jorgensen@teranode.group
www.teranode.group

Teranode

Disclaimer: This e-mail, including any attachments, is intended only for the named addressee, may be confidential and may contain privileged information. If you are not the addressee, you may not copy, use or disclose this e-mail in any way. If you have received it in error, please notify us immediately and delete it. For information on how we handle personal data, please refer to our privacy policy

---

**From:** Lars Jorgensen <l.jorgensen@teranode.group>
**Date:** Tuesday, 29 April 2025 at 18:01
**To:** Matthew Ward <Matthew@csglobalenergy.com>
**Cc:** Nicholas Weiling Laursen <nicholas@csglobalenergy.com>, Jesper Øhlenschlager <joe@csglobalenergy.com>, Conrad Druzeta <conrad.druzeta@turicum.ag>
**Subject:** Re: Termination Agreement

Hi Matt

Many thanks for the attached. I'm adding in our legal counsel, @Conrad Druzeta for review.

Kind regards
Lars

**Lars Jorgensen**
Chief Executive Officer TIS, Teranode Infrastructure Services
*A part of the Teranode Group*

l.jorgensen@teranode.group
www.teranode.group

Teranode

Disclaimer: This e-mail, including any attachments, is intended only for the named addressee, may be confidential and may contain privileged information. If you are not the addressee, you may not copy, use or disclose this e-mail in any way. If you have received it in error, please notify us immediately and delete it. For information on how we handle personal data, please refer to our privacy policy

---

**From:** Matthew Ward <Matthew@csglobalenergy.com>
**Date:** Tuesday, 29 April 2025 at 16:11
**To:** Lars Jorgensen <l.jorgensen@teranode.group>
**Cc:** Nicholas Weiling Laursen <nicholas@csglobalenergy.com>, Jesper Øhlenschlager <joe@csglobalenergy.com>
**Subject:** Re: Termination Agreement

**Caution:** External Sender

Good afternoon, Lars

Thank you for the draft TAAL Termination Agreement.

Find attached our marked-up version.

Please let me know if you have any comments or questions on the attached.

Kind regards
Matt

**Matthew Ward**

Chief Financial Officer

CS GLOBAL ENERGY

CSGLOBALENERGY.COM

MOBILE +44 (0)7902 210014

CS GLOBAL ENERGY LTD

METROPOLITAN WHARF
LONDON E1W 3SS
UNITED KINGDOM

---

**From:** Lars Jorgensen <l.jorgensen@teranode.group>
**Sent:** Tuesday, April 29, 2025 7:18 AM
**To:** Jesper Øhlenschlager <joe@csglobalenergy.com>
**Cc:** Dorottya Posfay <d.posfay@teranode.group>
**Subject:** Termination Agreement

Good morning, Jesper

Please find attached the Termination Agreement. I kindly ask you to revert to me asap so that we can try to meet the deadline set by you of Wednesday 30-Apr-2025 for execution.

Kind regards

Lars

**Lars Jorgensen**
Chief Executive Officer TIS, Teranode Infrastructure Services
*A part of the Teranode Group*

l.jorgensen@teranode.group
www.teranode.group

Teranode

Disclaimer: This e-mail, including any attachments, is intended only for the named addressee, may be confidential and may contain privileged information. If you are not the addressee, you may not copy, use or disclose this e-mail in any way. If you have received it in error, please notify us immediately and delete it. For information on how we handle personal data, please refer to our privacy policy