# EXHIBIT C

**12273977 CANADA INC.**

June 19th 2025

CS Global Energy Ltd. (by and on behalf of Lake Parime USA Inc.)
Metropolitan Wharf, 70 Wapping Wall
London, United Kingdom
E1W 3SS

---

Dear CS Global Energy Ltd.,

We are writing to confirm that the obligations of 12273977 Canada Inc. pursuant to the termination agreement between 12273977 Canada Inc. and CS Global Energy US Inc., dated May 2nd 2025, are fully and finally satisfied as of June 20, 2025, and items 2a and 2b listed therein are complete.

As of this date, all obligations of 12273977 Canada Inc. under the agreement are deemed complete except for the collection of our power cables (POWER LEAD, Y CABLE, C20 TO TWIN C13,12AWG + 14 AWG), which remains outstanding solely due to documented delays on the part of CS Global Energy US Inc. We reiterate that any such delays were not caused or contributed to by 12273977 Canada Inc., and do not affect the termination date or the associated termination obligations under the agreement.

In accordance with the termination agreement and our prior correspondence, i) the return of the deposit in the amount of $1,633,824.00 United States Dollars was due and payable on June 1st 2025 and still remains unpaid, and ii) a credit balance as follows:

- $500,000.00 USD per the termination agreement;
- $558,000.00 USD for unutilized energy payments in the month of June;
- $13,000.00 USD unutilized operational service fees in the month of June and July; and
- LESS $105,000.00 USD for agreed upon exit payments.

Therefore, resulting in an aggregate credit balance of $966,000.00 USD. This credit balance is due and payable to 12273977 Canada Inc. within ten (10) days from the date of this letter. **We further note that we are awaiting your reconciliation for energy payments for the month of May, in which a credit is likely due and payable on our $576,600.00 USD energy prepayment.**

Please arrange for prompt remittance of the outstanding amounts. Failure to comply with payment of the outstanding amounts and administration for the return of our cables may result in further action to recover the amounts due and property withheld, along with any associated costs.

Should you have any questions regarding this matter, please contact our counsel directly at jonathan.mayer@turicum.ag or via his mobile at +1 647 573 5718.

Sincerely,

**12273977 CANADA INC.**

Lars Jorgensen