THE HONORABLE TANA LIN

UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| 12273977 CANADA INC., a Canada corporation,<br><br>Plaintiff,<br><br>v.<br><br>CS GLOBAL ENERGY US INC., f/k/a LAKE PARIME USA INC., a Washington corporation<br><br>Defendant. | No. 2:25-cv-01630-TL<br><br>DECLARATION OF KRISTEN F. BARNHART IN SUPPORT OF DEFENDANT'S RESPONSE IN OPPOSITION TO PLAINTIFF'S MOTION FOR SUMMARY JUDGMENT |

Kristen F. Barnhart states and declares as follows:

1. I am over 18 years of age, I have personal knowledge of the matters stated herein and I am competent to testify to these matters.

2. I am an attorney representing Defendant CS Global Energy US Inc. ("CS Global") in the above-caption matter.

3. The parties have not engaged in discovery in this case. Following the Court's deferment of entry of the case scheduling order, CS Global has refrained from serving any formal discovery or noting any depositions. With the Court's approval, CS Global is poised and ready to proceed with discovery as set forth in the parties' Joint Status Report.



CORR CRONIN LLP
1015 Second Avenue, Floor 10
Seattle, Washington 98104-1001
Tel (206) 625-8600
Fax (206) 625-0900

4. Pursuant to FRCP 56(d), discovery is needed regarding multiple material disputes in this action.

5. First, as explained in Defendant's accompanying Response in Opposition to Plaintiff's Motion for Summary Judgment, there is a need for discovery into ownership of the Power Cables. I believe that discovery is already encompassed by the Joint Status Report and Discovery Plan submitted by the parties in this action (ECF No. 24). Discovery on this front would entail, *inter alia*, (1) communications between and among the parties regarding the Power Cables; (2) Plaintiff's documents relating to ownership prior to Defendant's entry into the contractual relationship in January 2023 via the U.K. administration; and (3) 30(b)(6) deposition testimony regarding the same.

6. Second, as explained in Defendant's accompanying Response in Opposition to Plaintiff's Motion for Summary Judgment, there is a need for discovery into Plaintiff's compliance with Section 2 of the Termination Agreement. I believe that discovery is already encompassed by the Joint Status Report and Discovery Plan submitted by the parties in this action (ECF No. 24). Discovery on this front would entail, *inter alia*, (1) communications between and among the parties regarding removal of the Mining Equipment; (2) Plaintiff's efforts to do so; and (3) 30(b)(6) deposition testimony regarding the same.

7. I believe the above is a narrowly-tailored and appropriate approach and that the summary judgment motion by Plaintiff should be denied or deferred pending this discovery.

8. Likewise, it is possible that this discovery will turn up issues of law that have are not readily available yet at the pre-discovery stage.



CORR CRONIN LLP
1015 Second Avenue, Floor 10
Seattle, Washington 98104-1001
Tel (206) 625-8600
Fax (206) 625-0900

I declare under penalty of perjury under the laws of the state of Washington that the foregoing is true and correct.

DATED this 2nd day of January, 2026 at Seattle, Washington.

*s/ Kristen F. Barnhart*
Kristen F. Barnhart, WSBA No. 51135



CORR CRONIN LLP
1015 Second Avenue, Floor 10
Seattle, Washington 98104-1001
Tel (206) 625-8600
Fax (206) 625-0900