The Honorable Tana Lin

**IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE**

12273977 CANADA INC.,

Plaintiff,

v.

CS GLOBAL ENERGY US INC., f/k/a LAKE PARIME USA INC.,

Defendant.

CASE NO. 2:25-cv-01630-TL

**REPLY DECLARATION OF DOROTTYA POSFAY IN SUPPORT OF PLAINTIFF'S MOTION FOR SUMMARY JUDGMENT**

I, Dorottya Posfay, declare as follows:

1. I am over eighteen years old and if called to testify, I am competent to do so as follows based on personal knowledge.

2. I submit this Reply Declaration in support of Plaintiff's Motion for Summary Judgment. Unless otherwise stated, the facts contained in this Declaration are based on my personal knowledge or my review of Plaintiff's records kept in the ordinary course of business. Plaintiff creates, receives, and maintains records, including the documents attached as exhibits to the Complaint and this Declaration, in the regular course of its business activities. All the



MCDERMOTT WILL & SCHULTE
444 WEST LAKE STREET, SUITE 4000
CHICAGO, ILLINOIS 60606-0029
TELEPHONE: 312.372.2000

documents were received, created, or otherwise generated at or near the dates reflected on such documents.

3. Starting May 21, 2025, Plaintiff began discussing with Defendant removing Plaintiff's equipment from Defendant's facility in Coshocton, Ohio (the "Facility"). A true and complete copy of an email correspondence between myself on behalf of Plaintiff and Trenton Burdge, Defendant's Site Manager, between May 21, 2025, and July 7, 2025, concerning the equipment removal is attached hereto as **Exhibit A**.

4. Plaintiff engaged a third party, Ease Expedited, to assist in removing Plaintiff's equipment from the Facility. The first shipment of Plaintiff's equipment left the Facility on June 2, 2025. Mr. Burdge confirmed the shipment had been made that day, as demonstrated by the email correspondence involving Plaintiff, Defendant, and Ease Expedited, between May 30, 2025, and June 2, 2025, attached hereto as **Exhibit B**.

5. Plaintiff finished removing its equipment from the Facility by June 18, 2025. Defendant assisted Plaintiff's de-racking efforts and facilitated removal of Plaintiff's equipment, as demonstrated by the email correspondence involving Plaintiff, Defendant, and Ease Expedited, between June 3, 2025 and June 18, 2025, attached hereto as **Exhibit C**.

6. On June 19, 2025, Mr. Burdge confirmed that, other than the power cables, and "a couple spare wooden pallets that were leftover[,] … [Defendant had] sent everything out. All machines, good spare parts, and bad parts." A true and complete copy of an instant message exchange between Trenton Burdge and myself on June 19, 2025, is attached hereto as **Exhibit D**.

7. The only remaining items left at the Facility were approximately 203 defective hashboards, which Defendant acknowledged it had overlooked. On July 7, 2025, Trenton Burdge confirmed that Defendant was "able to find 203 hashboards in another storage container that



MCDERMOTT WILL & SCHULTE
444 WEST LAKE STREET, SUITE 4000
CHICAGO, ILLINOIS 60606-0029
TELEPHONE: 312.372.2000

[Defendant] must have overlooked[,]" and apologized "for this being missed." *See* Exhibit A. Plaintiff arranged for the 203 defective hasboards to be picked up on or around July 14, 2025, which is demonstrated by the email correspondence involving Plaintiff, Defendant, and Ease Expedited, between July 9, 2025, and July 14, 2025, attached hereto as **Exhibit E**.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed on January 22, 2026, at Dübendorf, Switzerland.

Signed by:
Dorottya Posfay
8BAC808AFAF0424...
Dorottya Posfay



MCDERMOTT WILL & SCHULTE
444 WEST LAKE STREET, SUITE 4000
CHICAGO, ILLINOIS 60606-0029
TELEPHONE: 312.372.2000