# POSFAY REPLY EXHIBIT A

**Dorottya Posfay**

**From:** Trenton Burdge <Trenton@csglobalenergy.com>
**Sent:** 07 July 2025 17:47
**To:** Dorottya Posfay
**Cc:** Irish Ledres; #Global Performance Operation Center
**Subject:** Re: Spare Parts Count

**Follow Up Flag:** Follow up
**Flag Status:** Flagged

**Caution:** External Sender

Hi Dori,

We were able to find 203 hashboards in another storage container that we must have overlooked. We have palletized them and will wrap/band them if you would like to set up a pickup. Again, I would like to apologize for this being missed. This still puts our number off by 10, but we will continue to check on site and see if any got moved. Hopefully this helps, but please let me know if I can help in any other way.

**Trenton Burdge**
Site Manager
CS GLO
CSGLOBALENERGY.COM
MOBILE +1 765 698 0134

---

**From:** Dorottya Posfay <d.posfay@teranode.group>
**Sent:** Friday, July 4, 2025 11:02 AM
**To:** Trenton Burdge <Trenton@csglobalenergy.com>
**Cc:** Irish Ledres <i.Ledres@teranode.group>; #Global Performance Operation Center <gpoc@teranode.group>
**Subject:** RE: Spare Parts Count

Hi Trenton,

Hope you are doing well.

We got a feedback from the vendor we engaged with to pick up the 4 pallets of bad hashboards. They said the count only came up to 700 and not 913. Any chance the missing 213 were misplaced during the exit process and still with you on site?

Many thanks,

Dori

**Dorottya Posfay**
Director of Operations, Teranode Infrastructure Services
*A part of the Teranode Group*
d.posfay@teranode.group
www.teranode.group
Teranode

Disclaimer: This e-mail, including any attachments, is intended only for the named addressee, may be confidential and may contain privileged information. If you are not the addressee, you may not copy, use or disclose this e-mail in any way. If you have received it in error, please notify us immediately and delete it. For information on how we handle personal data, please refer to our privacy policy

**From:** Dorottya Posfay <d.posfay@teranode.group>
**Sent:** 28 May 2025 16:29
**To:** Trenton Burdge <Trenton@csglobalenergy.com>
**Cc:** London <london@statarmining.com>; Irish Ledres <i.Ledres@teranode.group>; #Global Performance Operation Center <gpoc@teranode.group>; Mark Wicks <m.wicks@teranode.group>
**Subject:** RE: Spare Parts Count

Hi Trenton,

That's not a problem, this can go parallel to deracking the miners. Just obviously please hold on for now with destroying the bad boards :).

Thanks
Dori

**Dorottya Posfay**
Director of Operations, Teranode Infrastructure Services
*A part of the Teranode Group*
d.posfay@teranode.group
www.teranode.group
Teranode

Disclaimer: This e-mail, including any attachments, is intended only for the named addressee, may be confidential and may contain privileged information. If you are not the addressee, you may not copy, use or disclose this e-mail in any way. If you have received it in error, please notify us immediately and delete it. For information on how we handle personal data, please refer to our privacy policy

**From:** Trenton Burdge <Trenton@csglobalenergy.com>
**Sent:** 28 May 2025 15:13
**To:** Dorottya Posfay <d.posfay@teranode.group>
**Cc:** London <london@statarmining.com>; Irish Ledres <i.Ledres@teranode.group>; #Global Performance Operation Center <gpoc@teranode.group>; Mark Wicks <m.wicks@teranode.group>
**Subject:** Re: Spare Parts Count

**Caution:** External Sender

Hi Dori,

To have one guy specifically scanning the bad boards it would probably take a full day or two. It is possible and we can definitely get you a scan, but it would have to be next week once we have our

extra crew helping. The next couple days we need everyone here working on preparations. We can probably have the list for you Monday or Tuesday.

**Trenton Burdge**
Site Manager
CS GLO
CSGLOBALENERGY.COM
MOBILE +1 765 698 0134

---

**From:** Dorottya Posfay <d.posfay@teranode.group>
**Sent:** Wednesday, May 28, 2025 8:24 AM
**To:** Trenton Burdge <Trenton@csglobalenergy.com>
**Cc:** London <london@statarmining.com>; Irish Ledres <i.Ledres@teranode.group>; #Global Performance Operation Center <gpoc@teranode.group>; Mark Wicks <m.wicks@teranode.group>
**Subject:** RE: Spare Parts Count

Hi Trenton,

Had a chat with Lars re the 197 bad boards from the refurbished ones. We need to go back to the vendor to complain and we might need to ship those boards back to them for checking.

I can identify which boards came from batch 2 and 3, I would just need the SNs for them. What would you estimate, how long it would take for one of your team members to scan all 913?

On the topic of power cables, Lars said that Standard Power can have all of them that are currently plugged in plus all spares we have for a total of 15K, if they want. We paid a substantially larger amount for them back in the day, as they had to come in different length.

Thanks
Dori

**Dorottya Posfay**
Director of Operations, Teranode Infrastructure Services
*A part of the Teranode Group*
d.posfay@teranode.group
www.teranode.group
Teranode

Disclaimer: This e-mail, including any attachments, is intended only for the named addressee, may be confidential and may contain privileged information. If you are not the addressee, you may not copy, use or disclose this e-mail in any way. If you have received it in error, please notify us immediately and delete it. For information on how we handle personal data, please refer to our privacy policy

---

**From:** Dorottya Posfay <d.posfay@teranode.group>
**Sent:** 28 May 2025 12:15
**To:** Trenton Burdge <Trenton@csglobalenergy.com>
**Cc:** London <london@statarmining.com>; Irish Ledres <i.Ledres@teranode.group>; #Global Performance Operation Center <gpoc@teranode.group>
**Subject:** RE: Spare Parts Count

Hi Trenton,

Thank you very much for the below, I agree with the separation for the 2 shipments.

Regarding the hashboards, my total count – what I was aware of – is 723. This would leave me with 877 boards. Your count is 680, difference is 197.

I took note of a few SNs during the HB repair project that were swapped again for new boards within a short duration of time, i.e. were probably off from the start, so in my calculation of 723 I should have a handful of bad boards listed. But let's just take this as a number for how many original boards were replaced, so we should have 723 bad boards in the pile from the originals. Your count is 913, the difference is 190. That would mean that from the 3 pallets of refurbished boards we assume you had to throw out 190. Then we can add a few for what you said were just crumbling apart, and I think we are in line for 197.

That would mean that more than 10% of the boards from those two shipments were somehow damaged. It's not impossible, I just wish we were alerted during the process that quite a few had to be discarded, and/or the SNs for the bad ones were somehow tracked too. Not against you, Trenton, of course. Would have saved you all this counting too.

Hope the above makes sense.

Thanks
Dori

**Dorottya Posfay**
Director of Operations, Teranode Infrastructure Services
*A part of the Teranode Group*
d.posfay@teranode.group
www.teranode.group

Teranode

Disclaimer: This e-mail, including any attachments, is intended only for the named addressee, may be confidential and may contain privileged information. If you are not the addressee, you may not copy, use or disclose this e-mail in any way. If you have received it in error, please notify us immediately and delete it. For information on how we handle personal data, please refer to our privacy policy

**From:** Trenton Burgde <Trenton@csglobalenergy.com>
**Sent:** 27 May 2025 19:44
**To:** Dorottya Posfay <d.posfay@teranode.group>
**Cc:** London <london@statarmining.com>; Irish Ledres <i.Ledres@teranode.group>; #Global Performance Operation Center <gpoc@teranode.group>
**Subject:** Re: Spare Parts Count

**Caution:** External Sender

Hi Dori,

I have completed the spare parts inventory and wanted to give you an updated count for everything. I went ahead and counted the bad hashboards as well so we can compare to the ones on tickets. I split up the spare parts and have the counts along with the total pallet count in case you need it.

1st shipment: *(53 pallets + crate)*
900 machines
224 hashboards
22 control boards
63 PSUs
½ full crate of fans (47" x 80")

2nd shipment: *(137 pallets + crate)*
2124 machines
456 hashboards
45 control boards
126 PSUs
1 full crate of fans (47" x 80")

Used HBs: 913
Good HBs: 680
Total: 1593

This leaves 7 boards unaccounted for but I remember personally throwing a few away because they were crumbling apart from being burnt up. Please let me know if you have any other questions. Thank you!

**Trenton Burgde**
Site Manager
CS GLO

CSGLOBALENERGY.COM
MOBILE +1 765 698 0134

---

**From:** Dorottya Posfay <d.posfay@teranode.group>
**Sent:** Thursday, May 22, 2025 11:21 AM
**To:** Trenton Burdge <Trenton@csglobalenergy.com>
**Cc:** London <london@statarmining.com>; Irish Ledres <i.Ledres@teranode.group>; #Global Performance Operation Center <gpoc@teranode.group>
**Subject:** RE: Spare Parts Count

Hi Trenton,

I did a HB count on my side, and what I recorded as boards used is a total of 714. That would see us having 886 boards with you guys.

I know that up till March we were in line, till then you used 122 boards. That was confirmed by Bryce and Bretton I believe.

I recorded 176 boards used in March and 323 in April. May so far is 93.

We could still have a few pending with the tickets but it's not gonna be 210.

Do you by any chance have a pile of boards that you discarded from these three batches as broken? Maybe those were not recorded on any of the tickets?

I can share with you all the SNs that I have on my side recorded as being used on repairs but I'm not sure how that would help.

Thanks
Dori

**Dorottya Posfay**
Director of Operations, Teranode Infrastructure Services
*A part of the Teranode Group*
d.posfay@teranode.group
www.teranode.group

Teranode

Disclaimer: This e-mail, including any attachments, is intended only for the named addressee, may be confidential and may contain privileged information. If you are not the addressee, you may not copy, use or disclose this e-mail in any way. If you have received it in error, please notify us immediately and delete it. For information on how we handle personal data, please refer to our privacy policy

**From:** Dorottya Posfay <d.posfay@teranode.group>
**Sent:** 22 May 2025 09:28
**To:** Trenton Burdge <Trenton@csglobalenergy.com>
**Cc:** London <london@statarmining.com>
**Subject:** RE: Spare Parts Count

Thanks a lot, Trenton. I'll check what I have for HB and get back to you if I see any discrepancies.

**Dorottya Posfay**
Director of Operations, Teranode Infrastructure Services
*A part of the Teranode Group*
d.posfay@teranode.group
www.teranode.group
Teranode

Disclaimer: This e-mail, including any attachments, is intended only for the named addressee, may be confidential and may contain privileged information. If you are not the addressee, you may not copy, use or disclose this e-mail in any way. If you have received it in error, please notify us immediately and delete it. For information on how we handle personal data, please refer to our privacy policy

**From:** Trenton Burdge <Trenton@csglobalenergy.com>
**Sent:** 21 May 2025 22:08
**To:** Dorottya Posfay <d.posfay@teranode.group>
**Cc:** London <london@statarmining.com>
**Subject:** Spare Parts Count

**Caution:** External Sender

Hi Dori,

Here are the spare parts we have on site. We will go ahead and separate 1/3 of each of those and have them ready.

676 - Hashboards
67 - Control Boards
189 - PSUs

**Trenton Burdge**
Site Technician
CS GLO
CSGLOBALENERGY.COM
MOBILE +1 765 698 0134