# POSFAY REPLY EXHIBIT B

## Dorottya Posfay

| | |
|---|---|
| **From:** | Trenton Burdge <Trenton@csglobalenergy.com> |
| **Sent:** | 02 June 2025 17:58 |
| **To:** | Matt Smith / EASE Expedited; Dorottya Posfay |
| **Cc:** | Niki Godfrey / EASE Expedited; Mathew Birdsall / EASE Expedited; #Global Performance Operation Center; Irish Ledres |
| **Subject:** | Re: Go-Live Call Recap |

**Caution:** External Sender

Hi Matt,

I can confirm that we have the 1 remaining pallet of hashboards that was for that truck. That shipment did have 6 pallets, and 2 crates. The remaining pallet can be added to the first truck of machines tomorrow. We now have updated BOL's and will be sure to notate this change for the next shipment. I apologize for any inconvenience.

**Trenton Burdge**
Site Manager
CS GLO
CSGLOBALENERGY.COM
MOBILE +1 765 698 0134

---

**From:** Matt Smith / EASE Expedited <msmith@shipwithease.com>
**Sent:** Monday, June 2, 2025 11:32 AM
**To:** Dorottya Posfay <d.posfay@teranode.group>; Trenton Burdge <Trenton@csglobalenergy.com>
**Cc:** Niki Godfrey / EASE Expedited <ngodfrey@shipwithease.com>; Mathew Birdsall / EASE Expedited <mbirdsall@shipwithease.com>; #Global Performance Operation Center <gpoc@teranode.group>; Irish Ledres <i.Ledres@teranode.group>
**Subject:** RE: Go-Live Call Recap

Dori,

Checking on tomorrow and I will let you know.

For today's shipment, the driver wasn't given a BOL or paperwork, are you able to send that over?

Also, I counted 6 pallets and 2 crates for the shipment this morning.

Thanks,

**Matt Smith**
**Customer Success Manager**

EASE EXPEDITED

Main: 833-644-1923
Direct: 380-257-3762

EASE Expedited, 1101 Innovation Way, Marysville, OH 43040
MC 932697 | DOT 2794751 | SCAC: EEXB

---

**From:** Dorottya Posfay <d.posfay@teranode.group>
**Sent:** Monday, June 2, 2025 11:15
**To:** Matt Smith / EASE Expedited <msmith@shipwithease.com>; Trenton Burdge <trenton@csglobalenergy.com>
**Cc:** Niki Godfrey / EASE Expedited <ngodfrey@shipwithease.com>; Mathew Birdsall / EASE Expedited <mbirdsall@shipwithease.com>; #Global Performance Operation Center <gpoc@teranode.group>; Irish Ledres <i.Ledres@teranode.group>
**Subject:** RE: Go-Live Call Recap

Thank you, I created a template BOL for the site, tomorrow's pickup should be smoother.

Speaking of tomorrow, would it be possible for you to arrange for the pickup for the afternoon, rather than the morning, as a one-off?

Thanks
Dori

**Dorottya Posfay**
Director of Operations, Teranode Infrastructure Services
*A part of the Teranode Group*
d.posfay@teranode.group
www.teranode.group

Teranode

Disclaimer: This e-mail, including any attachments, is intended only for the named addressee, may be confidential and may contain privileged information. If you are not the addressee, you may not copy, use or disclose this e-mail in any way. If you have received it in error, please notify us immediately and delete it. For information on how we handle personal data, please refer to our privacy policy

---

**From:** Matt Smith / EASE Expedited <msmith@shipwithease.com>
**Sent:** 02 June 2025 15:24
**To:** Dorottya Posfay <d.posfay@teranode.group>; Trenton Burdge <trenton@csglobalenergy.com>
**Cc:** Niki Godfrey / EASE Expedited <ngodfrey@shipwithease.com>; Mathew Birdsall / EASE Expedited <mbirdsall@shipwithease.com>; #Global Performance Operation Center <gpoc@teranode.group>; Irish Ledres <i.Ledres@teranode.group>
**Subject:** RE: Go-Live Call Recap

**Caution:** External Sender

Dori,

No problem, address below:

1101 Innovation Way
Marysville OH 43040

Thanks,

**Matt Smith**
Customer Success Manager
EASE EXPEDITED
Main: 833-644-1923
Direct: 380-257-3762
EASE Expedited, 1101 Innovation Way, Marysville, OH 43040
MC 932697 | DOT 2794751 | SCAC: EEXB

---

**From:** Dorottya Posfay <d.posfay@teranode.group>
**Sent:** Monday, June 2, 2025 09:21
**To:** Matt Smith / EASE Expedited <msmith@shipwithease.com>; Trenton Burdge <trenton@csglobalenergy.com>
**Cc:** Niki Godfrey / EASE Expedited <ngodfrey@shipwithease.com>; Mathew Birdsall / EASE Expedited <mbirdsall@shipwithease.com>; #Global Performance Operation Center <gpoc@teranode.group>; Irish Ledres <i.Ledres@teranode.group>
**Subject:** RE: Go-Live Call Recap

Hi Matt,

Just talked with the site and understand now the problem.

Could you please confirm to me what's the location of your warehouse, then I'll prepare a BOL template for them that they can use and edit as needed for each pickup.

Apologies for the confusion this morning.

Thanks
Dori

**Dorottya Posfay**
Director of Operations, Teranode Infrastructure Services
*A part of the Teranode Group*
d.posfay@teranode.group
www.teranode.group
Teranode

Disclaimer: This e-mail, including any attachments, is intended only for the named addressee, may be confidential and may contain privileged information. If you are not the addressee, you may not copy, use or disclose this e-mail in any way. If you have received it in error, please notify us immediately and delete it. For information on how we handle personal data, please refer to our privacy policy

---

**From:** Matt Smith / EASE Expedited <msmith@shipwithease.com>
**Sent:** 02 June 2025 14:38
**To:** Dorottya Posfay <d.posfay@teranode.group>; Trenton Burdge <trenton@csglobalenergy.com>
**Cc:** Niki Godfrey / EASE Expedited <ngodfrey@shipwithease.com>; Mathew Birdsall / EASE Expedited <mbirdsall@shipwithease.com>; #Global Performance Operation Center <gpoc@teranode.group>; Irish Ledres <i.Ledres@teranode.group>
**Subject:** RE: Go-Live Call Recap

**Caution:** External Sender

Good Morning, Dori

Either you or the site, however our driver was able to speak with someone and locate the pick up.

If we need a pick up number for each shipment, please let us know or if we should reference or ask for someone in particular each time.

Thanks,

**Matt Smith**
Customer Success Manager
EASE EXPEDITED
Main: 833-644-1923
Direct: 380-257-3762
EASE Expedited, 1101 Innovation Way, Marysville, OH 43040
MC 932697 | DOT 2794751 | SCAC: EEXB

---

**From:** Dorottya Posfay <d.posfay@teranode.group>
**Sent:** Monday, June 2, 2025 08:36
**To:** Matt Smith / EASE Expedited <msmith@shipwithease.com>; Trenton Burdge <trenton@csglobalenergy.com>
**Cc:** Niki Godfrey / EASE Expedited <ngodfrey@shipwithease.com>; Mathew Birdsall / EASE Expedited <mbirdsall@shipwithease.com>; #Global Performance Operation Center <gpoc@teranode.group>; Irish Ledres <i.Ledres@teranode.group>
**Subject:** RE: Go-Live Call Recap

Good morning,

Sorry, what pick-up number? I'm drawing a blank here. (Assuming this question was for me.)

Thanks
Dori

**Dorottya Posfay**
Director of Operations, Teranode Infrastructure Services
*A part of the Teranode Group*
d.posfay@teranode.group
www.teranode.group
Teranode

Disclaimer: This e-mail, including any attachments, is intended only for the named addressee, may be confidential and may contain privileged information. If you are not the addressee, you may not copy, use or disclose this e-mail in any way. If you have received it in error, please notify us immediately and delete it. For information on how we handle personal data, please refer to our privacy policy

**From:** Matt Smith / EASE Expedited <msmith@shipwithease.com>
**Sent:** 02 June 2025 14:12
**To:** Dorottya Posfay <d.posfay@teranode.group>; Trenton Burdge <trenton@csglobalenergy.com>
**Cc:** Niki Godfrey / EASE Expedited <ngodfrey@shipwithease.com>; Mathew Birdsall / EASE Expedited

<mbirdsall@shipwithease.com>; #Global Performance Operation Center <gpoc@teranode.group>; Irish Ledres <i.Ledres@teranode.group>
**Subject:** RE: Go-Live Call Recap

**Caution:** External Sender

Good Morning, All

We are onsite and being asked for a pick up number.

Can you please confirm what the pick up number would be?

Thanks,

**Matt Smith**
Customer Success Manager
EASE EXPEDITED
Main: 833-644-1923
Direct: 380-257-3762
EASE Expedited, 1101 Innovation Way, Marysville, OH 43040
MC 932697 | DOT 2794751 | SCAC: EEXB

---

**From:** Dorottya Posfay <d.posfay@teranode.group>
**Sent:** Monday, June 2, 2025 03:23
**To:** Matt Smith / EASE Expedited <msmith@shipwithease.com>; Trenton Burdge <trenton@csglobalenergy.com>
**Cc:** Niki Godfrey / EASE Expedited <ngodfrey@shipwithease.com>; Mathew Birdsall / EASE Expedited <mbirdsall@shipwithease.com>; #Global Performance Operation Center <gpoc@teranode.group>; Irish Ledres <i.Ledres@teranode.group>
**Subject:** RE: Go-Live Call Recap

Hi Matt,

That's correct. The site will start deracking the first 900 miners, starting from top to bottom – so starting with PB09. Added @Trenton to confirm.

If I remember correctly today's pickup will be the spare parts and tomorrow will be the first 12 pallets of miners.

@Trenton if for whatever reason you need to diverge from the top-to-bottom deracking, could you please let EASE know?

Thanks
Dori

**Dorottya Posfay**
Director of Operations, Teranode Infrastructure Services
*A part of the Teranode Group*
d.posfay@teranode.group
www.teranode.group

Teranode

Disclaimer: This e-mail, including any attachments, is intended only for the named addressee, may be confidential and may contain privileged information. If you are not the addressee, you may not copy, use or disclose this e-mail in any way. If you have received it in error, please notify us immediately and delete it. For information on how we handle personal data, please refer to our privacy policy

**From:** Matt Smith / EASE Expedited <msmith@shipwithease.com>
**Sent:** 30 May 2025 21:56
**To:** Dorottya Posfay <d.posfay@teranode.group>; Mathew Birdsall / EASE Expedited <mbirdsall@shipwithease.com>
**Cc:** Niki Godfrey / EASE Expedited <ngodfrey@shipwithease.com>
**Subject:** RE: Go-Live Call Recap

**Caution:** External Sender

Hello, Dori

To again confirm, the team will be starting to load the first 900, correct?

And, they will be working from the top of the list down?

Just want to ensure this, so we can upload the first transactions correctly.

If they are to load any other order, can you please have them notify us?

Is there a point of contact that can email us these such updates?

Thanks,

**Matt Smith**
Customer Success Manager
EASE EXPEDITED
Main: 833-644-1923
Direct: 380-257-3762
EASE Expedited, 1101 Innovation Way, Marysville, OH 43040
MC 932697 | DOT 2794751 | SCAC: EEXB