# POSFAY REPLY EXHIBIT C

**Dorottya Posfay**

| | |
|---|---|
| **From:** | Matt Smith / EASE Expedited <msmith@shipwithease.com> |
| **Sent:** | 18 June 2025 16:14 |
| **To:** | Dorottya Posfay |
| **Cc:** | #Global Performance Operation Center; Irish Ledres |
| **Subject:** | RE: Serial Scan |

**Caution:** External Sender

Dori,

Thanks for the details here.

For the outbound shipment, the earliest would potentially be Friday.

Once we receive in this shipment, I will be able to provide a better timeline here.

Thanks,

**Matt Smith**

Customer Success Manager

EASE EXPEDITED

Main: 833-644-1923
Direct: 380-257-3762

EASE Expedited, 1101 Innovation Way, Marysville, OH 43040
MC 932697 | DOT 2794751 | SCAC: EEXB

---

**From:** Dorottya Posfay <d.posfay@teranode.group>
**Sent:** Wednesday, June 18, 2025 09:22
**To:** Matt Smith / EASE Expedited <msmith@shipwithease.com>
**Cc:** #Global Performance Operation Center <gpoc@teranode.group>; Irish Ledres <i.Ledres@teranode.group>
**Subject:** RE: Serial Scan

Hi Matt,

We still have power cables on site that has not been packed up yet, and currently we don't have a timeline when they can do that.

So for now, today would be your last shipment, and if we can finally get them packed up, I would ask for one more pickup. I'm aware of your 72H SLA, so no worries about that.

Sorry I can't do any better than that. This issue has been dragged on for some time now. Nothing against Trenton and the guys on site, the fault is not with them.

Thanks
Dori

**Dorottya Posfay**
Director of Operations, Teranode Infrastructure Services
*A part of the Teranode Group*

d.posfay@teranode.group
www.teranode.group

Teranode

Disclaimer: This e-mail, including any attachments, is intended only for the named addressee, may be confidential and may contain privileged information. If you are not the addressee, you may not copy, use or disclose this e-mail in any way. If you have received it in error, please notify us immediately and delete it. For information on how we handle personal data, please refer to our privacy policy

**From:** Matt Smith / EASE Expedited <msmith@shipwithease.com>
**Sent:** 18 June 2025 14:40
**To:** Dorottya Posfay <d.posfay@teranode.group>; Trenton Burdge <Trenton@csglobalenergy.com>
**Cc:** Viktor Ohlenschlager <viktor@csglobalenergy.com>; #Global Performance Operation Center <gpoc@teranode.group>
**Subject:** RE: Serial Scan

**Caution:** External Sender

All,

Our driver will be there around 1100-1200.

To confirm, will this be the final pick up?

Thanks,

**Matt Smith**

**Customer Success Manager**

EASE EXPEDITED

Main: 833-644-1923
Direct: 380-257-3762

EASE Expedited, 1101 Innovation Way, Marysville, OH 43040
MC 932697 | DOT 2794751 | SCAC: EEXB

---

**From:** Dorottya Posfay <d.posfay@teranode.group>
**Sent:** Wednesday, June 18, 2025 03:26
**To:** Trenton Burdge <Trenton@csglobalenergy.com>; Matt Smith / EASE Expedited <msmith@shipwithease.com>
**Cc:** Viktor Ohlenschlager <viktor@csglobalenergy.com>; #Global Performance Operation Center <gpoc@teranode.group>
**Subject:** RE: Serial Scan

Matt,

Just a note from my side as well, the 4 pallets of bad hashboards, as additional, is something we tried to avoid but at the end we need to move them out of site as well, managed to find a different solution for them.

Let me know if you have any question.

Thanks
Dori

**Dorottya Posfay**
Director of Operations, Teranode Infrastructure Services
*A part of the Teranode Group*

d.posfay@teranode.group
www.teranode.group

Teranode

Disclaimer: This e-mail, including any attachments, is intended only for the named addressee, may be confidential and may contain privileged information. If you are not the addressee, you may not copy, use or disclose this e-mail in any way. If you have received it in error, please notify us immediately and delete it. For information on how we handle personal data, please refer to our privacy policy

---

**From:** Trenton Burdge <Trenton@csglobalenergy.com>
**Sent:** 17 June 2025 23:12
**To:** Dorottya Posfay <d.posfay@teranode.group>; Matt Smith / EASE Expedited <msmith@shipwithease.com>
**Cc:** Viktor Ohlenschlager <viktor@csglobalenergy.com>; #Global Performance Operation Center <gpoc@teranode.group>
**Subject:** Re: Serial Scan

**Caution:** External Sender

For tomorrows pick up:

BOL# 00011

18 Pallets - 324 Machines
4 Pallets (Bad Hashboards)
22 Total Pallets

This is the last of the machines and I have consolidated all the lists and will attach the full serial list along with the last shipments machine list.

**Trenton Burdge**
Site Manager

CS GLO

CSGLOBALENERGY.COM
MOBILE +1 765 698 0134

---

**From:** Dorottya Posfay <d.posfay@teranode.group>
**Sent:** Tuesday, June 17, 2025 8:30 AM
**To:** Matt Smith / EASE Expedited <msmith@shipwithease.com>; Trenton Burdge <Trenton@csglobalenergy.com>
**Cc:** Viktor Ohlenschlager <viktor@csglobalenergy.com>; #Global Performance Operation Center <gpoc@teranode.group>
**Subject:** RE: Serial Scan

Hi Matt,

I can confirm that for you, this is one of the warranty repairs.

Thanks
Dori

**Dorottya Posfay**
Director of Operations, Teranode Infrastructure Services
*A part of the Teranode Group*

d.posfay@teranode.group
www.teranode.group

Teranode

Disclaimer: This e-mail, including any attachments, is intended only for the named addressee, may be confidential and may contain privileged information. If you are not the addressee, you may not copy, use or disclose this e-mail in any way. If you have received it in error, please notify us immediately and delete it. For information on how we handle personal data, please refer to our privacy policy

**From:** Matt Smith / EASE Expedited <msmith@shipwithease.com>
**Sent:** 17 June 2025 14:28
**To:** Trenton Burdge <Trenton@csglobalenergy.com>; Dorottya Posfay <d.posfay@teranode.group>
**Cc:** Viktor Ohlenschlager <viktor@csglobalenergy.com>; #Global Performance Operation Center <gpoc@teranode.group>
**Subject:** RE: Serial Scan

**Caution:** External Sender

Good Morning,

On this document, just one serial number that cant be verified:

THQGDXABBJDJG1KMR – Pallet 140

Thanks,

**Matt Smith**

Customer Success Manager

EASE EXPEDITED

Main: 833-644-1923
Direct: 380-257-3762

EASE Expedited, 1101 Innovation Way, Marysville, OH 43040
MC 932697 | DOT 2794751 | SCAC: EEXB

**From:** Trenton Burdge <Trenton@csglobalenergy.com>
**Sent:** Monday, June 16, 2025 16:44
**To:** Matt Smith / EASE Expedited <msmith@shipwithease.com>; Dorottya Posfay <d.posfay@teranode.group>
**Cc:** Viktor Ohlenschlager <viktor@csglobalenergy.com>; #Global Performance Operation Center <gpoc@teranode.group>
**Subject:** Re: Serial Scan

For tomorrow's pick up:

BOL# 00010
19 Pallets - 342 Machines

**Trenton Burdge**
Site Manager

CS GLO

CSGLOBALENERGY.COM

MOBILE +1 765 698 0134

---

**From:** Matt Smith / EASE Expedited <msmith@shipwithease.com>
**Sent:** Monday, June 16, 2025 9:33 AM
**To:** Dorottya Posfay <d.posfay@teranode.group>; Trenton Burdge <Trenton@csglobalenergy.com>
**Cc:** Viktor Ohlenschlager <viktor@csglobalenergy.com>; #Global Performance Operation Center <gpoc@teranode.group>
**Subject:** RE: Serial Scan

Good Morning, Dori

Yes, we are good to pick up today.

I will check with dispatch on an ETA.

Thanks,

**Matt Smith**

**Customer Success Manager**

EASE EXPEDITED

Main: 833-644-1923
Direct: 380-257-3762

EASE Expedited, 1101 Innovation Way, Marysville, OH 43040
MC 932697 | DOT 2794751 | SCAC: EEXB

---

**From:** Dorottya Posfay <d.posfay@teranode.group>
**Sent:** Monday, June 16, 2025 09:31
**To:** Matt Smith / EASE Expedited <msmith@shipwithease.com>; Trenton Burdge <Trenton@csglobalenergy.com>
**Cc:** Viktor Ohlenschlager <viktor@csglobalenergy.com>; #Global Performance Operation Center <gpoc@teranode.group>
**Subject:** RE: Serial Scan

Hi Matt,

Just spoke with Trenton, are you guys good for pickup today as well? I believe it was scheduled for the 12 pallets for this morning.

Thanks
Dori

**Dorottya Posfay**
Director of Operations, Teranode Infrastructure Services
*A part of the Teranode Group*

d.posfay@teranode.group
www.teranode.group

Teranode

Disclaimer: This e-mail, including any attachments, is intended only for the named addressee, may be confidential and may contain privileged information. If you are not the addressee, you may not copy, use or disclose this e-mail in any way. If you have received it in error, please notify us immediately and delete it. For information on how we handle personal data, please refer to our privacy policy

---

**From:** Matt Smith / EASE Expedited <msmith@shipwithease.com>
**Sent:** 16 June 2025 14:20
**To:** Trenton Burdge <Trenton@csglobalenergy.com>; Dorottya Posfay <d.posfay@teranode.group>
**Cc:** Viktor Ohlenschlager <viktor@csglobalenergy.com>; #Global Performance Operation Center <gpoc@teranode.group>
**Subject:** RE: Serial Scan

**Caution:** External Sender

Good Morning,

Here are also serial numbers we cant validate from the main sheet:

THQGDXABBJDJG1HSZ – Pallet 124
NGSBEMBBBAAJA4735 – Pallet 127
NGSBEMBBBAAJA4715 – Pallet 129
NGSBEMBBBAAJA4719 – Pallet 129

Thanks,

**Matt Smith**

Customer Success Manager

EASE EXPEDITED

Main: 833-644-1923
Direct: 380-257-3762

EASE Expedited, 1101 Innovation Way, Marysville, OH 43040
MC 932697 | DOT 2794751 | SCAC: EEXB

---

**From:** Trenton Burdge <Trenton@csglobalenergy.com>
**Sent:** Friday, June 13, 2025 16:07
**To:** Matt Smith / EASE Expedited <msmith@shipwithease.com>; Dorottya Posfay <d.posfay@teranode.group>
**Cc:** Viktor Ohlenschlager <viktor@csglobalenergy.com>; #Global Performance Operation Center <gpoc@teranode.group>
**Subject:** Re: Serial Scan

We have 12 pallets ready for a pick up Monday, but the rest still need banded and will be ready for Tuesday and Wednesday.

For Mondays pick up:
BOL: 12 Pallets - 216 Machines

**Trenton Burdge**
Site Manager

CS GLO

CSGLOBALENERGY.COM
MOBILE +1 765 698 0134

---

**From:** Matt Smith / EASE Expedited <msmith@shipwithease.com>
**Sent:** Friday, June 13, 2025 8:18 AM
**To:** Trenton Burdge <Trenton@csglobalenergy.com>; Dorottya Posfay <d.posfay@teranode.group>
**Cc:** Viktor Ohlenschlager <viktor@csglobalenergy.com>; #Global Performance Operation Center <gpoc@teranode.group>
**Subject:** RE: Serial Scan

Good Morning, Trenton

@Dorottya Posfay in the event these serial numbers cant be validated from the initial sheet, would you like them uploaded as they are listed below?

Or, are you able to check each time on your end and validate these serial numbers?

Thanks,

**Matt Smith**

Customer Success Manager

EASE EXPEDITED

Main: 833-644-1923
Direct: 380-257-3762

EASE Expedited, 1101 Innovation Way, Marysville, OH 43040
MC 932697 | DOT 2794751 | SCAC: EEXB

---

**From:** Trenton Burdge <Trenton@csglobalenergy.com>
**Sent:** Friday, June 13, 2025 08:08
**To:** Matt Smith / EASE Expedited <msmith@shipwithease.com>; Dorottya Posfay <d.posfay@teranode.group>
**Cc:** Viktor Ohlenschlager <viktor@csglobalenergy.com>; #Global Performance Operation Center <gpoc@teranode.group>
**Subject:** Re: Serial Scan

Hey Matt, I'm not seeing these serial numbers on foreman either.

**Trenton Burdge**
Site Manager

CS GLO

CSGLOBALENERGY.COM

MOBILE +1 765 698 0134

---

**From:** Matt Smith / EASE Expedited <msmith@shipwithease.com>
**Sent:** Thursday, June 12, 2025 3:48 PM
**To:** Trenton Burdge <Trenton@csglobalenergy.com>; Dorottya Posfay <d.posfay@teranode.group>
**Cc:** Viktor Ohlenschlager <viktor@csglobalenergy.com>; #Global Performance Operation Center <gpoc@teranode.group>
**Subject:** RE: Serial Scan

Trenton,

Thanks for this, can you confirm the serials from the last load?

KPMID4CBAABJA0462 – pallet 97
KPMID4CBAABJA2020 – pallet 97
NGSBEMBBBAAJA3958 – pallet 97

Thanks,

**Matt Smith**

Customer Success Manager

EASE EXPEDITED

Main: 833-644-1923
Direct: 380-257-3762

EASE Expedited, 1101 Innovation Way, Marysville, OH 43040
MC 932697 | DOT 2794751 | SCAC: EEXB

---

**From:** Trenton Burdge <Trenton@csglobalenergy.com>
**Sent:** Thursday, June 12, 2025 15:47
**To:** Matt Smith / EASE Expedited <msmith@shipwithease.com>; Dorottya Posfay <d.posfay@teranode.group>
**Cc:** Viktor Ohlenschlager <viktor@csglobalenergy.com>; #Global Performance Operation Center <gpoc@teranode.group>
**Subject:** Re: Serial Scan

We have 29 pallets from today but we will need to wait until we receive our order from Uline so we can band them. I will let you know once these are ready for pick up. So please have the driver wait until further notice. Thank you!

**Trenton Burdge**
Site Manager

CS GLO

CSGLOBALENERGY.COM
MOBILE +1 765 698 0134

---

**From:** Matt Smith / EASE Expedited <msmith@shipwithease.com>
**Sent:** Thursday, June 12, 2025 11:00 AM

**To:** Trenton Burdge <Trenton@csglobalenergy.com>; Dorottya Posfay <d.posfay@teranode.group>
**Cc:** Viktor Ohlenschlager <viktor@csglobalenergy.com>; #Global Performance Operation Center <gpoc@teranode.group>
**Subject:** RE: Serial Scan

Trenton,

We cannot validate the below serial numbers:

KPMID4CBAABJA0462 – pallet 97
KPMID4CBAABJA2020 – pallet 97
NGSBEMBBBAAJA3958 – pallet 97

Can you check on these today so that we can get the transaction entered?

Thanks,

**Matt Smith**

**Customer Success Manager**

EASE EXPEDITED

Main: 833-644-1923
Direct: 380-257-3762

EASE Expedited, 1101 Innovation Way, Marysville, OH 43040
MC 932697 | DOT 2794751 | SCAC: EEXB

---

**From:** Trenton Burdge <Trenton@csglobalenergy.com>
**Sent:** Wednesday, June 11, 2025 17:40
**To:** Matt Smith / EASE Expedited <msmith@shipwithease.com>; Dorottya Posfay <d.posfay@teranode.group>
**Cc:** Viktor Ohlenschlager <viktor@csglobalenergy.com>; #Global Performance Operation Center <gpoc@teranode.group>
**Subject:** Re: Serial Scan

For tomorrow's pick up:

BOL# 00008
24 Pallets - 432 Machines

I'm not seeing those 2 serial numbers when I search on foreman and I can't verify on the machine now that it has been sent out.

**Trenton Burdge**
Site Manager

CS GLO

CSGLOBALENERGY.COM
MOBILE +1 765 698 0134

---

**From:** Matt Smith / EASE Expedited <msmith@shipwithease.com>
**Sent:** Wednesday, June 11, 2025 9:49 AM
**To:** Trenton Burdge <Trenton@csglobalenergy.com>; Dorottya Posfay <d.posfay@teranode.group>
**Cc:** Viktor Ohlenschlager <viktor@csglobalenergy.com>; #Global Performance Operation Center <gpoc@teranode.group>
**Subject:** RE: Serial Scan

Trenton,

Two serial numbers we cannot validate on this load are below:

THQGDXCBBJDJG1C45 – pallet 90

THQGDXDBBJDJG1MZB – pallet 91

Can you please validate these ASAP so that we can have the receipt uploaded?

Thanks,

**Matt Smith**

**Customer Success Manager**

Main: 833-644-1923
Direct: 380-257-3762

EASE Expedited, 1101 Innovation Way, Marysville, OH 43040
MC 932697 | DOT 2794751 | SCAC: EEXB

---

**From:** Trenton Burdge <Trenton@csglobalenergy.com>
**Sent:** Tuesday, June 10, 2025 16:41
**To:** Matt Smith / EASE Expedited <msmith@shipwithease.com>; Dorottya Posfay <d.posfay@teranode.group>
**Cc:** Viktor Ohlenschlager <viktor@csglobalenergy.com>; #Global Performance Operation Center <gpoc@teranode.group>
**Subject:** Re: Serial Scan

For tomorrow's pick up:

BOL: 00007

21 Pallets - 378 Machines

And for the serial number.. I searched the last 4 digits on foreman and from what I'm seeing, the "G" and "D" are switched. Not sure why the scan shows different. Could've been a bumped keyboard or something during a scan.

THQDGXDBBJDJG1LJ1

---

**From:** Matt Smith / EASE Expedited <msmith@shipwithease.com>
**Sent:** Tuesday, June 10, 2025 9:42 AM
**To:** Trenton Burdge <Trenton@csglobalenergy.com>; Dorottya Posfay

<d.posfay@teranode.group>
**Cc:** Viktor Ohlenschlager <viktor@csglobalenergy.com>; #Global Performance Operation Center <gpoc@teranode.group>
**Subject:** RE: Serial Scan

Good Morning, Trenton

On pallet 54, I cannot validate THQGDXDBBJDJG1LJ1.

Can you please confirm this serial number ASAP?

Thanks,

**Matt Smith**

**Customer Success Manager**

EASE EXPEDITED

Main: 833-644-1923
Direct: 380-257-3762

EASE Expedited, 1101 Innovation Way, Marysville, OH 43040
MC 932697 | DOT 2794751 | SCAC: EEXB

---

**From:** Trenton Burdge <Trenton@csglobalenergy.com>
**Sent:** Monday, June 9, 2025 15:13
**To:** Matt Smith / EASE Expedited <msmith@shipwithease.com>; Dorottya Posfay <d.posfay@teranode.group>
**Cc:** Viktor Ohlenschlager <viktor@csglobalenergy.com>; #Global Performance Operation Center <gpoc@teranode.group>
**Subject:** Re: Serial Scan

For tomorrow's pick up:

BOL# 00006

24 Pallets - 432 Machines

**Trenton Burdge**
Site Manager

CS GLO

CSGLOBALENERGY.COM

MOBILE +1 765 698 0134

---

**From:** Matt Smith / EASE Expedited <msmith@shipwithease.com>
**Sent:** Friday, June 6, 2025 4:40 PM
**To:** Trenton Burdge <Trenton@csglobalenergy.com>; Dorottya Posfay <d.posfay@teranode.group>
**Cc:** Viktor Ohlenschlager <viktor@csglobalenergy.com>; #Global Performance Operation Center <gpoc@teranode.group>
**Subject:** RE: Serial Scan

Thanks, Trenton

**Matt Smith**

Customer Success Manager

EASE EXPEDITED

Main: 833-644-1923
Direct: 380-257-3762

EASE Expedited, 1101 Innovation Way, Marysville, OH 43040
MC 932697 | DOT 2794751 | SCAC: EEXB

---

**From:** Trenton Burdge <Trenton@csglobalenergy.com>
**Sent:** Friday, June 6, 2025 16:32
**To:** Matt Smith / EASE Expedited <msmith@shipwithease.com>; Dorottya Posfay <d.posfay@teranode.group>
**Cc:** Viktor Ohlenschlager <viktor@csglobalenergy.com>; #Global Performance Operation Center <gpoc@teranode.group>
**Subject:** Re: Serial Scan

Yes, I forgot to attach the file. Thanks matt.

**Trenton Burdge**
Site Manager

CS GLO

CSGLOBALENERGY.COM

MOBILE +1 765 698 0134

---

**From:** Matt Smith / EASE Expedited <msmith@shipwithease.com>
**Sent:** Friday, June 6, 2025 4:27 PM
**To:** Trenton Burdge <Trenton@csglobalenergy.com>; Dorottya Posfay <d.posfay@teranode.group>
**Cc:** Viktor Ohlenschlager <viktor@csglobalenergy.com>; #Global Performance Operation Center <gpoc@teranode.group>
**Subject:** RE: Serial Scan

Trenton,

Thanks for the update.

Was something supposed to be attached here?

If so, can you please send that over?

Thanks,

**Matt Smith**

Customer Success Manager

EASE EXPEDITED

Main: 833-644-1923
Direct: 380-257-3762

EASE Expedited, 1101 Innovation Way, Marysville, OH 43040
MC 932697 | DOT 2794751 | SCAC: EEXB

---

**From:** Trenton Burdge <Trenton@csglobalenergy.com>
**Sent:** Friday, June 6, 2025 16:22
**To:** Dorottya Posfay <d.posfay@teranode.group>; Matt Smith / EASE Expedited <msmith@shipwithease.com>
**Cc:** Viktor Ohlenschlager <viktor@csglobalenergy.com>; #Global Performance Operation Center <gpoc@teranode.group>
**Subject:** Re: Serial Scan

For Mondays pick up:

BOL# 00005

12 Pallets - 216 Machines

We have begun palletizing the remaining 2124 machines, but I have separated those pallets, and we will be adding more tomorrow so those will be included in the pick up for Tuesday.

**Trenton Burdge**
Site Manager

CS GLO

CSGLOBALENERGY.COM

MOBILE +1 765 698 0134

---

**From:** Dorottya Posfay <d.posfay@teranode.group>
**Sent:** Friday, June 6, 2025 4:05 PM
**To:** Matt Smith / EASE Expedited <msmith@shipwithease.com>; Trenton Burdge <Trenton@csglobalenergy.com>
**Cc:** Viktor Ohlenschlager <viktor@csglobalenergy.com>; #Global Performance Operation Center <gpoc@teranode.group>
**Subject:** RE: Serial Scan

Hi Matt,

Those were the ones I queried as well earlier today.

The correct SNs are PIEMD4ABBJBBE0705 – P32 and YNAHD4ABAABCJ01TN – P33 as Trenton reported. The error is on my side, Matt, I will send you an updated inventory sheet on Monday.

Thanks,

Dori

**Dorottya Posfay**
Director of Operations, Teranode Infrastructure Services
*A part of the Teranode Group*

d.posfay@teranode.group
www.teranode.group

Teranode

Disclaimer: This e-mail, including any attachments, is intended only for the named addressee, may be confidential and may contain privileged information. If you are not the addressee, you may not copy, use or disclose this e-mail in any way. If you have received it in error, please notify us immediately and delete it. For information on how we handle personal data, please refer to our privacy policy

---

**From:** Matt Smith / EASE Expedited <msmith@shipwithease.com>
**Sent:** 06 June 2025 19:23
**To:** Trenton Burdge <Trenton@csglobalenergy.com>; Dorottya Posfay <d.posfay@teranode.group>
**Cc:** Viktor Ohlenschlager <viktor@csglobalenergy.com>; #Global Performance Operation Center <gpoc@teranode.group>
**Subject:** RE: Serial Scan

**Caution:** External Sender

Trenton,

I don’t see these SKUs on the original master sheet, can you confirm what these are?

TPIEMD4ABBJBBE0705 – PLT 32

TYNAHD4ABAABCJ01TN – PLT 33

Thanks,

**Matt Smith**

Customer Success Manager

EASE EXPEDITED

Main: 833-644-1923
Direct: 380-257-3762

EASE Expedited, 1101 Innovation Way, Marysville, OH 43040
MC 932697 | DOT 2794751 | SCAC: EEXB

---

**From:** Trenton Burdge <Trenton@csglobalenergy.com>
**Sent:** Thursday, June 5, 2025 15:58
**To:** Matt Smith / EASE Expedited <msmith@shipwithease.com>; Dorottya Posfay <d.posfay@teranode.group>
**Cc:** Viktor Ohlenschlager <viktor@csglobalenergy.com>; #Global Performance Operation Center <gpoc@teranode.group>
**Subject:** Re: Serial Scan

For tomorrow's pick up:

BOL# 00004

14 Pallets - 252 Machines

**Trenton Burdge**
Site Manager

CS GLO

CSGLOBALENERGY.COM

MOBILE +1 765 698 0134

---

**From:** Matt Smith / EASE Expedited <msmith@shipwithease.com>
**Sent:** Wednesday, June 4, 2025 4:28 PM
**To:** Trenton Burdge <Trenton@csglobalenergy.com>; Dorottya Posfay <d.posfay@teranode.group>
**Cc:** Viktor Ohlenschlager <viktor@csglobalenergy.com>; #Global Performance Operation Center <gpoc@teranode.group>
**Subject:** RE: Serial Scan

Trenton,

Thanks for sharing this.

Thanks,

**Matt Smith**

**Customer Success Manager**

EASE EXPEDITED

Main: 833-644-1923
Direct: 380-257-3762

EASE Expedited, 1101 Innovation Way, Marysville, OH 43040
MC 932697 | DOT 2794751 | SCAC: EEXB

---

**From:** Trenton Burdge <Trenton@csglobalenergy.com>
**Sent:** Wednesday, June 4, 2025 16:26
**To:** Matt Smith / EASE Expedited <msmith@shipwithease.com>; Dorottya Posfay <d.posfay@teranode.group>
**Cc:** Viktor Ohlenschlager <viktor@csglobalenergy.com>; #Global Performance Operation Center <gpoc@teranode.group>
**Subject:** Re: Serial Scan

For tomorrows pick up:

BOL# 00003

12 Pallets - 216 Machines

**Trenton Burdge**
Site Manager

CS GLO

CSGLOBALENERGY.COM

MOBILE +1 765 698 0134

---

**From:** Matt Smith / EASE Expedited <msmith@shipwithease.com>
**Sent:** Tuesday, June 3, 2025 4:47 PM
**To:** Trenton Burdge <Trenton@csglobalenergy.com>; Dorottya Posfay <d.posfay@teranode.group>
**Cc:** Viktor Ohlenschlager <viktor@csglobalenergy.com>; #Global Performance Operation Center <gpoc@teranode.group>
**Subject:** RE: Serial Scan

Trenton,

Thanks for providing this summary, much appreciated.

Once the inbound arrives, if we have any questions or concerns, we will let you know.

Thanks,

**Matt Smith**

**Customer Success Manager**

Main: 833-644-1923
Direct: 380-257-3762

EASE Expedited, 1101 Innovation Way, Marysville, OH 43040
MC 932697 | DOT 2794751 | SCAC: EEXB

---

**From:** Trenton Burdge <Trenton@csglobalenergy.com>
**Sent:** Tuesday, June 3, 2025 16:37
**To:** Dorottya Posfay <d.posfay@teranode.group>; Matt Smith / EASE Expedited <msmith@shipwithease.com>
**Cc:** Viktor Ohlenschlager <viktor@csglobalenergy.com>; #Global Performance Operation Center <gpoc@teranode.group>
**Subject:** Serial Scan

Hi everyone,

Here is the list of palletized machines for pick up tomorrow. The pallets are labeled by number, and you can visually see the last 4 of the serial number on each box, without having to open the wrap or the box itself. I can send the barcode stickers back with this shipment, but I do believe the method we are currently using is much quicker and more efficient. As you can see on the serial list we have kept track of what is on each pallet, and you can easily identify any machine you are looking for on a pallet/truck. Even if you send the barcodes back sorted by load, that is still 216 we would have to look through to find a machine. Once a machine is pulled off the rack and exits the container to be boxed, we no longer know the location by looking at the machine and that is how the barcodes are sorted. We would have to search through to find the matching serial number on a sticker and those are not in any specific order. I understand the barcodes would help the warehouse team scan machines in easier, but this would add a significant amount of time when palletizing machines and we wouldn't be able to meet our deadline for daily pickups. Please let me know if you have any other questions. Thank you.

BOL# 00002

12 Pallets - 216 Machines
1 Pallet - 144 Hashboards
1 Box - Barcode Stickers

**Trenton Burdge**
Site Manager

CS GLO

CSGLOBALENERGY.COM
MOBILE +1 765 698 0134