# POSFAY REPLY EXHIBIT D

CS Global Ops
10 members

Pinned message
just a heads-up, the whole fleet is now on hash+5%



17:30

TB

👍 DP

June 19, 2025

Hi Trenton, good morning, so as far I understand apart from the power cables nothing is left on the site now that is ours, right?
14:49

TB

Trenton Burdge
Hi Dori, there were a couple spare wooden pallets that were leftover from the ones you sent, I didn't think of them until today actually when I saw them. But other than that we sent everything out. All machines, good spare parts, and bad parts. I hope everything arrived okay and things went well.
15:41