# POSFAY REPLY EXHIBIT E

## Dorottya Posfay

| | |
|---|---|
| **From:** | Matt Smith / EASE Expedited <msmith@shipwithease.com> |
| **Sent:** | 14 July 2025 13:59 |
| **To:** | Dorottya Posfay; Trenton Burdge |
| **Cc:** | #Global Performance Operation Center; Irish Ledres |
| **Subject:** | RE: Shipping quote: OH - TX |
| **Attachments:** | TFISHBOL-DTW0016307945.pdf |

**Caution:** External Sender

Dori,

Please see the BOL attached here.

Thanks !

**Matt Smith**

**Customer Success Manager**

EASE EXPEDITED

Main: 833-644-1923
Direct: 380-257-3762

EASE Expedited, 1101 Innovation Way, Marysville, OH 43040
MC 932697 | DOT 2794751 | SCAC: EEXB

---

**From:** Dorottya Posfay <d.posfay@teranode.group>
**Sent:** Monday, July 14, 2025 07:49
**To:** Trenton Burdge <trenton@csglobalenergy.com>; Matt Smith / EASE Expedited <msmith@shipwithease.com>
**Cc:** #Global Performance Operation Center <gpoc@teranode.group>; Irish Ledres <i.Ledres@teranode.group>
**Subject:** RE: Shipping quote: OH - TX

Hi Matt,

I believe the pickup hours were 0800-1700. Added Trenton to the chat for confirmation (shipping of pallet of 203 boards).

Thanks
Dori

**Dorottya Posfay**
Director of Operations, Teranode Infrastructure Services
*A part of the Teranode Group*

d.posfay@teranode.group
www.teranode.group

Disclaimer: This e-mail, including any attachments, is intended only for the named addressee, may be confidential and may contain privileged information. If you are not the addressee, you may not copy, use or disclose this e-mail in any way. If you have received it in error, please notify us immediately and delete it. For information on how we handle personal data, please refer to our privacy policy

---

**From:** Matt Smith / EASE Expedited <msmith@shipwithease.com>
**Sent:** 14 July 2025 13:37
**To:** Dorottya Posfay <d.posfay@teranode.group>
**Cc:** #Global Performance Operation Center <gpoc@teranode.group>; Irish Ledres <i.Ledres@teranode.group>
**Subject:** RE: Shipping quote: OH - TX

**Caution:** External Sender

Good Morning, Dori

We can schedule the pick up for today, can you please let me know the hours at the pick up address?

Thanks,

**Matt Smith**

**Customer Success Manager**

Main: 833-644-1923
Direct: 380-257-3762

EASE Expedited, 1101 Innovation Way, Marysville, OH 43040
MC 932697 | DOT 2794751 | SCAC: EEXB

---

**From:** Dorottya Posfay <d.posfay@teranode.group>
**Sent:** Monday, July 14, 2025 04:28
**To:** Matt Smith / EASE Expedited <msmith@shipwithease.com>
**Cc:** #Global Performance Operation Center <gpoc@teranode.group>; Irish Ledres <i.Ledres@teranode.group>
**Subject:** RE: Shipping quote: OH - TX

Hi Matt,

Thanks, yes please. Let me know when you could do the pickup and I'll alert Trenton.

Thanks
Dori

**Dorottya Posfay**
Director of Operations, Teranode Infrastructure Services
*A part of the Teranode Group*

d.posfay@teranode.group
www.teranode.group

Teranode

Disclaimer: This e-mail, including any attachments, is intended only for the named addressee, may be confidential and may contain privileged information. If you are not the addressee, you may not copy, use or disclose this e-mail in any way. If you have received it in error, please notify us immediately and delete it. For information on how we handle personal data, please refer to our privacy policy

---

**From:** Matt Smith / EASE Expedited <msmith@shipwithease.com>
**Sent:** 11 July 2025 19:50
**To:** Dorottya Posfay <d.posfay@teranode.group>
**Cc:** #Global Performance Operation Center <gpoc@teranode.group>; Irish Ledres <i.Ledres@teranode.group>
**Subject:** RE: Shipping quote: OH - TX

**Caution:** External Sender

Dori,

The quoted we received is:

$377.09 with Tforce Freight

Let me know if you'd like to proceed.

Thanks,

**Matt Smith**

Customer Success Manager

EASE EXPEDITED

Main: 833-644-1923
Direct: 380-257-3762

EASE Expedited, 1101 Innovation Way, Marysville, OH 43040
MC 932697 | DOT 2794751 | SCAC: EEXB

---

**From:** Dorottya Posfay <d.posfay@teranode.group>
**Sent:** Thursday, July 10, 2025 03:21
**To:** Matt Smith / EASE Expedited <msmith@shipwithease.com>
**Cc:** #Global Performance Operation Center <gpoc@teranode.group>; Irish Ledres <i.Ledres@teranode.group>
**Subject:** RE: Shipping quote: OH - TX

Hi Matt,

No liftgate required at either side – pickup/dropoff.

For Ohio, I believe you have Trenton's number still, the measurements are 43"x52"x58", 2030 lbs

For 4Space Mining the facility contact will be James, his number is 714-215-1097, I assumed you need a contact there too.

Thanks
Dori

**Dorottya Posfay**
Director of Operations, Teranode Infrastructure Services
*A part of the Teranode Group*

d.posfay@teranode.group
www.teranode.group

Teranode

Disclaimer: This e-mail, including any attachments, is intended only for the named addressee, may be confidential and may contain privileged information. If you are not the addressee, you may not copy, use or disclose this e-mail in any way. If you have received it in error, please notify us immediately and delete it. For information on how we handle personal data, please refer to our privacy policy

---

**From:** Matt Smith / EASE Expedited <msmith@shipwithease.com>
**Sent:** 09 July 2025 17:02
**To:** Dorottya Posfay <d.posfay@teranode.group>
**Cc:** #Global Performance Operation Center <gpoc@teranode.group>; Irish Ledres <i.Ledres@teranode.group>
**Subject:** RE: Shipping quote: OH - TX

**Caution:** External Sender

Dori,

Thanks for sending this over.

Can you please provide the weights and dimensions?

Is a liftgate needed at origin or destination?

Also, I am working on providing any/all missing pictures, sorry for the delay there!

Thanks,

**Matt Smith**

**Customer Success Manager**

EASE EXPEDITED

Main: 833-644-1923
Direct: 380-257-3762

EASE Expedited, 1101 Innovation Way, Marysville, OH 43040
MC 932697 | DOT 2794751 | SCAC: EEXB

---

**From:** Dorottya Posfay <d.posfay@teranode.group>
**Sent:** Wednesday, July 9, 2025 09:59
**To:** Matt Smith / EASE Expedited <msmith@shipwithease.com>
**Cc:** #Global Performance Operation Center <gpoc@teranode.group>; Irish Ledres <i.Ledres@teranode.group>
**Subject:** Shipping quote: OH - TX

Hi Matt,

Could you please give me a quote on shipping a pallet of bad hashboards from the OH site – Coshocton – to the below address:

1850 Diplomat Drive, Suite 100

Farmers Branch, TX 75234

The site found one more crate of them that they missed to locate earlier.

Many thanks
Dori

**Dorottya Posfay**
Director of Operations, Teranode Infrastructure Services
*A part of the Teranode Group*

d.posfay@teranode.group
www.teranode.group

Teranode

Disclaimer: This e-mail, including any attachments, is intended only for the named addressee, may be confidential and may contain privileged information. If you are not the addressee, you may not copy, use or disclose this e-mail in any way. If you have received it in error, please notify us immediately and delete it. For information on how we handle personal data, please refer to our privacy policy

TFWW

# Bill of Lading

**BOL Number:** DTW0016307945

| SHIP FROM | |
|---|---|
| Standard Power<br>500 N 4th St<br>Coshocton, OH 43812<br>Trenton **Fax:** | **Ship Date:** 07/14/2025<br>**Carrier:** TForce Freight, Inc |

| SHIP TO | REFERENCES |
|---|---|
| 4Space Mining<br>1850 Diplomat Drive Suite 100<br>Dallas, TX 75234<br>James 714-215-1097 **Fax:** | BOL: DTW0016307945<br>DTW Agent: BB01<br>SCAC: TFIN |

## THIRD PARTY FREIGHT CHARGES BILL TO:

TForce Worldwide
1000 Windham Parkway
Bolingbrook IL 60490

**Freight Charge Terms: 3rd Party Prepaid**

## SERVICES

Appointment,

## SPECIAL INSTRUCTIONS

Questions or Issues with shipment call **248-287-7080 dtwops@tfwwi.com**

| QTY | PKG | WT | HM | COMMODITY DESCRIPTION | DIMS (LxWxH) | CLASS | NMFC# |
|---|---|---|---|---|---|---|---|
| 1 | SKD | 2,030lb | | Miners | 43.0 X 52.0 X 58.0 in | 65.0 | |
| **1** | | **2,030** | | **GRAND TOTAL** | | | |

Where the rate is dependent on value, shippers are required to state specifically in writing the agreed or declared value of the property as follows: "The agreed or declared value of the property is specifically stated by the shipper to be not exceeding __________ per__________."

**COD Amount: $**

**Fee Terms:** **Collect ___** **Prepaid ___** **Check Acceptable ___** **3rdParty ___**

**NOTE: Liability limitation for loss or damage in this shipment may be applicable. See 49 USC 14706(c)(1)(A) and (B).**

Received, subject to the agreement between the Carrier and TForce Worldwide Inc. in effect on the date of shipment. Carrier agrees that TForce Worldwide Inc. is the sole payer of the corresponding freight bill. This Bill of Lading is not subject to any tariffs or classifications, whether individually determined of filed with any federal or state regulatory agency, except as specifically agreed to in writing by TForce Worldwide Inc. and Carrier.

**Trailer Loaded:**
__ by Shipper
__ by Driver

**Freight Counted:**
__ by Shipper
__ by Driver

### Shipper Signature/Date

Any services or shipment performed by TForce Worldwide Inc. is expressly subject to Shipper's assent to the terms and conditions set forth at https://www.tfwwi.com/ground-terms.html, incorporated herein by this reference. This is to certify that the above named materials are properly classified, described, packaged, marked and labeled, and are in proper condition for transportation according to the applicable regulations of the Department of Transportation.

**Shipper:** ________________________________________ **Date:** ______________

### Carrier Signature/Pickup Date

Carrier acknowledges receipt of packages and required four (4) placards. Carrier certifies emergency response information was made available and/or carrier has the Department of Transportation emergency response guidebook or equivalent documentation in vehicle. Property described above is received in good order, except as noted.

**Carrier:** __________________________________________ **Date:** _____________