The Honorable Tana Lin

**IN THE UNITED STATES DISTRICT COURT**
**WESTERN DISTRICT OF WASHINGTON**
**AT SEATTLE**

| | |
|---|---|
| 12273977 CANADA INC.,<br><br>Plaintiff,<br><br>v.<br>CS GLOBAL ENERGY US INC., f/k/a LAKE PARIME USA INC.,<br><br>Defendant. | CASE NO. 2:25-cv-01630-TL<br><br>NOTICE OF WITHDRAWAL OF COUNSEL |

TO: THE CLERK OF THE COURT

AND TO: ALL PARTIES AND THEIR COUNSEL OF RECORD

PLEASE TAKE NOTICE that the undersigned attorney Chenjia Zhu of McDermott Will & Schulte LLP intends to withdraw as counsel of record for Plaintiff 12273977 CANADA INC., in the above captioned matter. This withdrawal shall be effective on May 15, 2026. Plaintiff remains represented by McDermott Will & Schulte LLP. Any and all further pleadings or notices of any nature whatsoever, except original process, should be served at the address stated below.


MCDERMOTT WILL & SCHULTE
444 WEST LAKE STREET, SUITE 4000
CHICAGO, ILLINOIS 60606-0029
TELEPHONE: 312.372.2000

Date: May 15, 2026

**McDermott Will & Schulte LLP**

By: *<u>/s/ Chenjia Zhu</u>*
Chenjia Zhu, *ADMITTED PRO HAC VICE*
One Vanderbilt Avenue
New York, NY 10017-3852
(212) 547-5400
chenjiazhu@mcdermottlaw.com

*Withdrawing Attorney for Plaintiff*

By: *<u>s/ Daniel-Charles V. Wolf</u>*
Daniel-Charles V. Wolf, WSBA #48211
444 W. Lake St., Ste. #4000
Chicago, IL 60606-0029
(312) 372-2000
dcwolf@mcdermottlaw.com

Andrew B. Kratenstein, *ADMITTED PRO HAC VICE*
One Vanderbilt Avenue
New York, NY 10017-3852
(212) 547-5400
akratenstein@mcdermottlaw.com

*Attorneys for Plaintiff*